1  ROB BONTA
   Attorney General of California
2  CHRISTOPHER H. FINDLEY
   Supervising Deputy Attorney General
3  LAURA MACFARLANE
   Deputy Attorney General
4  State Bar No. 301284
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     Telephone: (619) 738-9147
6    Fax: (916) 732-7920
     E-mail: Laura.Macfarlane@doj.ca.gov
7  *Attorneys for Defendants*
   *D. Emanuel and M. Nieves*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MARCUS ALLEN HOLMES,** | 2:24-cv-10845-SVW-SK |
| Plaintiff, | **DECLARATION OF DEFENDANT D. EMANUEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **D. EMANUEL, et al.,** | |
| Defendants. | |

I, D. Emanuel declare:

1.    I am a Psychologist employed by the California Department of Corrections and Rehabilitation ("CDCR") with the Mental Health Services Delivery System ("MHSDS") at California State Prison, Los Angeles County ("LAC") in Lancaster, California.

2.    I am the Defendant in this case, and I make this declaration in support of Defendants' Motion for Summary Judgment. I am familiar with Plaintiff's allegations against me in this lawsuit. I make this declaration based on my personal knowledge and a diligent review of the mental health records of Plaintiff Marcus Allen Holmes (BP8832) for the timeframe relevant to the matters at issue. I am

familiar with the record keeping system for medical and mental health records at LAC. Medical and mental health records are kept in the ordinary course of business and are created at the time of the events recorded in the documents. If called to testify in this action, I could and would competently testify to the matters set forth herein.

3.    I am a psychologist working to obtain the required clinical hours to take the licensure exam to become a psychologist licensed by the State of California. I currently work under the license of a clinical supervisor. I received my Bachelor of Science degree in therapeutic recreation in May 1999. Then, I received my master's degree in psychology in May 2018. I received my Doctor of Psychology degree (Psy.D.) in March 2021. I have worked for the State of California for 25 years. First, I worked at the Department of Mental Health as a rehabilitative therapist. I started working for CDCR 10 years ago, first as a rehabilitative therapist, then as a psychologist for approximately the last five years.

4.    At all times, I have been up to date on all trainings required of mental health professionals at CDCR.

5.    Inmates receive medical and mental health treatment from a variety of providers while they are in CDCR custody. Medical and mental health providers record their patient assessments and treatment at or near the time the care is provided, and the recorded information is based on the provider's personal knowledge. These medical and mental health records are retained in an electronic database maintained by CDCR. As part of my duties, I have access to this database and use it to review and evaluate patients' medical and mental health records. True and correct copies of excerpts of Plaintiff's medical and mental health records, taken from the electronic database, are attached as **Exhibit A**.

6.    I was assigned as Plaintiff's primary mental health clinician approximately end of May 2024. When Plaintiff transferred to my caseload, he was at the mainline EOP level of care. Mainline refers to a patients' housing status.

Sometimes, EOP patients are in restricted housing units, where their programming and movement is limited. Those EOP patients are not mainline, and the mental health services they receive are slightly different than mainline EOP patients.

7.     EOP patients receive weekly contact with their primary clinician. At the relevant time, higher functioning EOP patients were seen weekly, alternating between one week in a caseload group setting, and the next week in an in-office one-on-one session. If the patient did not show up to caseload group or their one-on-one, or if those were cancelled for any reason, I went to see the patient cell front for a check in to make sure they were not actively decompensating and did not need more intensive care. At the time that Plaintiff was assigned to my caseload between May 2024 and July 2, 2024, Plaintiff was considered high functioning.

8.     At the time relevant to these events, LAC had mental health staffing shortages. We were instructed to triage mental health patients to prioritize them by need. Inpatients in the mental health crisis bed or requiring other crisis intervention were prioritized above outpatients. EOP is outpatient, and although I am an EOP clinician, on days with a staffing shortage, I would sometimes be assigned to deal with other levels of care. In terms of patients within mainline EOP, we prioritized patients who were actively decompensating and low functioning, over higher functioning patients. An example of a higher functioning patient is one who has no present decompensation, low acute suicide risk, attending appropriately to their activities of daily living, dressing, showering, and attending to other hygiene appropriately, participating in the dayroom, and gathering appropriately with other inmates.

9.     At times, we were instructed to cancel caseload groups or clinical one-on-ones due to staffing shortages. For example, because inpatients were triage priority above outpatient, there were days where I was assigned to the crisis intervention triage line to triage inpatients, and I was instructed to cancel my caseload groups and/or one-on-ones for that day. In these cases, I would then see

each patient from the caseload group cell front for a wellness check to make sure they were not actively decompensating. Sometimes, caseload groups could be cancelled due to modified programming set forth by custody. This happens for all manner of reasons related to safety and security and is unrelated to mental health staffing. If caseload or a clinical contact had to be cancelled due to modified programming, I would see the patient cell front for a wellness check to make sure they were not actively decompensating. Similarly, if patients did not show up for caseload group or their one-on-one, I would go cell front for a wellness check to make sure they were not actively decompensating.

10. At the time that Plaintiff was assigned to my caseload between end of May and July 2, 2024, Plaintiff was high functioning mainline EOP. Mainline EOP patients get weekly confidential contact with their primary mental health clinician. At the time relevant to this case, EOP confidential contact was fulfilled by alternating between a confidential caseload group one week and a confidential in-office group the following week.

11. A patients' once weekly contact schedule could be disrupted by their housing assignment. For example, if a patient expressed suicidal ideation or self-harmed, they transferred to a different housing unit for suicide watch and risk evaluation. After their assessment, if they were not referred to a higher level of care, they returned to their housing unit and received daily mental health check-ins for five days to ensure they did not need a higher level of care.

12. On May 9, 2024, before he was on my caseload, Plaintiff superficially cut his right wrist. Plaintiff received medical attention and was evaluated by mental health. The clinician who evaluated Plaintiff for suicide risk noted that Plaintiff's self-harm and use of suicidal language was for secondary gain – because he did not want to return to his housing. At the relevant time, Plaintiff would have transferred from his housing in D4 to Alternative Housing in C5. The clinician noted that Plaintiff was future oriented, which is a protective factor against suicide. Plaintiff

had other criteria that indicated he was not at acute risk of suicide, so the clinician did not refer Plaintiff to a higher level of care. Between May 11 through 15, 2024, Plaintiff received daily check-ins via the "five-day follow-up" procedure. This procedure is completed any time an inmate is evaluated for suicidality and returned to their housing without admission to a higher level of care. The inmate is evaluated daily by mental health staff for a five-day period. I saw Plaintiff as part of his five-day follow up on May 14, 2024. As part of this evaluation, I observed Plaintiff's appearance and behavior. Plaintiff was well-groomed and dressed appropriately. He was calm, oriented, and cooperative. He had no suicidal ideation or intent. Plaintiff denied any acute mental health symptoms, and he was eating well. Plaintiff also reported strong connection to his faith and his family, which are protective factors against suicide or acute risk.

13.   The next day, on May 15, 2024, Plaintiff saw his assigned psychiatrist, Dr. Turner. Plaintiff failed to show up for his confidential office visit with Dr. Turner, so Dr. Turner saw Plaintiff cell front. Dr. Turner noted that Plaintiff showed no significant distress, suicidal ideation, or major signs or symptoms of mental health problems.

14.   On May 16, 2024, Plaintiff made a suicidal statement to staff and was placed in alternative housing in C5 for evaluation. The clinician who evaluated Plaintiff for suicide risk did not refer him to a higher level of care. Plaintiff received the required five-day follow-up from mental health staff – that is, he was evaluated daily and received mental health clinical contact with staff on May 18-22, 2024.

15.   On May 31, 2024, Plaintiff reported suicidal ideation and was placed in C5. The next day, Plaintiff was evaluated by a clinician for suicide risk. Again, it was noted that Plaintiff reported suicidal ideation for secondary gain – to change his housing and get a break from his cellmate. The clinician did not refer Plaintiff to a higher level of care. Plaintiff received the required five-day follow-up. I saw Plaintiff on June 3, 4, and 5, 2024 as part of the five-day follow-up. Plaintiff was

functioning well and had no acute mental health symptoms. I went through my usual process of observing appearance and behavior, assessing protective factors, and speaking to Plaintiff to evaluate his mental health status and symptoms. Plaintiff was calm, clear, and oriented to time and place. Plaintiff was not evaluated on June 6, 2024 as part of the five-day follow up because he made suicidal statements that day and transferred to C5.

16.    On June 6, 2024, Plaintiff made suicidal statements and was placed in C5.  Plaintiff was evaluated by a clinician for suicide risk. Once again, it was noted that Plaintiff wanted to go to C5 to have alone time. Plaintiff was not referred to a higher level of care. Plaintiff received the required five-day follow-up on June 7-11, 2024. I saw Plaintiff on June 10 and 11, 2024 as part of the five-day follow up. Plaintiff was functioning well and had no acute mental health symptoms. I went through my usual process of observing appearance and behavior, assessing protective factors, and speaking to Plaintiff to evaluate his mental health status and symptoms. Plaintiff was calm, clear, and oriented to time and place.

17.    On June 13, 2024, Plaintiff's psychiatrist, Dr. Turner saw Plaintiff cell front after Plaintiff failed to show up for his confidential scheduled office visit. Dr. Turner noted the need to discuss at the IDTT the appropriateness of Plaintiff's level of care. Plaintiff showed no impairment in functioning and had no psychiatric concerns.

18.    On June 17, 2024, I met Plaintiff cell front instead of caseload group/one-on-one due to modified mental health program, likely a day with staff shortages. Plaintiff showed no decline in his mental health. I observed Plaintiff's appearance and behavior. Plaintiff was calm and his thinking appeared coherent and logical. Plaintiff reported he was doing well, and enjoyed working on his friends' hair. We spoke about Plaintiff's treatment refusal, specifically, that when his one-on-ones or caseload group were not cancelled for other reasons, that he was not showing up for them. Plaintiff said he was willing to attend the groups and his next one-on-one

encounter. He didn't report any issues with appetite, sleep, or energy. He was free of suicidality. Plaintiff was doing well and there was no evidence that he was experiencing a decline in his mental health condition.

19.    On June 28, 2024, Plaintiff said he was suicidal and he was placed in C5. A clinician evaluated Plaintiff for suicide risk the next day on June 29, 2024 and another clinician evaluated Plaintiff for suicide risk on June 30, 2024. The clinicians reported that Plaintiff was using suicidal language to manipulate his housing. The clinicians did not refer Plaintiff to a higher level of care.

20.    On July 1, 2024, I met with Plaintiff as preparation for the upcoming review of his treatment and evaluation of his level of care. I reviewed Plaintiff's treatment history at LAC and other institutions, noting his multiple claims of suicidal ideation and that these were often instances of Plaintiff using suicidal language for secondary gain, such as to manipulate his housing assignment or gain single cell status. Although I noted that the EOP level of care appeared appropriate at the time, I wanted the upcoming team meeting to review the level of care for Plaintiff's readiness to transition to a lower level of care. My professional opinion, based on my experience, education, and training, was that Plaintiff's mental health issues were causing no symptoms that would interfere with his functioning, and that he could be appropriately placed in the least restrictive setting at CCCMS.

21.    On July 2, 2024, I met with Plaintiff as part of his interdisciplinary treatment team ("IDTT") to review his progress, treatment plan, and evaluate his level of care. An EOP patient like Plaintiff has an IDTT meeting approximately every 90 days. Plaintiff's last IDTT meeting was on April 22, 2024. I was part of the Team with a psychiatrist, Dr. Katindo, who was filling in for Plaintiff's psychiatrist Dr. Turner, and a correctional counselor.

22.    We reviewed Plaintiff's mental health and medical records. We observed Plaintiff's appearance and behavior during the meeting. We sought collateral information from custody staff in Plaintiff's housing unit. As part of assessing

Plaintiff's level of care, we reviewed his compliance with the program, his
attendance at groups and one-on-ones, reviewed his overall mental health, and
assessed whether or not he would benefit from future treatment. We discussed
Plaintiff's poor participation in therapeutic groups and his sporadic attendance at
scheduled confidential visits with clinicians and psychiatry. We noted that Plaintiff
was able to function adequately in his housing unit and did not present with any
significant mental health issues.

23.   Using my professional judgment, and based on Plaintiff's medical and
mental health history, presentation and the IDTT meeting, and collateral
information, the Team, including myself, determined that Plaintiff met the criteria
for discharge. As part of that determination, it is typical to observe compliance with
the program, the patient's overall mental health, their diagnosis, assess whether or
not they are meeting goals, and assess whether or not the patient can benefit from
future treatment. Plaintiff was not utilizing or benefitting from the program.
Plaintiff was also free of mental health symptoms that interfered with his
functioning. In some instances, inmates not utilizing the program are not discharged
from EOP because their lack of utilization is attributed to their mental health issues,
such as missing appointments due to major depression. This was not the case for
Plaintiff. We determined his lack of utilization of the program was not due to
mental health symptoms and that Plaintiff was showing no symptoms of mental
health issues. We determined that Plaintiff appeared to have reached the maximum
benefit from treatment at the EOP level of care and there were no barriers to
prevent him from being discharged to a lower level of care, the clinically least
restrictive environment, at CCCMS. Plaintiff was present for the IDTT meeting and
was aware and informed of the decision-making related to his discharge to a lower
level of care.

24.   Further, the Team considered Plaintiff's history of suicidal statements
during our decision making. Plaintiff's suicidal statements were not a basis to keep

him at the EOP level of care. Almost all those incidences were noted by the evaluating clinicians as reported for secondary gain, to manipulate his housing, rather than because Plaintiff was genuinely suicidal. In my professional experience and education on the subject, I know that acquiescing to maladaptive behaviors, such as misreporting suicidal intent for secondary gain, only reinforces those behaviors. This is not beneficial to the patient in terms of long-term prognosis. In my experience, it is not uncommon for inmates to misreport suicidal ideation for secondary gain, such as to manipulate housing by going to a higher level of care, or to gain access to some other preferential housing. That is why evaluation of suicide risk does not rely on statements alone. I did not perform any of Plaintiff's suicide risk evaluations, but I did review the evaluations as part of my record-review for Plaintiff's IDTT. None of the evaluating clinicians believed Plaintiff had an acute risk of suicide, and none referred him to a higher level of care. During the time Plaintiff was on my caseload between end of May 2024 and July 2, 2024, I did not evaluate Plaintiff for suicide risk. Those evaluations were completed by nondefendant mental health clinicians, as reflected in Plaintiff's mental health records.

25.   Our goal as clinicians is to ensure that inmates are provided the appropriate level of treatment in the clinically least restrictive setting. It was clinically indicated to discharge Plaintiff from EOP, given his presentation, history, and programming. It was also in the best interest of Plaintiff's life, health, and safety to discharge him to the least restrictive setting. Plaintiff had indicated on prior occasion that he wished to discharge to CCCMS to gain access to additional programming, including vocational opportunities, not available at EOP. Further, the resource of providing Plaintiff with EOP care, when he refused to program or participate in caseload groups, takes resources away from other patients who are participating and programming at the EOP level.

26.   My decisions related to Plaintiff's discharge from EOP in July 2024 were based on: my education and training in the field of psychology; my experience working in the correctional setting with EOP patients; my review of Plaintiff's medical and mental health history; Plaintiff's behavior, appearance and functionality; and Plaintiff's presentation of mental health symptoms and their relation to his behavior functionally and with program compliance. As an experienced mental health clinician with CDCR, I participate in hundreds of IDTT meetings a year. It was appropriate given the circumstances to discharge Plaintiff from EOP to CCCMS.

27.   After Plaintiff discharged from EOP to CCCMS on July 2, 2024, I was no longer Plaintiff's primary mental health clinician. He would have been assigned to a primary clinician in the CCCMS program. I did not see or interact with Plaintiff again between July 2, 2024 and when he transferred out of LAC on August 17, 2024.

28.   I did not make any retaliatory statements to Plaintiff related to his grievances about mental health care at LAC or about other mental health staff. I was never interviewed related to any of those grievances and I did not know about them. Plaintiff's discharge from EOP to CCCMS was purely a clinical decision based on my professional judgment, training, and experience, as well as my evaluation and knowledge of Plaintiff and his mental health history and status. The decision was also based on assessment, observation, and collateral information. I did not make the discharge decision alone. It was made in concert with Plaintiff, welcoming his input, and with other members of the treatment team present at Plaintiff's July 2, 2024 IDTT meeting.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this _26th_ day of January, 2026 in Lancaster, California.

10    Dorien Emaunel, Psy.D.

# EXHIBIT A

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Forms* |
|---|

reported incidents of self-harm.

IP serving 22 years for prior felonies along with Assault with a Deadly Weapon, and Corp Inj on Specif Persons Resulting in Traumatic Condition. IP has a history of violence, and a history of substance use.

Acute Risk is LOW: Although IP reported SI, IP did not present with a plan or intent to end his life. IP reported that he was having issues with his current MHPC and requested information on how to switch MHPCs. Once provided that information, IP was receptive. IP engaged in self laceration on wrist and was medically cleared on 5/9. IP did not appear in distress nor show signs of MH decompensation.

MH SRASHE Disposition :   Rescinded MHCB referral

SRASHE Disposition Rationale :   MHCB referral rescinded. IP did not appear in distress during contact. IP reported "I'm ready to go back". ADLs appear cared for and no bizarre bx was noted by 1:1 watcher. IP is motivated to remain in EOP level of care.

Safety Plan Required :   MHCB rescission/ patient release from alternative housing when the referral reason was for DTS.
                                        Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:24 PDT

**MH Safety Plan**

Safety Planning Reason :  Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs :   No
Warning signs - Clinical Impressions :   increased frustation with EOP LOC

Identify triggers to SIB incidents. Identify coping skills to reduce SIB incidents.

Helpful reducing self-harm - Clinical :   Identify coping skills to reduce compliance behaviors
Reduce Risk Factors - Clinical :   Focus on rapport building in attempt to increase I/P's receptiveness to PC's feedback
Patient History of Self Harm :   No
Safety Concerns Identified :   No
Environmental Concerns Identified :   No
Patient Participate - Protective Factors :   No
Protective Factors - Clinical Impression :   family and erpd
-Identify coping skills and encourage utilization of those skills
-Identify I/P's strengths

Enhanced factors - Clinical Impressions :   -Identify coping skills and encourage utilization of those skills
-Identify I/P's strengths

                                        Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:24 PDT

---

Suicide Risk and Self-Harm Evaluation Entered On: 5/9/2024 16:52 PDT
Performed On:  5/9/2024 16:50 PDT by Lopez, Guillermo Licensed Clinical Social Worker

Patient Encounter Information

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male          CDCR: BP8832 |

| *Mental Health Forms* |
|---|

ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 16:50 PDT

**Reason for Assessment**
Steps taken to encourage participation or increase the patients ability to participate: :   MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm and his participation in current assessment was aimed at discussing his disagreement with his assigned MHPC. IP reported perceived lack of appropriate MH tx, expressed that he was seeking to be moved to a different mental health provider. MHPC provided IP with psychoeducation on institutional procedures on seeking resolution to seek a different MHPC. IP was receptive of information provided and demanded that provider recommend another MHPC on his behalf. Throughout the assessment, IP expressed plans to strategize ways that he can remain on SWAH for the night, "I just want to be on SWAH for one night and be away from the yard". Despite his utilization of suicidal language, self-harm gesture and conditional threats of self-harm, IP presented at odds with acute distress and there was no indication that he was to be experiencing psychological distress. IP presented rather future oriented, and his thought content was aimed at discussing his possible release date, "The court is recalculating my sentence, and I will be going home soon". IP discussed his plans for the future, support from his family, and he stated that he gets along with his current cellmate, and he is adjusting being back at LAC. IP also reported motivation for MH tx and stated that he is willing to meet with an MHPC weekly and attend MH tx groups. However, his participation in mental health tx is contingent on getting assigned a new MHPC. IP denied any safety issues, denied any issues with appetite, sleep, or energy. IP's overall motivation for living was expressed as his family and he endorsed a strong sense of belonging.

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 17:15 PDT

Sources of information :   C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS, Custody File
Did the patient refuse to participate or are they currently unable to respond? :   Yes

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 16:52 PDT

Reason for Assessment :   Consult for SI, SA, or Self-harm

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 16:50 PDT

Reason for Assessment: :   IP was placed on SWAH following reported SI/SIB. Per consult with medical staff, IP's self-harm gesture 4cm x 1cm required Dermabond tx and he was clear to returned by medical.

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 16:52 PDT

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :   Yes
Suicide and Self-Harm History Narrative :   MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm. As such, this writer will review records and complete self-harm narrative. In review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm.

MH SUICIDE SH SMRT TEMPL :   Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | | Details | Follow |
|---|---|---|---|---|---|---|

| Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab |
|---|

Report Request ID:   96852796                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0002

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Forms* |
|---|

Up*

| | | | | | |
|---|---|---|---|---|---|
| SEP/09/23 10:35:00 | No | No | 0 | | Insertion/Ingestion  Outside Hospital |
| AUG/17/23 13:58:00 | No | No | 1 | | Laceration  Return to previously assigned housing program |
| JUN/26/23 09:40:00 | Unknown | No | | 1 | Laceration  CTC (Medical) |
| JUN/20/23 00:55:00 | Unknown | No | | 1 | Laceration  CTC (Medical) |
| JUN/06/23 17:04:00 | No | No | 1 | | Laceration  CTC (Medical) |
| JUN/06/23 12:20:00 | No | No | 1 | | Laceration  CTC (Medical) |
| MAY/18/23 16:37:00 | No | No | 1 | | Laceration  Return to previously assigned housing program |
| APR/30/23 20:15:00 | No | No | 0 | | Hanging  Referral to MHCB |
| APR/26/23 10:35:00 | No | No | 1 | | Overdose (poisoning)  Referral to MHCB |
| APR/23/23 08:55:00 | No | No | 1 | | Laceration  Referral to MHCB |
| OCT/16/22 15:03:00 | No | No | 1 | | Laceration  Return to previously assigned housing program |
| OCT/08/22 14:39:00 | No | No | 1 | | Laceration  CTC (Medical) |
| AUG/29/22 12:05:00 | No | *Yes* | 0 | | Overdose (poisoning)  CTC (Medical) |
| JUL/25/22 13:32:00 | No | *Yes* | 1 | | Hanging  CTC (Medical) |
| JUL/25/22 08:58:00 | No | No | 1 | | Laceration  CTC (Medical) |
| JUL/24/22 19:04:00 | No | No | 1 | | Laceration  CTC (Medical) |
| JUL/05/22 00:40:00 | No | No | 1 | | Laceration, Other: Unclear if this is the same i...  CTC (Medical) |
| JUL/04/22 20:55:00 | No | No | 1 | | Laceration  CTC (Medical) |
| JUL/03/22 13:04:00 | No | No | 0 | | Hanging, Other: Noose around neck supporting him...  CTC (Medical) |
| JUL/02/22 09:40:00 | No | No | 1 | | Laceration  CTC (Medical) |
| JUL/01/22 13:10:00 | No | No | 0 | | Insertion/Ingestion  Return to previously assigned housing program |
| JUL/01/22 07:01:00 | No | No | 0 | | Hanging  Return to previously assigned housing program |
| JUN/30/22 16:05:00 | Unknown | *Yes* | | 0 | Hanging  CTC (Medical) |
| JUN/26/22 20:09:00 | No | No | 1 | | Laceration  CTC (Medical) |
| JUN/19/22 17:37:00 | No | No | 1 | | Laceration  CTC (Medical) |
| MAY/10/22 18:35:00 | No | No | 1 | | Laceration  Return to previously assigned housing program |

inmate's self-harm behavior non-suicidal :  IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :  Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :  IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.
                    Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 17:15 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :  No
First prison term :  No
History of psychiatric disorder :  Yes

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0003**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male |

CDCR: BP8832

| *Mental Health Forms* |
|---|

Sex offender :   Yes
History of abuse :   Yes
Long or life sentence :   Yes
History of substance abuse :   Yes
Recent disciplinary ("115") :   Yes
History of violence (including index crime) :   Yes
Single cell placement :   Yes
Negative housing change in housing :   Yes
Chronic medical illness :   Yes
Safety concerns (e.g., gang dropout) :   Yes
Chronic pain problem :   No
Early in prison term :   Yes
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes
Male :   Yes
Suicidal Ideation MH :   No
Disturbance of mood/lability :   No
Current/recent violent behavior :   No
Recent suicide attempt :   No
Perception of loss of social support :   No
Current/recent depressive symptoms :   No
Increasing interpersonal isolation :   No
Hopelessness/helplessness :   No
Current/recent psychotic symptoms :   No
Current/recent anxiety or panic symptoms :   No
Recent serious medical diagnosis :   No
Current/recent subst abuse/intoxication :   No
pain problems :   No
Agitated or angry :   Yes
Medication hoarding/cheeking :   No

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 17:15 PDT

**Protective Factors / Buffers**
Family support :   No
Interpersonal social support :   Yes
Religious/spiritual/cultural beliefs :   Yes
Future orientation/plans for future :   Yes
Exercises regularly :   Yes
Positive coping/conflict resolution :   No
Children at home :   No
Spousal support :   No
Insight into problems :   No
Job or school assignment :   No
Active and motivated in psych treatment :   Yes
Sense of optimism; self-efficacy :   Yes

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0004

LAC - California State Prison, Los Angeles County

Patient:                 **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

|  *Mental Health Forms*  |
| --- |

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 17:15 PDT
Quality of Protective Factors :   MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

Lopez, Guillermo Licensed Clinical Social Worker - 5/10/2024 1:15 PDT

**Additional Information and Warning Signs**
Additional Information :   IP appeared to be oriented x4 and he did not appear to engage in bizarre bx, there was no indication that IP was RTIS, there were no noted AH/VH, delusions, and or psychosis. IP did not report issues with appetite, sleep, and or energy. IP resented calm, no agitation or display of anger. There is no indication that IP is under the influence of any substances. During interaction, IP displayed appropriate eye contact and Speech within normal limits. There was no objective evidence to suggest that IP was experiencing a decompensation of his mental health condition. ISPATHWARM - although, utilized suicidal language and made vague conditional threat of self-harm. He did not report intent, plan, urge, or desire to end his life and he presentation was incongruent with acute distress and he was rather future oriented and motivated for his future and advocating for his needs.

Warning sign of imminent suicide present :   - No Indicators
Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 17:15 PDT

**Risk Levels and Disposition**
CHRONIC RISK :   High
ACUTE RISK :   Low

Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 17:15 PDT
Justification of Risk Level :   At the time of this evaluation, this writer estimated IP's Chronic Risk as High, due to in review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm. Moreover, records indicate, IP has a hx of child hood trauma, violence, long sentence, recent RVR's, and substance use/abuse. In the absence of protective factors, IP's risk would likely elevate. However, the quality of his protective factors and high degree of future orientation mitigates his overall chronic risk currently. At the time of this evaluation, this writer estimated IP's Acute Risk as Low, although IP engaged in self-harm bx, per consult with medical staff, IP's self-harm gesture 4cm x 1cm required Dermabond tx and he was clear to returned by medical. IP's risk seems to be decreased by his motivation to advocate for his needs and his elevated future orientation to his release date and the support from his family. At present assessment, IP refused to discuss hx of self-harm and his participation in current assessment was aimed at discussing his disagreement with his assigned MHPC. IP reported perceived lack of appropriate MH tx, expressed that he was seeking to be moved to a different mental health provider. MHPC provided IP with psychoeducation on institutional procedures on seeking resolution to seek a different MHPC. IP was receptive of information provided and demanded that provider recommend another MHPC on his behalf. Throughout the assessment, IP expressed plans to strategize ways that he can remain on SWAH for the night, "I just want to be on SWAH for one night and be away from the yard". Despite his utilization of suicidal language, self-harm gesture and conditional threats of self-harm, IP presented at odds with acute distress and there was no indication that he was to be experiencing psychological distress. IP presented rather future oriented, and his thought content was aimed at discussing his possible release date, "The court is recalculating

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                        Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

Patient:                                **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:        6/3/1987   /   37 years     /    Male            CDCR: BP8832

| *Mental Health Forms* |
|---|

my sentence, and I will be going home soon". IP discussed his plans for the future, support from his family, and he stated that he gets along with his current cellmate, and he is adjusting being back at LAC. IP also reported motivation for MH tx and stated that he is willing to meet with an MHPC weekly and attend MH tx groups. However, his participation in mental health tx is contingent on getting assigned a new MHPC. IP denied any safety issues, denied any issues with appetite, sleep, or energy. IP's overall motivation for living was expressed as his family and he endorsed a strong sense of belonging. Throughout encounter, there were no reported or indication of thoughts of death, no hopelessness, no ambivalence about his life noted. Other factors that contribute to his decreased risk at this time include, there was no objective evidence of psychological distress, and did not engage in bizarre bx. The aforementioned risk mitigating factors noted all seem contribute to IP's reduced risk at this time.

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/10/2024 1:15 PDT</div>

MH SRASHE Disposition :   No change
SRASHE Disposition Rationale :   This risk evaluation was completed with access to review of records, interview with IP, consultation with staff, all of which indicated that IP is presently not an imminent danger to himself or others due to a mental illness, nor does he appear to be gravely disabled and there is no clinical indication that IP is experiencing worsening MH sxs due to MH decompensation, that would otherwise warrant a referral to MHCB. Should IP's presentation change or new information were to surface that would otherwise elevate risk, this writer or future MH evaluators are at liberty of amending noted risk level justification accordingly and making adequate MH referrals. At this time, IP seems to be appropriate for EOP LOC, where he is afforded access to 1:1 sessions as needed, access to medical staff, and seems to have insight to services available in his housing unit.
Safety Plan Required :   The Safety Plan does not need to be completed because none of the above apply, and it is not clinically indicated.

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/9/2024 17:15 PDT</div>

<div align="center">Suicide Risk and Self-Harm Evaluation Entered On: 7/28/2023 17:49 PDT
Performed On:  7/28/2023 17:44 PDT by Herrera, Jovita Licensed Clinical Social Worker</div>

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
<div align="right">Herrera, Jovita Licensed Clinical Social Worker - 7/28/2023 17:44 PDT</div>

**Reason for Assessment**
Reason for Assessment :   Consult for SI, SA, or Self-harm
<div align="right">Herrera, Jovita Licensed Clinical Social Worker - 7/28/2023 17:44 PDT</div>
Sources of information :   C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS
<div align="right">Herrera, Jovita Licensed Clinical Social Worker - 7/28/2023 18:19 PDT</div>
Did the patient refuse to participate or are they currently unable to respond? :   No
<div align="right">Herrera, Jovita Licensed Clinical Social Worker - 7/28/2023 17:44 PDT</div>

**C-SSRS Suicidal Ideation**

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                Print Date/Time:   4/24/2025 13:21 PDT

<u>WARNING:</u> This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

<div align="right">**DE0006**</div>

LAC - California State Prison, Los Angeles County

| | | | | |
|---|---|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | | | |
| DOB/Age/Birth Gender: | 6/3/1987 / 37 years / Male | | CDCR: BP8832 | |

---

### *Mental Health Forms*

---

**Suicide Risk and Self-Harm Evaluation Entered On: 5/10/2024 11:18 PDT**
**Performed On: 5/10/2024 8:45 PDT by Bernal, Kimberly Licensed Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:01 PDT</div>

**Reason for Assessment**
Reason for Assessment :   Consult for SI, SA, or Self-harm
Reason for Assessment: :   IP reported SI. documentation supports self laceration on wrist. medically cleared 5/9/2024.
Sources of information :   C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS
Did the patient refuse to participate or are they currently unable to respond? :   No
<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:01 PDT</div>

**C-SSRS Suicidal Ideation**
CSSRS Wish to be Dead 2 :   No
CSSRS NonSpecific Active Suicide Thought 2 :   No
<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:01 PDT</div>

**C-SSRS Suicidal Behavior**
1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injury of harm. :   Yes
CSSRS Actual Suicide Attempt :   No
CSSRS Actual Suicide Attempt Comment :   June 2022- hanging unknown if there was an intent to die.
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   0
CSSRS Engaged Non Suicidal Injury 2 :   Yes
2. Has subject engaged in Self-harm without intent? :   Yes
CSSRS Interrupted Suicide Attempts 2 :   No
CSSRS Aborted Self Inter Attempts 2 :   No
CSSRS Prepatory Acts or Behavior 2 :   No
Injury Severity, Initial 1st Attempt Date :   06-2015: OD
Injury Severity, Most Recent Attempt Date :   June 2022- hanging unknown if there was an intent to die.
Injury Severity, Most Lethal Attempt Date :   06-2015: OD
Injury Severity, Initial 1st Attempt :   Moderate injury
Injury Severity, Most Recent Attempt :   Moderate injury
Injury Severity, Most Lethal Attempt :   Moderate injury
Preparation for 1st attempt :   Some preparation
Preparation for most recent attempt :   Some preparation
Preparation for most lethal attempt :   Some preparation

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Forms* |
|---|

Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:01 PDT
**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :  Yes

Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:01 PDT
Suicide and Self-Harm History Narrative :  5/10/2024: MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm. As such, this writer will review records and complete self-harm narrative. In review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm.
new information: Inmate stated that he was seen earlier in the TTA for a self inflicted laceration to his right anterior wrist.  He stated, "they glued it and than cleared me....I think I have PTSD because I got stabbed a while back and everything is going on in my head...I am still suicidal".
IP was medically cleared.

Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:18 PDT
MH SUICIDE SH SMRT TEMPL :  Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | Details | Follow Up* |
|---|---|---|---|---|---|
| SEP/09/23 10:35:00 | No | No | 0 | Insertion/Ingestion   Outside Hospital | |
| AUG/17/23 13:58:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| JUN/26/23 09:40:00 | Unknown | No | 1 | Laceration   CTC (Medical) | |
| JUN/20/23 00:55:00 | Unknown | No | 1 | Laceration   CTC (Medical) | |
| JUN/06/23 17:04:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUN/06/23 12:20:00 | No | No | 1 | Laceration   CTC (Medical) | |
| MAY/18/23 16:37:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| APR/30/23 20:15:00 | No | No | 0 | Hanging   Referral to MHCB | |
| APR/26/23 10:35:00 | No | No | 1 | Overdose (poisoning)   Referral to MHCB | |
| APR/23/23 08:55:00 | No | No | 1 | Laceration   Referral to MHCB | |
| OCT/16/22 15:03:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| OCT/08/22 14:39:00 | No | No | 1 | Laceration   CTC (Medical) | |
| AUG/29/22 12:05:00 | No | *Yes* | 0 | Overdose (poisoning)   CTC (Medical) | |
| JUL/25/22 13:32:00 | No | *Yes* | 1 | Hanging   CTC (Medical) | |
| JUL/25/22 08:58:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/24/22 19:04:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/05/22 00:40:00 | No | No | 1 | Laceration, Other: Unclear if this is the same i...   CTC (Medical) | |
| JUL/04/22 20:55:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/03/22 13:04:00 | No | No | 0 | Hanging, Other: Noose around neck supporting him...   CTC (Medical) | |
| JUL/02/22 09:40:00 | No | No | 1 | Laceration   CTC (Medical) | |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                           Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | | | |
|---|---|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987 | / 37 years | / Male | CDCR: BP8832 |

| | | | | *Mental Health Forms* |
|---|---|---|---|---|

| JUL/01/22 13:10:00 | No | No | 0 | Insertion/Ingestion   Return to previously assigned housing program |
| JUL/01/22 07:01:00 | No | No | 0 | Hanging   Return to previously assigned housing program |
| JUN/30/22 16:05:00 | Unknown | *Yes* | 0 | Hanging   CTC (Medical) |
| JUN/26/22 20:09:00 | No | No | 1 | Laceration   CTC (Medical) |
| JUN/19/22 17:37:00 | No | No | 1 | Laceration   CTC (Medical) |
| MAY/10/22 18:35:00 | No | No | 1 | Laceration   Return to previously assigned housing program |

inmate's self-harm behavior non-suicidal :   IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :   Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :   IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.

Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:01 PDT

**Chronic & Acute Risk Factors**
Suicidal Ideation MH :   No
Disturbance of mood/lability :   No
Current/recent violent behavior :   No
Recent suicide attempt :   No
Perception of loss of social support :   No
Current/recent depressive symptoms :   No
Increasing interpersonal isolation :   No
Hopelessness/helplessness :   No
Current/recent psychotic symptoms :   No
Current/recent anxiety or panic symptoms :   No
Recent serious medical diagnosis :   No
Current/recent subst abuse/intoxication :   No
pain problems :   No
Agitated or angry :   No
Medication hoarding/cheeking :   No

Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:18 PDT

Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   Yes
Sex offender :   Yes
History of abuse :   Yes
Long or life sentence :   Yes
History of substance abuse :   Yes
Recent disciplinary ("115") :   Yes
History of violence (including index crime) :   Yes
Single cell placement :   Yes

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0009**

LAC - California State Prison, Los Angeles County

Patient:                     **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:   6/3/1987   /   37 years   /   Male              CDCR: BP8832

| *Mental Health Forms* |
|---|

Negative housing change in housing :   Yes
Chronic medical illness :   Yes
Safety concerns (e.g., gang dropout) :   Yes
Chronic pain problem :   No
Early in prison term :   Yes
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes
Male :   Yes

                         Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:01 PDT

**Protective Factors / Buffers**
Family support :   No
Interpersonal social support :   Yes
Religious/spiritual/cultural beliefs :   Yes
Future orientation/plans for future :   Yes
Exercises regularly :   Yes
Positive coping/conflict resolution :   No
Children at home :   No
Spousal support :   No
Insight into problems :   No
Job or school assignment :   No
Active and motivated in psych treatment :   Yes
Sense of optimism; self-efficacy :   Yes

                         Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:18 PDT

Quality of Protective Factors :   IP was requesting a new MHPC in EOP level of care. IP was provided information regarding requesting new MHPC, IP receptive.
per hx,  IP endorsed communication with his family and looking forward to a possible earlier release date.
                         Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:24 PDT

**Additional Information and Warning Signs**
Additional Information :   Hygiene was good not malodorous and he was dressed appropriately during interaction. Eye contact was appropriate and maintained at regular intervals. Patient was Ox4, alert, calm and cooperative. Mood was euthymic with topic appropriate affect. His thought process was clear, coherent, aligned with topics being discussed, and free of any apparent delusions at this time.  ISPATHWARM - although, utilized suicidal language and made vague conditional threat of self-harm. He did not report intent, plan, urge, or desire to end his life and he presentation was incongruent with acute distress  and he was rather future oriented and motivated for his future and advocating for his needs.

Warning sign of imminent suicide present :   - No Indicators
                         Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:24 PDT

**Risk Levels and Disposition**
CHRONIC RISK :   High
ACUTE RISK :   Low
Justification of Risk Level :   Chronic Risk is HIGH: Per hx,  IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                      Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

                                                                    **DE0010**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male        CDCR: BP8832

| *Mental Health Forms* |
| --- |

reported incidents of self-harm.
IP serving 22 years for prior felonies along with Assault with a Deadly Weapon, and Corp Inj on Specif Persons Resulting in Traumatic Condition. IP has a history of violence, and a history of substance use.
Acute Risk is LOW: Although IP reported SI, IP did not present with a plan or intent to end his life. IP reported that he was having issues with his current MHPC and requested information on how to switch MHPCs. Once provided that information, IP was receptive. IP engaged in self laceration on wrist and was medically cleared on 5/9. IP did not appear in distress nor show signs of MH decompensation.
MH SRASHE Disposition :   Rescinded MHCB referral
SRASHE Disposition Rationale :   MHCB referral rescinded. IP did not appear in distress during contact. IP reported "I'm ready to go back". ADLs appear cared for and no bizarre bx was noted by 1:1 watcher. IP is motivated to remain in EOP level of care.
Safety Plan Required :   MHCB rescission/ patient release from alternative housing when the referral reason was for DTS.
                                      Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:24 PDT

**MH Safety Plan**
Safety Planning Reason :  Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs :   No
Warning signs - Clinical Impressions :   increased frustation with EOP LOC

Identify triggers to SIB incidents. Identify coping skills to reduce SIB incidents.
Helpful reducing self-harm - Clinical :   Identify coping skills to reduce compliance behaviors
Reduce Risk Factors - Clinical :   Focus on rapport building in attempt to increase I/P's receptiveness to PC's feedback
Patient History of Self Harm :   No
Safety Concerns Identified :   No
Environmental Concerns Identified :   No
Patient Participate - Protective Factors :   No
Protective Factors - Clinical Impression :   family and erpd
-Identify coping skills and encourage utilization of those skills
-Identify I/P's strengths

Enhanced factors - Clinical Impressions :   -Identify coping skills and encourage utilization of those skills
-Identify I/P's strengths

                                      Bernal, Kimberly Licensed Clinical Social Worker - 5/10/2024 11:24 PDT

---

Suicide Risk and Self-Harm Evaluation Entered On: 5/9/2024 16:52 PDT
Performed On: 5/9/2024 16:50 PDT by Lopez, Guillermo Licensed Clinical Social Worker

Patient Encounter Information

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male |

CDCR: BP8832

---

### *Mental Health Suicide MPage Forms*

---

decompensation of his mental health condition. ISPATHWARM - none

Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:46 PDT

**Plan**
5D Mental Health Plan Continue :  No action required, 5 day follow up will continue
5D Private setting :  No
5D Has custody been consulted :  Yes
5D Additional Comments :   IP was seen cell-front due to weekend/ holiday coverage.

Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:46 PDT

---

**5 Day Follow-up Entered On: 5/15/2024 12:29 PDT**
**Performed On: 5/15/2024 10:20 PDT by Arista, Jazmine Licensed Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Arista, Jazmine Licensed Clinical Social Worker - 5/15/2024 12:25 PDT

**5 Day Follow-up Continue**
MH Day :  4
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).
Arista, Jazmine Licensed Clinical Social Worker - 5/15/2024 12:25 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/14/24 14:46:35, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796

Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

-Clinical Impressions: increased frustation with EOP LOCIdentify triggers to SIB incidents. Identify coping skills to reduce SIB incidents.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Identify coping skills to reduce compliance behaviors

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Focus on rapport building in attempt to increase I/Ps receptiveness to PCs feedback
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0013**

LAC - California State Prison, Los Angeles County

Patient:                              **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987    /    37 years    /    Male                CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: family and erpd-Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: -Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

Arista, Jazmine Licensed Clinical Social Worker - 5/15/2024 12:25 PDT

**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   Ip reported no intent or means to cut himself. Ip shared that he wants to work on getting better which shows future orientation.
5D Brief Mental Status :   During 5- day step down contact- Coverage Clinician saw IP at cell front due to custody modified program.  Coverage Clinician inquired about Ip's overall health, and he stated that he is "alright". CC inquired about Ip's coping skills when in distressed. Ip shared that he has several coping skills and mental health books that he can use  however he often chooses not to use them. CC explored barriers and encouraged IP to use skills. IP did not appear in acute distress, nor any functional impairment noted. IP Denied SI/HI/AV/VH. Eye contact was appropriate. No perceptual disturbances. IP was Ox4, alert, calm and cooperative.  No functional deficits and no decompensation noted. No reported safety concerns. No behavioral issues reported by custody officers.

Arista, Jazmine Licensed Clinical Social Worker - 5/15/2024 12:25 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   Yes
5D Has custody been consulted :   No
5D Additional Comments :   d4 custody modified program

Arista, Jazmine Licensed Clinical Social Worker - 5/15/2024 12:25 PDT

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | | | | |
|---|---|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | | | |
| DOB/Age/Birth Gender: | 6/3/1987 / 37 years | / | Male | CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

**5 Day Follow-up Entered On: 5/14/2024 14:49 PDT**
**Performed On: 5/14/2024 14:46 PDT by Emanuel, Dorien Licensed Psychologist**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Emanuel, Dorien Licensed Psychologist - 5/14/2024 14:46 PDT

**5 Day Follow-up Continue**
MH Day :   4
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Progress Note

Emanuel, Dorien Licensed Psychologist - 5/14/2024 14:46 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/13/24 13:33:50, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: increased frustation with EOP LOCIdentify triggers to SIB incidents. Identify coping skills to reduce SIB incidents.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Identify coping skills to reduce compliance behaviors

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Focus on rapport building in attempt to increase I/Ps receptiveness to PCs feedback
SELF-HARM TO AFFECT EXTERNAL CHANGES

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male            CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: family and erpd-Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: -Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0016**

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:      6/3/1987  /  37 years    /    Male              CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Emanuel, Dorien Licensed Psychologist - 5/14/2024 14:46 PDT

**Status and Current Condition**
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  GOD and family
5D Brief Mental Status :  IP presented as groomed wearing his state issued clothing. IP had calm, slowed speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was fair. IP mood appeared was calm with flat affect . IP denied current suicidal ideation/intent, homicidal ideation/intent. IP denied AH/VH at this time. IP denied any acute mental health symptoms at this time. IP reported no difficulty eating at this time. Cell was clean and orderly.
Emanuel, Dorien Licensed Psychologist - 5/14/2024 14:46 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :  No
5D Has custody been consulted :  Yes

Emanuel, Dorien Licensed Psychologist - 5/14/2024 14:46 PDT

**5 Day Follow-up Entered On: 5/13/2024 13:51 PDT**
**Performed On: 5/13/2024 12:45 PDT by Ayodele, Ayodeji Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Ayodele, Ayodeji Clinical Social Worker - 5/13/2024 13:33 PDT

**5 Day Follow-up Continue**
MH Day :  3
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).
Ayodele, Ayodeji Clinical Social Worker - 5/13/2024 13:33 PDT

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

DE0017

LAC - California State Prison, Los Angeles County

Patient:                        **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male              CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
|---|

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/12/24 07:20:36, not the original MH Safety Plan.


MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: increased frustation with EOP LOCIdentify triggers to SIB incidents. Identify coping skills to reduce SIB incidents.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Identify coping skills to reduce compliance behaviors

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Focus on rapport building in attempt to increase I/Ps receptiveness to PCs feedback
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0018**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987    /    37 years    /    Male    CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: family and erpd-Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: -Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

Ayodele, Ayodeji Clinical Social Worker - 5/13/2024 13:33 PDT

**Status and Current Condition**
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  Unknown because IP was uncooperative but was observed on the yard to be socilaizing.
5D Brief Mental Status :  IP was uncooperative, he wouldn't answer and walked away on the yard. At the time of contact, IP did not appear to be in an acute state of crisis as evident by IP presenting as calm, maintained appropriate eye contact, and speech was within normal limit. IP presented with adequate grooming and hygiene. IP did not report SI/HI and/or intent. IP did

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0019**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male        CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

not appear to be responding to internal stimuli at time of contact.

<div align="right">Ayodele, Ayodeji Clinical Social Worker - 5/13/2024 13:33 PDT</div>

**Plan**
5D Mental Health Plan Continue :  No action required, 5 day follow up will continue
5D Private setting :  No
5D Has custody been consulted :  Yes

<div align="right">Ayodele, Ayodeji Clinical Social Worker - 5/13/2024 13:33 PDT</div>

---

<div align="center">

**5 Day Follow-up Entered On:  5/12/2024 7:21 PDT**
**Performed On:  5/12/2024 9:08 PDT by Lopez, Guillermo Licensed Clinical Social Worker**

</div>

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/12/2024 9:09 PDT</div>

**5 Day Follow-up Continue**
MH Day :  2
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/12/2024 9:09 PDT</div>

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :  No
Modify the Safety Plan? :  No
5 Day Follow Up MH Safety Plan :  NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/11/24 14:40:32, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: increased frustation with EOP LOCIdentify triggers to SIB incidents. Identify coping skills to reduce SIB incidents.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

| | |
|---|---|
| Report Request ID:  96852796 | Print Date/Time:  4/24/2025 13:21 PDT |

<div align="center">

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

</div>

LAC - California State Prison, Los Angeles County

Patient:                        **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
|---|

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Identify coping skills to reduce compliance behaviors

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Focus on rapport building in attempt to increase I/Ps receptiveness to PCs feedback
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0021**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:       6/3/1987   /   37 years   /   Male           CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: family and erpd-Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: -Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

Lopez, Guillermo Licensed Clinical Social Worker - 5/12/2024 9:09 PDT

**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   Im good..I want a new clinician

Lopez, Guillermo Licensed Clinical Social Worker - 5/12/2024 9:08 PDT

5D Brief Mental Status :   IP appeared alert and oriented x4, there was no indication that IP was RTIS, there were no noted AH/VH, delusions, and or psychosis. IP did not report issues with appetite, sleep, and or energy. No agitation or display of anger. There is no indication that IP is under the influence of any substances. During interaction, IP displayed Speech within normal limits and appropriate eye contact. There was no objective evidence to suggest that IP was experiencing a decompensation of his mental health condition. ISPATHWARM - none

Lopez, Guillermo Licensed Clinical Social Worker - 5/12/2024 9:09 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes
5D Additional Comments :   IP was seen cell-front due to weekend/ holiday coverage.

Lopez, Guillermo Licensed Clinical Social Worker - 5/12/2024 9:09 PDT

**5 Day Follow-up Entered On:  5/11/2024 14:42 PDT**
**Performed On:  5/11/2024 14:08 PDT by Nazarian, Andrea Unlicensed Psychologist**

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

DE0022

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987 / 37 years / Male | CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

**Patient Encounter Information**
ENCTR Information :  Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Nazarian, Andrea Unlicensed Psychologist - 5/11/2024 14:40 PDT

**5 Day Follow-up Continue**
MH Day :  1
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   This form
5D MHCB Admission Reason :   IP was assessed due to lacerations on wrists indicating SI/SA.
5D Patient's Future Tx Needs :   IP will benefit from treatment consistent with DBT skills to learn distress tolerance and
emotional regulation in times of heightened distress. IP will continue to be medication compliant for proper mental health
stability. IP will follow up with assigned PC for continued guidance and utilizing adaptive coping strategies such as talking with
family
Nazarian, Andrea Unlicensed Psychologist - 5/11/2024 14:40 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: increased frustation with EOP LOCIdentify triggers to SIB incidents. Identify coping skills to reduce SIB
incidents.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Identify coping skills to reduce compliance behaviors

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Focus on rapport building in attempt to increase I/Ps receptiveness to PCs feedback
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**DE0023**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
|---|

-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: family and erpd-Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: -Identify coping skills and encourage utilization of those skillsIdentify I/Ps strengths
                                        Nazarian, Andrea Unlicensed Psychologist - 5/11/2024 14:40 PDT

Status and Current Condition
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   "there's a lot of reasons family, my higher power..."

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0024**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987 / 37 years / Male    CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

5D Brief Mental Status :  IP denied SI/HI and did not present with delusional thought content or behaviors. IP denied AH/VH and was oriented x4. IP remained cooperative and pleasant throughout interaction with PC. IP maintained proper eye contact throughout interaction with PC. IP denied further questions or concerns at this time. IP does not pose a threat to self or others at this time. PC utilized Motivational Interviewing throughout interaction.

Nazarian, Andrea Unlicensed Psychologist - 5/11/2024 14:40 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :  No
5D Has custody been consulted :  Yes

Nazarian, Andrea Unlicensed Psychologist - 5/11/2024 14:40 PDT

---

**5 Day Follow-up Entered On:  7/23/2023 12:43 PDT**
**Performed On:  7/23/2023 12:42 PDT by Lopez, Guillermo Licensed Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Lopez, Guillermo Licensed Clinical Social Worker - 7/23/2023 12:42 PDT

**5 Day Follow-up Continue**
MH Day :  5
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

Lopez, Guillermo Licensed Clinical Social Worker - 7/23/2023 12:42 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUL/22/23 09:12:00, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Nothing documented in original.

WARNING SIGNS
Did the patient participate in the following questions? Nothing documented in original.

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                      Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0025

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

---

| *Mental Health Documentation* |
| --- |

---

Document Type:                    MHMD Progress Note
Document Subject:                MHMD Psychiatric Progress Note
Service Date/Time:                5/15/2024 16:58 PDT
Result Status:                    Auth (Verified)
Perform Information:            Turner,Andrew Psychiatrist (5/15/2024 17:12 PDT)
Sign Information:                Turner,Andrew Psychiatrist (5/15/2024 17:12 PDT)
Authentication Information:        Turner,Andrew Psychiatrist (5/15/2024 17:12 PDT)

**Level of Care**
MH LOC/DDP: EOP/Pass-NCF (05/10/24 12:41:31)

**Previous Subjective/HPI**
  **Mental Health Assessment Information:**
   04/16/24 09:27:   Met with IP for scheduled appt. IP noted "holding up, but PTSD acting up." Reported stabbed for no reason custody office here at LAC he has civil suit against that is still here at LAC. I asked IP question and IP resopnded "why did you stop typing when i mentioned about custody officer?" I responded that I wasnt aware that I did and wanted to ask him a question. IP then mentioned if I had been trained to do that, and if so, then would want another doctor. I explained it likely was coincidental and clarifed that custody officer at LAC is still here, and reviewed appropriiate reporting measures. IP responded that IP is black, and if goes to anotehr custody officer it wont do any good. Reiterated proper channel and then clarifed that IP was stabbed while at SAC by another inmate (MHMD note 3/11/24 documents IP stabbed right shoulder on 3/2/24). IP did not provide any more detail about stabbing, other than "it was over stupid stuff" and then was sent to LAC. Reviewed since at LAC, IP doing best to be compliant and stay out of way. He reports sleep adn eating has been off awhile, but maanges. he prays and notes uses MH packets to cope. plans on getting back into exercise.   Reviewed my role and he correctly stated he is on Remeron, Vistaril. Reminded he is also on Lexapro (started 3/11/24). No s/e and IP then stated he doesnt really believe meds will help as continues to be in negative environment. spoke of how environment/prison should be more positive and safe. IP then made joke that if could get THC, that would help and smiled/laughed appropriately. Discussed consistency with Lexapro has been 29% over the last month and provided psychoeduation about meds and Remeron. Decided on discontinuing Lexapro, and will make Remeron scheduled as does help wtih sleep and be less agitated.   At this point in session, IP demeanor changed from more challenging to cooperative after med discussion and he said "I like you, thinking and discussing things." IP denied SI/HI/AVH. no recent drug use. Reported used to use meth/thc/EToh.   Family Hx: thinks dad side had psychiatric struggles, mood swings, but no official diagnoses.   IP then mentioned he thinks will be ready for CCCMS soon, as wants to do computer programming and thinks CCCMS allows him more vocational things.

Signed By:Turner, Andrew  Psychiatrist

   04/16/24 09:27:Previous   Mental Health Assessment Information:   02/29/24 12:12:
The IP was seen at the cell door due to his refusal to attend the scheduled 1:1

**Problem List/Past Medical History**
Ongoing
   Antisocial personality disorder
   Chronic posttraumatic stress disorder
   GERD with esophagitis
   History of foreign body ingestion
   Histrionic personality disorder
   Seizure
   Sleep apnea
   Sliding hiatal hernia
   Unspecified anxiety disorder
Historical
   Vitamin D deficiency

**PC2602**
No qualifying data available.

**Medications**
 **Active Medications:**
 ergocalciferol 1.25 mg (50,000 units) Cap (Vitamin D2)  50,000 unit 1 cap Oral qWeek NA
 1-hydrOXYzine pamoate 50 mg Cap (Vistaril)  50 mg 1 cap Oral q6hr NA PRN: anxiety
 1-levETIRAcetam 500 mg Tab (Keppra)  500 mg 1 tab Oral BIDAM+PM DOT
 1-mirtazapine 15 mg Tab (Remeron)  15 mg 1 tab Oral Once a day at bedtime DOT
 1-pantoprazole 40 mg Tab-DR (Protonix)  40 mg 1 tab Oral Daily NA

**Allergies**
No Known Medication Allergies

**Lab Results**
Routine Chemistry
Sodium Lvl: 142 (06/27/23)
Chloride: 104 (06/27/23)

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

DE0026

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health Documentation* |
| --- |

appointment. He said he was feeling stressed and asked about his medications. He didn't want any nmedications and eventually said he didn't want to change any of his current medications.   Signed By:Halloran, William Psychiatrist

Signed By:Turner, Andrew  Psychiatrist

**Subjective/HPI**

IP did not show for scheduled appt. Seen cell side briefly as limited interview possible at cellfront due to non-confidential setting. Of note, IP came to Old MH Bldg earlier in day, but when I was with another IP, IP left and refused as did not want to wait in holding tank. IP reported he doesnt like to wait as he gets "paranoid" and proceeded to talk how he doesnt like this prison and how he feels things not run correctly, and how people seem to ignore him. He spoke of how he cut himself recently (Record shows went to TTA 5/9/24 and received dermabond after cutting and also seen for SRSHE on 5/9 and 5/10/24. He was returned to housing, and noted although used suicidal language, not demonstrating psychological distress and at odds with his presentation. it is documented that possible reason he cut was due to wanting to get away from yard/housing and unsatisfied wtih PC. IP spoke of how he doesnt understand why not kept SWAH or sent elsewhere. He then spoke about his medication and how he doesnt like being out there at night, and I recommended we move medication to earlier in evening. IP liked this idea and then commented he likes how I think, and asked me why I am here late as I should be home, or on the beach. I reviewed I will make the change to his medication and he thanked me for the time.

D4 CO noted he knows IP from when he was at LAC prior, and in his opinion, IP has calmed down significantly, programs and functions.

**Mental Status Exam**

Appearance: Adequate grooming. Wearing blue prison garb. white doo rag.
Attitude: frustrated at first but cooperative and more relaxed as session went on
Activity: no psychomotor retardation or agitation noted
Mood: "okay"
Affect: slightly frustrated at first, but calmed and mostly euthymic, reactive
Speech: clear, normal rate and rhythm, non-pressured, logical
Attention and Concentration: good
Thought Process: goal directed; linear
Thought Content: no suicide/homicide/violent ideation/intent
Perception: no delusions or hallucinations, preoccupation
Cognition: alert, oriented x3; memory intact
Insight: fair; Judgment: fair

**Brief Suicide/Risk Assessment**

2
05/10/2024 08:45
Low
High

Potassium Level: 4.9 (06/27/23)
CO2: 29 (06/27/23)
Creatinine: 0.84 (06/27/23)
Glucose Level: 78 (06/27/23)
Calcium Lvl: 10.5 High (06/27/23)
Albumin Lvl: 4.7 (06/27/23)
Total Protein: 7.7 (06/27/23)
Alk Phos: 67 (06/27/23)
AST: 18 (06/27/23)
ALT: 16 (06/27/23)
Bili Total: 0.4 (06/27/23)
Complete Blood Count
WBC: 4.6 (06/16/23)
RBC: 4.52 (06/16/23)
Hgb: 13.9 (06/16/23)
Hct: 42.0 (06/16/23)
MCV: 92.9 (06/16/23)
MCH: 30.8 (06/16/23)
MCHC: 33.1 (06/16/23)
RDW: 12.9 (06/16/23)
Platelet: 217 (06/16/23)
MPV: 12.3 (06/16/23)
Absolute Neutrophil: 2521 (06/16/23)
Lipids
Chol: 159 (06/16/23)
HDL: 64 (06/16/23)
LDL: 72 (06/16/23)
Chol/HDL: 2.5 (06/16/23)
Trig: 155 High (06/16/23)
Non HDL Chol: 95 (06/16/23)
TSH
TSH: 0.51 (06/16/23)
TSH W/Reflex To FT4: 1.90 (11/07/22)

**Vitals & Measurements**
Temperature Oral: 36.4 DegC (05/09/24 15:40:00)
Temperature Tympanic: 36.6 DegC (03/11/24 11:09:00)
Temperature Temporal Artery: 35 DegC Low (03/19/24 10:19:00)
Apical Heart Rate: 98 bpm (09/10/23 06:22:00)
Peripheral Pulse Rate: 65 bpm (05/09/24 15:40:00)
Heart Rate Monitored: 56 bpm Low (03/02/24 17:36:00)
Systolic Blood Pressure: 123 mmHg (05/09/24 15:40:00)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0027**

**LAC - California State Prison, Los Angeles County**

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male        CDCR: BP8832

| *Mental Health Documentation* |
| --- |

No
Yes
Yes
05/09/2024
Yes

IP presents with no signs indicating imminent risk of self-harm/ DTS, he denies having SI or any thoughts of self- harm, there are no overt signs of acute psychiatric crisis. Patient appears to be future oriented and actively involved in his treatment. In my opinion his acute suicidal risk is low today. However, he is at an elevated chronic risk given h/o suicide attempt/mental illness and current incarceration.

**Additional Discussion**

**Second session with this provider today.  Narrival to LAC 4/9/24 from SAC**. last saw SAC Psychiatrist on 3/11/24 and started on Lexapro as reported PTSD symptoms (exacerbation of prior trauma from being stabbed on 3/2/24). Dx with ASPD, anxiety, PTSD. Problem list has  Antisocial personality disorder, Chronic posttraumatic stress disorder History of foreign body ingestion, Histrionic personality disorder, Seizure, Sleep apnea, Sliding hiatal hernia, Unspecified anxiety disorder, Unspecified bipolar and related disorder listed.

 **4/16/24:** IP reported doing ok, although PTSD symptoms related to LAC Custody officer whom IP has civil case against for overuse of force. Initially IP challenging demeanor in session, but became more cooperative as session went on. Record indicates IP stabbed by another inmate 3/2/24 while at SAC, but iP did not provide details and more focused on LAC Custody officer and discussion about meds then recent stabbing. Overall, presented not in acute distress and overall euthymic, reactive and not particularly anxious or depressed. Reviewed meds and decided will discontinue Lexapro as only 29% adherence over last month, and will make Remeron scheduled as he reports helps with sleep/anger/anxiety. Will continue on vistaril PRN as well. Review of SOMS shows 16 RVRS in 2023 and 2 in 2024, strongly supporting IP's ASPD diagnosis. Of note, IP mentioned toward end of session he feels he will be ready for CCCMS soon, and mentioned possibly interested in the vocational programs they have to offer.

**Today on 5/15/24 : No showed for scheduled appt, so seen briefly cell side. IP without overt signs of psychiatric decompensation or imminent crisis. Per custody, is following directions and no impairment in functioning. IP spent several minutes verbalizing frustration over prison/mental health, etc but throughout session calmed and like last session overall does not present particularly anxious or depressed.  Record shows went to TTA 5/9/24 and received dermabond after cutting and also seen for SRSHE on 5/9 and 5/10/24. He was returned to housing, and noted although used suicidal language, not demonstrating psychological distress and at odds with his presentation. it is documented that possible reason he cut was due to wanting to get away from yard/housing and unsatisfied wtih PC. Reviewed how I can help him, and will move Remeron from qhs to qpm as IP reported will help wiht**

Diastolic Blood Pressure: 74 mmHg (05/09/24 15:40:00)
Systolic Blood Pressure Supine: 108 mmHg (07/20/22 13:23:00)
Diastolic Blood Pressure Supine: 78 mmHg (07/20/22 13:23:00)
Pulse Supine: 56 (06/19/22 08:38:00)
Systolic Blood Pressure Sitting: 123 mmHg (10/21/22 08:42:00)
Diastolic Blood Pressure Sitting: 74 mmHg (10/21/22 08:42:00)
Pulse Sitting: 53 (10/21/22 08:42:00)
Systolic Blood Pressure Standing: 116 mmHg (10/21/22 08:42:00)
Diastolic Blood Pressure Standing: 72 mmHg (10/21/22 08:42:00)
Pulse Standing: 87 (10/21/22 08:42:00)
Respiratory Rate: 16 br/min (05/09/24 15:40:00)
SpO2: 100 % (05/09/24 15:40:00)
Height/Length Measured: 165 cm (05/09/24 15:40:00)
Weight Measured: 70.1 kg (04/26/24 11:39:00)
Weight Estimated: 68.7 kg (04/19/23 09:34:00)
Weight Dosing: 70.7 kg (04/11/24 11:18:00)
Body Mass Index Measured: 0 kg/m2 (05/09/24 15:40:00)

**Scales and Assessments Interpretations**
(For assessments without interpretations, please manually enter one here)
No results documented

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

| *Mental Health Documentation* |
|---|

adherence and less "paranoid" (more of anxiety or from ptsd than true paranoia) earlier in day. Reviewed adherence as 31% over last month and encouraged improvement. No new or recent RVRs.


**SOMS shows 16 RVRS in 2023 for behavior which could lead to violence x3, failure to respond to notices x2, fighting x3, battery on a prisoner, disrespect w/out potential for violence, battery on a peace officer x2, disobeying an order, resisting staff x2, delaying a peace officer**

**2 RVRS in 2024 for fighting and unauthorized acquisstiion of personal property**

**Working Dx: ASPD, h/o anxiety and PTSD, Seizures per EHRS**


1. Disposition: No crisis issues were evident during the interview. Remain at current level of care and continue to discuss appropriateness with IDTT team.

2. **Discontinued Lexapro 10mg qam on 4/16/24, started by SAC Pscyhiatrist on 3/11/24**

**Change Remeron 15mg qhs to qpm. changed from prn qhs to qhs on 4/16/24**

**Continue Vistaril 50mg prn q6hr for anxiety**

Reviewed and discussed risks/benefits/side effects/alternatives of above meds. Patient understood and made informed consent to continue them.

-no h/o PC2602

-Med consent :  3/11/24

3. No labs/studies ordered today

4. Coordination of Care: will consult with PCP and clinician as needed. IP will be managed by his prison primary medical providers for his noted medical problem
-Discussed F/U with primary clinician for non-medication mental health services
-Discussed F/U with custody regarding housing change and other custody issues

5. No barriers to treatment response were evident during the interview.

-Effective communication: Additional time was provided. The examiner spoke slowly and clearly, using simple, basic language for I/P to understand. The patient asked questions and summarized information to the satisfaction of the examiner. Effective communication was reached.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | |
|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

---

### *Mental Health Documentation*

---

-Pt was able to verbalize knowledge of the procedure on how to ask for a referral for his PC and or psychiatrist whenever needed
-Pt. was instructed to fill out form 7362 in case if he needs to talk to the MD sooner.
-Pt. was made aware of the process of getting help in case of crisis situation. Pt. verbalized the understanding.


6. Follow up 30 days or earlier if needed.

---

| Document Type: | MHMD Progress Note |
|---|---|
| Document Subject: | Free Text Note |
| Service Date/Time: | 4/30/2024 17:47 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Turner,Andrew Psychiatrist (4/30/2024 17:49 PDT) |
| Sign Information: | Turner,Andrew Psychiatrist (4/30/2024 17:49 PDT) |
| Authentication Information: | Turner,Andrew Psychiatrist (4/30/2024 17:49 PDT) |


While I was talking to IP's cellie D4 126 about importance of takign medication with diagnosis of Schizophrenia, IP piped in saying "tell him the truth doc, cdcr and prison get paid for keeping us on medications." I let IP and cellie know this is not true and ended conversation with IP's cellie at that point and let him know can talk more in private. Making note of this interaction as lets me know this IP's mindset, but also shows how may negatively influence others care/treatment.

**Encounter Info:** Patient Name: MARCUS HOLMES,DOB: 06/03/1987,CDCR: BP8832,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

---

| Document Type: | MHMD Progress Note |
|---|---|
| Document Subject: | MHMD Progress Note |
| Service Date/Time: | 8/7/2023 14:35 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Struble,Christopher Psychiatrist (8/7/2023 14:36 PDT) |
| Sign Information: | Struble,Christopher Psychiatrist (8/7/2023 16:30 PDT) |
| Authentication Information: | [Struble,Christopher Psychiatrist; Struble,Christopher Psychiatrist (8/7/2023 16:30 PDT)] |


CC:  "I'm OK"

HPI:
36yo M w active psychiatric dx of ASPD, histrionic PD, PTSD, unspecified anxiety d/o, unspecified bipolar d/o, and medical dx including but not limited to seizure d/o. TABE 8.0 in 2021. EOP ML. MAR indicates fair compliance. He was seen cell side due to no show for one on one exam. When asked about SE he stated, "it's giving me violent thoughts," however, he was clear that he has no plan or intent to harm anyone. I stated that would be a highly atypical SE to be associated with his meds, something after countless thousands of pts I've never

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0030**

LAC - California State Prison, Los Angeles County

| | | |
|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | |
| DOB/Age/Birth Gender: | 6/3/1987    /    37 years    /    Male | CDCR: BP8832 |

| *Mental Health Forms* |
|---|

cell next to him during his contact, demonstrating ips ability to modulate bxs when motivated to do so. His acute risk appears LOW. There is no evidence of new or worsening mh concerns, no evidence of DTS, DTO or SIDDMI. He is cleared to resume outpatient care on 5 day step down.

MH SRASHE Disposition :   Rescinded MHCB referral
SRASHE Disposition Rationale :   There is no noted new or worsening MH sxs, no acute distress noted. IP alert and fully oriented, demosntated bility to engage in socially apporaite bxs, no evdnce of psychotic process of affect instability.no reported acting out bxs, bizre bs or self harm. No evidence of DTS, DTO of SIDDMI.
Safety Plan Required :   MHCB rescission/ patient release from alternative housing when the referral reason was for DTS.

<div align="right">Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT</div>

**MH Safety Plan**
Safety Planning Reason :   Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs :   Yes
Warning signs - Patient focused :   sometimes i get really irritated and I get mad about people always just bothering me.
Warning signs - Clinical Impressions :   IP motivated to remain in program, has notable issues with LOC changes and noted to be reactive to environmental changes. Poor accountabilty at times and can be argumentative and dsruptive when ercieved needs not met.
Helpful reducing self-harm - Patient :   Talking to my PC helps me
Helpful reducing self-harm - Clinical :   Tx team to consider ongoing work with interpersonal comunication and modeling of approaite conflict reslution and problem solving skills in tx
Reduce Risk Factors - Patient :   will notify staff if I feel like im going to hurt myself
Reduce Risk Factors - Clinical :   IP willing to use the support of MH staff and communicate emergent needs
Patient History of Self Harm :   No
Safety Concerns Identified :   No
Environmental Concerns Identified :   No
Patient Participate - Protective Factors :   Yes
Protective Factors - Patient focused :   I got Dr. emmanual as my clinician and i think its a good fit, Im doing better with my treatment
Protective Factors - Clinical Impression :   Strongest protective factor is IPs future oriented thinking and his motivation to engage in Mh tx
Enhanced Factors - Patient focused :   talk to my team about my issues more, with talking to people
Enhanced factors - Clinical Impressions :   Team can enhance protective factors by working with Ip further on conflict resolution skills and improving communication

<div align="right">Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT</div>

<div align="center">Suicide Risk and Self-Harm Evaluation Entered On:  5/17/2024 9:33 PDT
Performed On:  5/17/2024 11:35 PDT by Lopez, Guillermo Licensed Clinical Social Worker</div>

Patient Encounter Information

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

| | |
|---|---|
| Report Request ID:  96852796 | Print Date/Time:  4/24/2025 13:21 PDT |

<div align="center">**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.</div>

<div align="right">**DE0031**</div>

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | |
|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

| *Mental Health Forms* |
|---|

ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:37 PDT</div>

**Reason for Assessment**

Reason for Assessment :   Consult for SI, SA, or Self-harm

Reason for Assessment :   IP was placed on SWAH following reported SI. In review of records there was no indication that IP engaged in self-harm bx.

Sources of information :   C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS, Custody File

Did the patient refuse to participate or are they currently unable to respond? :   Yes

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:25 PDT</div>

Steps taken to encourage participation or increase the patients ability to participate: :   MHPC utilized MI, active listening, and provided IP with ample of time to discuss SRE and hx of self-harm, as well as presenting stressors. IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life. IP expressed that his primary issues were seeking to get access to a tablet, and he was motivated to advocate for himself. IP endorsed communication with his family and desire to communicate with them more frequently due to reported family issues. IP also endorsed disagreement with his MH tx and dislike of therapeutic approach from his assigned MHPC. MHPC utilized CBT to support IP in challenging negative thinking patterns and he was receptive of intervention. IP reported plans to meet with his assigned MHPC and engage in MH tx. IP denied issues with medsa nd he was encouraged to follow uo with provider as needed and encouraged to take his medication Overall, IP's participation was selective and aimed at addressing environmental factors and there was no indication of acute distress.

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 12:20 PDT</div>

**Suicide and Self-Harm Summary**

Suicide and Self-Harm History :   Yes

Suicide and Self-Harm History Narrative :   There does not seem to be any changes to the quality of IP's protective facotrs. MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm. As such, this writer will review records and complete self-harm narrative. In review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stiches". There are no reported incidents of self-harm.

MH SUICIDE SH SMRT TEMPL :   Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | | Details | Follow Up* |
|---|---|---|---|---|---|---|
| MAY/09/24 14:08:00 | No | No | 1 | | Laceration  Return to previously assigned housing program | |
| SEP/09/23 10:35:00 | No | No | 0 | | Insertion/Ingestion  Outside Hospital | |
| AUG/17/23 13:58:00 | No | No | 1 | | Laceration  Return to previously assigned housing program | |
| JUN/26/23 09:40:00 | Unknown | No | | 1 | Laceration  CTC (Medical) | |
| JUN/20/23 00:55:00 | Unknown | No | | 1 | Laceration  CTC (Medical) | |
| JUN/06/23 17:04:00 | No | No | 1 | | Laceration  CTC (Medical) | |
| JUN/06/23 12:20:00 | No | No | 1 | | Laceration  CTC (Medical) | |
| MAY/18/23 16:37:00 | No | No | 1 | | Laceration  Return to previously assigned housing program | |
| APR/30/23 20:15:00 | No | No | 0 | | Hanging  Referral to MHCB | |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

<div align="right">**DE0032**</div>

LAC - California State Prison, Los Angeles County

Patient: **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| | | | | *Mental Health Forms* | |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| APR/26/23 10:35:00 | No | No | 1 | Overdose (poisoning)  Referral to MHCB |
| APR/23/23 08:55:00 | No | No | 1 | Laceration  Referral to MHCB |
| OCT/16/22 15:03:00 | No | No | 1 | Laceration  Return to previously assigned housing program |
| OCT/08/22 14:39:00 | No | No | 1 | Laceration  CTC (Medical) |
| AUG/29/22 12:05:00 | No | *Yes* | 0 | Overdose (poisoning)  CTC (Medical) |
| JUL/25/22 13:32:00 | No | *Yes* | 1 | Hanging  CTC (Medical) |
| JUL/25/22 08:58:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/24/22 19:04:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/05/22 00:40:00 | No | No | 1 | Laceration, Other: Unclear if this is the same i...  CTC (Medical) |
| JUL/04/22 20:55:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/03/22 13:04:00 | No | No | 0 | Hanging, Other: Noose around neck supporting him...  CTC (Medical) |
| JUL/02/22 09:40:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/01/22 13:10:00 | No | No | 0 | Insertion/Ingestion  Return to previously assigned housing program |
| JUL/01/22 07:01:00 | No | No | 0 | Hanging  Return to previously assigned housing program |
| JUN/30/22 16:05:00 | Unknown | *Yes* | 0 | Hanging  CTC (Medical) |
| JUN/26/22 20:09:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUN/19/22 17:37:00 | No | No | 1 | Laceration  CTC (Medical) |
| MAY/10/22 18:35:00 | No | No | 1 | Laceration  Return to previously assigned housing program |

inmate's self-harm behavior non-suicidal :  IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :  Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :  IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.

Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:37 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :  No
First prison term :  No
History of psychiatric disorder :  Yes
Sex offender :  Yes
History of abuse :  Yes
Long or life sentence :  Yes
History of substance abuse :  Yes
Recent disciplinary ("115") :  Yes
History of violence (including index crime) :  Yes
Single cell placement :  Yes
Negative housing change in housing :  Yes
Chronic medical illness :  Yes

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0033

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:   6/3/1987   /   37 years   /   Male           CDCR: BP8832

| *Mental Health Forms* |
|---|

Safety concerns (e.g., gang dropout) :  Yes
Chronic pain problem :   No
Early in prison term :   Yes
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes
Male :   Yes
Suicidal Ideation MH :   No
Disturbance of mood/lability :   No
Current/recent violent behavior :   No
Recent suicide attempt :   No
Perception of loss of social support :   No
Current/recent depressive symptoms :   No
Increasing interpersonal isolation :   No
Hopelessness/helplessness :   No
Current/recent psychotic symptoms :   No
Current/recent anxiety or panic symptoms :   No
Recent serious medical diagnosis :   No
Current/recent subst abuse/intoxication :   No
pain problems :   No
Agitated or angry :   Yes
Medication hoarding/cheeking :   No

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:25 PDT</div>

**Protective Factors / Buffers**
Family support :   No
Interpersonal social support :   Yes
Religious/spiritual/cultural beliefs :   Yes
Future orientation/plans for future :   Yes
Exercises regularly :   Yes
Positive coping/conflict resolution :   No
Children at home :   No
Spousal support :   No
Insight into problems :   No
Job or school assignment :   No
Active and motivated in psych treatment :   Yes
Sense of optimism; self-efficacy :   Yes
Quality of Protective Factors :   There are no changes to the quality of his protective and factors and he seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:37 PDT</div>

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

<div align="right">**DE0034**</div>

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Forms* |
| --- |

## Additional Information and Warning Signs
Warning sign of imminent suicide present :   - No Indicators

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:25 PDT</div>

Additional Information :   IP appeared to be oriented x4 and he did not appear to engage in bizarre bx, there was no indication that IP was RTIS, there were no noted AH/VH, delusions, and or psychosis. IP did not report issues with appetite, sleep, and or energy. IP resented calm, no agitation or display of anger. There is no indication that IP is under the influence of any substances. During interaction, IP displayed appropriate eye contact and Speech within normal limits. There was no objective evidence to suggest that IP was experiencing a decompensation of his mental health condition. ISPATHWARM - none

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:37 PDT</div>

## Risk Levels and Disposition
MH SRASHE Disposition :   Rescinded MHCB referral

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 12:20 PDT</div>

CHRONIC RISK :  High
ACUTE RISK :  Low
Safety Plan Required :   MHCB rescission/ patient release from alternative housing when the referral reason was for DTS

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:25 PDT</div>

Justification of Risk Level :   At the time of this evaluation, this writer estimated IP's Chronic Risk as High, due to review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm. Moreover, records indicate, IP has a hx of child hood trauma, violence, long sentence, recent RVR's, and substance use/abuse. In the absence of protective factors, IP's risk would likely elevate. However, the quality of his protective factors and high degree of future orientation mitigates his overall chronic risk currently. At the time of this evaluation, this writer estimated IP's Acute Risk as Low, there was no indication that IP engaged in self-harm bx.  IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life. IP expressed that his primary issues was seeking to get access to a tablet, and he was motivated to advocate for himself. IP endorsed communication with his family and desire to communicate with them more frequently due to reported family issues. IP also endorsed disagreement with his MH tx and dislike of therapeutic approach from his assigned MHPC. MHPC utilized CBT to support IP in challenging negative thinking patterns and he was receptive of intervention. MHPC engaged IP in review of access to services available to him in his assigned housing unit and institutional forms. IP reported plans to meet with his assigned MHPC and engage in MH tx. IP denied issues with medsa nd he was encouragaed to follow uo with provider as needed and encouraged to take his medication.  Overall, IP's participation was selective and aimed at addressing environmental factors and there was no indication of acute distress. Throughout encounter, there were no reported or indication of thoughts of death, no hopelessness, no ambivalence about his life noted. Other factors that contribute to his decreased risk at this time include, there was no objective evidence of psychological distress, and did not engage in bizarre bx. The aforementioned risk mitigating factors noted all seem contribute to IP's reduced risk at this time.

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 12:20 PDT</div>

SRASHE Disposition Rationale :   This risk evaluation was completed with access to review of records, interview with IP, consultation with staff, all of which indicated that IP is presently not an imminent danger to himself or others due to a mental illness, nor does he appear to be gravely disabled and there is no clinical indication that IP is experiencing worsening MH sxs due to MH decompensation, that would otherwise warrant a referral to MHCB. Should IP's presentation change or new

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**DE0035**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

| *Mental Health Forms* |
|---|

information were to surface that would otherwise elevate risk, this writer or future MH evaluators are at liberty of amending noted risk level justification accordingly and making adequate MH referrals. At this time, IP seems to be appropriate for EOP LOC, where he is afforded access to 1:1 sessions as needed, access to medical staff, and seems to have insight to services available in his housing unit.

Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:37 PDT

**MH Safety Plan**
Warning signs - Clinical Impressions :   IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

Helpful reducing self-harm - Clinical :   IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

Reduce Risk Factors - Clinical :   IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs and seek and MHPC change.

Patient History of Self Harm :   No
Safety Concerns Identified :  No
Environmental Concerns Identified :   No
Patient Participate - Protective Factors :   No
Protective Factors - Clinical Impression :   IP seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

Enhanced factors - Clinical Impressions :   IP will meet with custody management to address reported issues with tablet and custody has been notified. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 12:00 PDT

Safety Planning Reason :   Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs :  No

Lopez, Guillermo Licensed Clinical Social Worker - 5/17/2024 11:25 PDT

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                           Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**DE0036**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:       6/3/1987  /  37 years  /  Male          CDCR: BP8832

---

### *Mental Health Suicide MPage Forms*

---

5 Day Follow-up Entered On:  5/22/2024 13:10 PDT
Performed On:  5/22/2024 11:00 PDT by Ayodele, Ayodeji Clinical Social Worker

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
                              Ayodele, Ayodeji Clinical Social Worker - 5/22/2024 13:00 PDT

**5 Day Follow-up Continue**
MH Day :   5
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).
                              Ayodele, Ayodeji Clinical Social Worker - 5/22/2024 13:00 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/21/24 15:19:41, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from working with assigned MHPC on CBT and

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0037**

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | |
|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs and seek and MHPC change.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0038

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

### *Mental Health Suicide MPage Forms*

What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.


What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported issues with tablet and custody has been notified. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Ayodele, Ayodeji Clinical Social Worker - 5/22/2024 13:00 PDT

**Status and Current Condition**
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  "Doing alright...."
5D Brief Mental Status :   IP was observed to be conversational. Cell looked kempt. Hygiene was good, non malodorous and he was dressed appropriately in standard issued blue prison attire. Eye contact was appropriate and maintained at regular intervals. Patient was alert, calm and cooperative. Mood was euthymic with topic appropriate affect. IP appeared not to be depressed at this time. His thought process was clear, coherent, aligned with topics being discussed.

Ayodele, Ayodeji Clinical Social Worker - 5/22/2024 13:00 PDT

**Plan**
5D Mental Health Plan Continue :  5 Day F/U discontinued (Minimum 5 days)
5D Private setting :  No

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0039**

**LAC - California State Prison, Los Angeles County**

Patient:                **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

---

### *Mental Health Suicide MPage Forms*

---

5D Has custody been consulted :  Yes

Ayodele, Ayodeji Clinical Social Worker - 5/22/2024 13:00 PDT

===

**5 Day Follow-up Entered On:  5/21/2024 15:29 PDT**
**Performed On:  5/21/2024 13:30 PDT by Arista, Jazmine Licensed Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Arista, Jazmine Licensed Clinical Social Worker - 5/21/2024 15:19 PDT

**5 Day Follow-up Continue**
MH Day :  4
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is
not my first contact post-MHCB discharge with the patient).
Arista, Jazmine Licensed Clinical Social Worker - 5/21/2024 15:19 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated
MAY/20/24 14:42:40, not the original MH Safety Plan.


MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of
suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support
with addressing reported disagreement with current MH tx. IP would benefit from identifying 2 situations and triggers that lead
to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs and seek and MHPC change.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0041

LAC - California State Prison, Los Angeles County

Patient:              **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:     6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported issues with tablet and custody has been notified. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

                                   Arista, Jazmine Licensed Clinical Social Worker - 5/21/2024 15:19 PDT

Status and Current Condition
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  IP reports no plan, or intent to hurt himself at this time. Ip reported that he has been utilizing coping skills such as going to the law library as a distraction mechanism.
5D Brief Mental Status :  During 5- day step down contact- Coverage Clinician saw IP in the day room due to custody modified program.  Coverage Clinician inquired about IP's overall health, and he stated that he is "aright". CC inquired about IP's coping skills when in distressed. Ip shared that he went to the law lawyer.  IP Denied SI/HI/AV/VH. Eye contact was appropriate. No perceptual disturbances. IP was Ox4, alert, calm and cooperative.  No functional deficits and no decompensation noted. No reported safety concerns. No behavioral issues reported by custody officers.

                                   Arista, Jazmine Licensed Clinical Social Worker - 5/21/2024 15:19 PDT

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male      CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes
5D Additional Comments :   D4 custody modified program.

Arista, Jazmine Licensed Clinical Social Worker - 5/21/2024 15:19 PDT

---

**5 Day Follow-up Entered On:  5/20/2024 14:51 PDT**
**Performed On:  5/20/2024 12:35 PDT by Ayodele, Ayodeji Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :  Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Ayodele, Ayodeji Clinical Social Worker - 5/20/2024 14:42 PDT

**5 Day Follow-up Continue**
MH Day :   3
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

Ayodele, Ayodeji Clinical Social Worker - 5/20/2024 14:42 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/19/24 09:12:06, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0043

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male   CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs and seek and MHPC change.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0044**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male            CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported issues with tablet and custody has been notified. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Ayodele, Ayodeji Clinical Social Worker - 5/20/2024 14:42 PDT

**Status and Current Condition**
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  "What is this about." PC informed IP that it was the 5 day step down. IP stated "i don't want to talk."
5D Brief Mental Status :  As Pc approached Ip in the day room, he was observed to be talking with another inmate. AS Pc introduced himself, his demeanor changed and was uncooperative. IP was observed to be conversational with the other inmate before and after the encounter. IP did not report any symptoms related to his current diagnosis that impact his current level of functioning. IP indicated that his symptoms were stable, with no major issues or concerns to report at this time evidenced by his conversation with the other inmate. Hygiene was good, not malodorous, and he was dressed appropriately.

| Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab |
| --- |

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0045

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male  CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

Eye contact was appropriate and maintained at regular intervals. Patient was Ox4, alert, calm and uncooperative. His thought process was clear, coherent. Voice was normal in tone, cadence, and volume, no distress was noticed.

Ayodele, Ayodeji Clinical Social Worker - 5/20/2024 14:42 PDT

**Plan**
5D Mental Health Plan Continue :  No action required, 5 day follow up will continue
5D Private setting :  No
5D Has custody been consulted :  Yes

Ayodele, Ayodeji Clinical Social Worker - 5/20/2024 14:42 PDT

---

**5 Day Follow-up Entered On:  5/19/2024 9:13 PDT**
**Performed On:  5/19/2024 8:45 PDT by Mascal, Keisha Unlicensed Psychologist**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Mascal, Keisha Unlicensed Psychologist - 5/19/2024 9:12 PDT

**5 Day Follow-up Continue**
MH Day :  2
5D Staff completing follow up :  Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

Mascal, Keisha Unlicensed Psychologist - 5/19/2024 9:12 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :  Yes
Modify the Safety Plan? :  No
5 Day Follow Up MH Safety Plan :  NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/18/24 08:05:32, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male                    CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

with addressing reported disagreement with current MH tx. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs and seek and MHPC change.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0047**

LAC - California State Prison, Los Angeles County

Patient:                **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported issues with tablet and custody has been notified. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Mascal, Keisha Unlicensed Psychologist - 5/19/2024 9:12 PDT

Status and Current Condition
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  I'm good. I am waiting for all of my enhancements to drop off then I get to go home and live my life.
5D Brief Mental Status :  MHPC met with patient for day 2 of 5 day stepdown. patient reported no active or recent specific symptoms of depression, mania, psychosis, or behavioral disturbances. patient denied SI/SA/SB. ADLs appear to be within normal range. patient spoke freely and easily with PC. patient's thought pattern was linear and patient was future oriented throughout session. patient was oriented x4. patient did not appear to be responding to internal stimuli. Cell was orderly.

| Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab |
| --- |

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0048**

**LAC - California State Prison, Los Angeles County**

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male              CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Mascal, Keisha Unlicensed Psychologist - 5/19/2024 9:12 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

Mascal, Keisha Unlicensed Psychologist - 5/19/2024 9:12 PDT

**5 Day Follow-up Entered On:  5/18/2024 8:06 PDT**
**Performed On:  5/18/2024 9:45 PDT by Lopez, Guillermo Licensed Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:46 PDT

**5 Day Follow-up Continue**
MH Day :   1
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   This form
5D MHCB Admission Reason :   IP was placed on SWAH following reported SI. In review of records there was no indication that IP engaged in self-harm bx.

5D Patient's Future Tx Needs :   This risk evaluation was completed with access to review of records, interview with IP, consultation with staff, all of which indicated that IP is presently not an imminent danger to himself or others due to a mental illness, nor does he appear to be gravely disabled and there is no clinical indication that IP is experiencing worsening MH sxs due to MH decompensation, that would otherwise warrant a referral to MHCB. Should IP's presentation change or new information were to surface that would otherwise elevate risk, this writer or future MH evaluators are at liberty of amending noted risk level justification accordingly and making adequate MH referrals. At this time, IP seems to be appropriate for EOP LOC, where he is afforded access to 1:1 sessions as needed, access to medical staff, and seems to have insight to services available in his housing unit.

Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:46 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | |
|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs and seek and MHPC change.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                      Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:      6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors.  IP endorsed communication with his family and looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported issues with tablet and custody has been notified. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.
                                             Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:46 PDT

Status and Current Condition
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   Im ok.. I have a lawsuit in a month
                                             Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:45 PDT
5D Brief Mental Status :   IP appeared alert and oriented x4, there was no indication that IP was RTIS, there were no noted AH/VH, delusions, and or psychosis. IP did not report issues with appetite, sleep, and or energy. No agitation or display of anger. There is no indication that IP is under the influence of any substances. During interaction, IP displayed Speech within normal limits and appropriate eye contact. There was no objective evidence to suggest that IP was experiencing a

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:       6/3/1987   /   37 years   /   Male        CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

decompensation of his mental health condition. ISPATHWARM - none

Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:46 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes
5D Additional Comments :   IP was seen cell-front due to weekend/ holiday coverage.

Lopez, Guillermo Licensed Clinical Social Worker - 5/18/2024 9:46 PDT

---

**5 Day Follow-up Entered On:  5/15/2024 12:29 PDT**
**Performed On:  5/15/2024 10:20 PDT by Arista, Jazmine Licensed Clinical Social Worker**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Arista, Jazmine Licensed Clinical Social Worker - 5/15/2024 12:25 PDT

**5 Day Follow-up Continue**
MH Day :   4
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is
not my first contact post-MHCB discharge with the patient).
Arista, Jazmine Licensed Clinical Social Worker - 5/15/2024 12:25 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated
MAY/14/24 14:46:35, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

DE0052

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male        CDCR: BP8832 |

---

| *Mental Health Forms* |
|---|

protective factors and increase his overall insight into MH.

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT</div>

---

<div align="center">

**Suicide Risk and Self-Harm Evaluation Entered On:  6/1/2024 15:22 PDT**
**Performed On:  6/1/2024 15:07 PDT by Scott, Sarah Licensed Psychologist**

</div>

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
<div align="right">Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT</div>

**Reason for Assessment**
Reason for Assessment :   Consult for SI, SA, or Self-harm
Sources of information :   C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS, Custody File
Did the patient refuse to participate or are they currently unable to respond? :   No
<div align="right">Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT</div>

**C-SSRS Suicidal Ideation**
CSSRS Wish to be Dead 2 :   No
CSSRS NonSpecific Active Suicide Thought 2 :   No
<div align="right">Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT</div>

**C-SSRS Suicidal Behavior**
1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injury of harm. :   No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   0
CSSRS Engaged Non Suicidal Injury 2 :   Yes
2. Has subject engaged in Self-harm without intent? :   Yes
CSSRS Interrupted Suicide Attempts 2 :   No
CSSRS Aborted Self Inter Attempts 2 :   No
CSSRS Prepatory Acts or Behavior 2 :   No
<div align="right">Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT</div>

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :   Yes
Suicide and Self-Harm History Narrative :   He has an extensive hx of SIB (26x) on record. IP has numerous superficial self harm bxs, all without intent to die and most via laceration of reported OD. IP has reported that these bxs serve to "force" staff to attend to his perceive needs and cites he tends to demonstrate these bxs more readily while in ASU. IP has no history od SI and these bxs have not been reported as reckless, though some of these are noted to have the potential for HR/ potential for death including 8/29/22 incident of OD, 7/25/22 via hanging and 6/30/22 incident of hanging. In review of records, IP has

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

| | |
|---|---|
| Report Request ID:  96852796 | Print Date/Time:   4/24/2025 13:21 PDT |

<div align="center">

**<u>WARNING:</u>** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

</div>

<div align="right">**DE0053**</div>

**LAC - California State Prison, Los Angeles County**

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male            CDCR: BP8832

| *Mental Health Forms* |
|---|

reported varying incidents of SA and they have been inconsistent across multiple tx providers. nearly all his SIbs are minor or without injury but 3x were concsidered potentially lethal. Ip had no new incidents of SIB today.
MH SUICIDE SH SMRT TEMPL :   Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | Details | Follow Up* |
|---|---|---|---|---|---|
| MAY/09/24 14:08:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| SEP/09/23 10:35:00 | No | No | 0 | Insertion/Ingestion   Outside Hospital | |
| AUG/17/23 13:58:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| JUN/26/23 09:40:00 | Unknown | No | 1 | Laceration   CTC (Medical) | |
| JUN/20/23 00:55:00 | Unknown | No | 1 | Laceration   CTC (Medical) | |
| JUN/06/23 17:04:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUN/06/23 12:20:00 | No | No | 1 | Laceration   CTC (Medical) | |
| MAY/18/23 16:37:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| APR/30/23 20:15:00 | No | No | 0 | Hanging   Referral to MHCB | |
| APR/26/23 10:35:00 | No | No | 1 | Overdose (poisoning)   Referral to MHCB | |
| APR/23/23 08:55:00 | No | No | 1 | Laceration   Referral to MHCB | |
| OCT/16/22 15:03:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| OCT/08/22 14:39:00 | No | No | 1 | Laceration   CTC (Medical) | |
| AUG/29/22 12:05:00 | No | *Yes* | 0 | Overdose (poisoning)   CTC (Medical) | |
| JUL/25/22 13:32:00 | No | *Yes* | 1 | Hanging   CTC (Medical) | |
| JUL/25/22 08:58:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/24/22 19:04:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/05/22 00:40:00 | No | No | 1 | Laceration, Other: Unclear if this is the same i...   CTC (Medical) | |
| JUL/04/22 20:55:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/03/22 13:04:00 | No | No | 0 | Hanging, Other: Noose around neck supporting him...   CTC (Medical) | |
| JUL/02/22 09:40:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/01/22 13:10:00 | No | No | 0 | Insertion/Ingestion   Return to previously assigned housing program | |
| JUL/01/22 07:01:00 | No | No | 0 | Hanging   Return to previously assigned housing program | |
| JUN/30/22 16:05:00 | Unknown | *Yes* | 0 | Hanging   CTC (Medical) | |
| JUN/26/22 20:09:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUN/19/22 17:37:00 | No | No | 1 | Laceration   CTC (Medical) | |
| MAY/10/22 18:35:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |

inmate's self-harm behavior non-suicidal :   IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :   Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :   IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                         Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0054

LAC - California State Prison, Los Angeles County

| | | | | |
|---|---|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | | | |
| DOB/Age/Birth Gender: | 6/3/1987 | / 37 years | / Male | CDCR: BP8832 |

| *Mental Health Forms* |
|---|

Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :  No
First prison term :  No
History of psychiatric disorder :  Yes
Sex offender :  Yes
History of abuse :  Yes
Long or life sentence :  Yes
History of substance abuse :  Yes
Recent disciplinary ("115") :  Yes
History of violence (including index crime) :  Yes
Single cell placement :  Yes
Negative housing change in housing :  Yes
Chronic medical illness :  Yes
Safety concerns (e.g., gang dropout) :  Yes
Chronic pain problem :  No
Early in prison term :  Yes
Caucasian/White ethnicity :  No
Older than 35 years of age :  Yes
Male :  Yes
Suicidal Ideation MH :  No
Disturbance of mood/lability :  No
Current/recent violent behavior :  No
Recent suicide attempt :  No
Perception of loss of social support :  No
Current/recent depressive symptoms :  No
Increasing interpersonal isolation :  No
Hopelessness/helplessness :  No
Current/recent psychotic symptoms :  No
Current/recent anxiety or panic symptoms :  No
Recent serious medical diagnosis :  No
Current/recent subst abuse/intoxication :  No
pain problems :  No
Agitated or angry :  Yes
Medication hoarding/cheeking :  No

Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT

**Protective Factors / Buffers**
Family support :  No
Interpersonal social support :  Yes
Religious/spiritual/cultural beliefs :  Yes
Future orientation/plans for future :  Yes
Exercises regularly :  Yes
Positive coping/conflict resolution :  Yes
Children at home :  No

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0055**

LAC - California State Prison, Los Angeles County

Patient:                              **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:      6/3/1987   /   37 years   /   Male            CDCR: BP8832

---

| *Mental Health Forms* |
| --- |

Spousal support :   No
Insight into problems :   Yes
Job or school assignment :   No
Active and motivated in psych treatment :   Yes
Sense of optimism; self-efficacy :   Yes
Quality of Protective Factors :   There were no reported changes in protective factors, IP reported suffcient famiyl support and conctact, reported good engegment in MH and demosntrated adequate insight into MH needs. IP demonstrated ability to modulate bx when motivated to do so.

Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT

### Additional Information and Warning Signs
Additional Information :   IP appeared to be oriented x4 and he did not appear to engage in bizarre bx, there were no noted AH/VH, delusions, or psychotic process noted. IP did not report issues with appetite, sleep, and or energy. IP presented calm, cooperative and well engaged. There is no indication that IP is under the influence of any substances. During interaction, IP displayed appropriate eye contact and Speech within normal limits. There was no objective evidence to suggest that IP was experiencing a decompensation of his mental health condition. ISPATHWARM - none

Warning sign of imminent suicide present :   - No Indicators

Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT

### Risk Levels and Disposition
CHRONIC RISK :   Moderate
ACUTE RISK :   Low
Justification of Risk Level :   IP is a 36 y/o male serving 22 years for assault with a deadly weapon, corporal injury on a specified person resulting in a traumatic condition (2x). IP just started his term, which began in 2021.  He has a hx of sex offending on prior term. Identified as LEVEL 4, Max (Custody), with 208.  He was excluded from the DDP with a Normal Cognitive Functioning designation and is identified as having a 8.0 TABE score.
Ip has cycled through the MHCB at various levels of care. He has an extensive hx of MHCB admissions and referrals. He has an extensive hx of SIB (26x) on record. IP has numerous superficial self harm bxs, all without intent to die and most via laceration of reported OD. IP has reported that these bxs serve to "force" staff to attend to his perceive needs and cites he tends to demonstrate these bxs more readily while in ASU. IP has no history od SI and these bxs have not been reported as reckless, though some of these are noted to have the potential for HR/ potential for death including 8/29/22 incident of OD, 7/25/22 via hanging and 6/30/22 incident of hanging. In review of records, IP has reported varying incidents of SA and they have been inconsistent across multiple tx providers. Ip had no new incidents of SIB today. His CHRONIC risk is considered HIGH due to extensive nature of SIB hx (3 of which were with potential lethality)and his hx of violence and acting out, as well as hx of recklessness. These bxs are mitigated to a degree by Ips willingness to reach out to staff and that nearly all of his SIBs have been without injury or with minor/superficial injury noted.
IP reported he needed a break for his current cellmate and advised that he sought alt housing to process recent grief and irritability secondary to negative mood states. IP records indicates inappropriate bx with clinical staff, in that IP was noted to be preventing his current assigned cellmate from having access to care by interrupting and being disrespectful to his cellie's MHPC when she would come to the cell front and turn her away. IP mentioned this in passing, stating that the Sgt attempted to rehouse his cellmate but IP became angered by this because while he does not want a cell mate, if he has to have one, he prefers the current cellmate. IP was able to demonstrate insight into the inappropriate nature of his bxs and that there are multiple alternative interventions IP could have utilized to address his MH concerns and housing concerns rather than report of SI when SI not present. He demonstrated openness to discuss his MH sxs and needs and was receptive to PC feedback. Demonstrated socially appropriate bxs and ability to modulate bxs despite disruptive and disrespectful neighbor yelling from

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

DE0056

LAC - California State Prison, Los Angeles County

Patient: **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender: 6/3/1987 / 37 years / Male CDCR: BP8832

| *Mental Health Forms* |
| --- |

cell next to him during his contact, demonstrating ips ability to modulate bxs when motivated to do so. His acute risk appears LOW. There is no evidence of new or worsening mh concerns, no evidence of DTS, DTO or SIDDMI. He is cleared to resume outpatient care on 5 day step down.

MH SRASHE Disposition : Rescinded MHCB referral
SRASHE Disposition Rationale : There is no noted new or worsening MH sxs, no acute distress noted. IP alert and fully oriented, demosntated bility to engage in socially apporaite bxs, no evdnce of psychotic process of affect instability.no reported acting out bxs, bizre bs or self harm. No evidence of DTS, DTO of SIDDMI.
Safety Plan Required : MHCB rescission/ patient release from alternative housing when the referral reason was for DTS.

Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT

**MH Safety Plan**
Safety Planning Reason : Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs : Yes
Warning signs - Patient focused : sometimes i get really irritated and I get mad about people always just bothering me.
Warning signs - Clinical Impressions : IP motivated to remain in program, has notable issues with LOC changes and noted to be reactive to environmental changes. Poor accountabilty at times and can be argumentative and dsruptive when ercieved needs not met.
Helpful reducing self-harm - Patient : Talking to my PC helps me
Helpful reducing self-harm - Clinical : Tx team to consider ongoing work with interpersonal comunication and modeling of approaite conflict reslution and problem solving skills in tx
Reduce Risk Factors - Patient : will notify staff if I feel like im going to hurt myself
Reduce Risk Factors - Clinical : IP willing to use the support of MH staff and communicate emergent needs
Patient History of Self Harm : No
Safety Concerns Identified : No
Environmental Concerns Identified : No
Patient Participate - Protective Factors : Yes
Protective Factors - Patient focused : I got Dr. emmanual as my clinician and i think its a good fit, Im doing better with my treatment
Protective Factors - Clinical Impression : Strongest protective factor is IPs future oriented thinking and his motivation to engage in Mh tx
Enhanced Factors - Patient focused : talk to my team about my issues more, with talking to people
Enhanced factors - Clinical Impressions : Team can enhance protective factors by working with Ip further on conflict resolution skills and improving communication

Scott, Sarah Licensed Psychologist - 6/1/2024 15:07 PDT

Suicide Risk and Self-Harm Evaluation Entered On: 5/17/2024 9:33 PDT
Performed On: 5/17/2024 11:35 PDT by Lopez, Guillermo Licensed Clinical Social Worker

Patient Encounter Information

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 96852796 Print Date/Time: 4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0057

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:     6/3/1987  /  37 years   /   Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
|---|

-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported with seeking single cell. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT

### Status and Current Condition
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   I'm doing good..."
5D Brief Mental Status :   IP denied current suicidal ideation/intent, homicidal ideation/intent. IP appeared with Euthymic mood with congruent affect. IP had calm speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was adequate.  IP denied any acute mental health symptoms at this time. No bizarre behaviors or delusional thinking elicited.  IP denied AH/VH at this time. IP presented as groomed wearing his state issued clothing. No current reports of behavior issues by custody. Cell condition fair/clean.

Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT

### Plan
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT

**5 Day Follow-up Entered On:  6/5/2024 10:48 PDT**
**Performed On:  6/5/2024 10:47 PDT by Emanuel, Dorien Licensed Psychologist**

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:   4/24/2025 13:21 PDT

__WARNING:__ This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

**Patient Encounter Information**
ENCTR Information :    Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

<div align="right">Emanuel, Dorien Licensed Psychologist - 6/5/2024 10:47 PDT</div>

**5 Day Follow-up Continue**
5D MHCB DC Documentation Option :   Progress Note

<div align="right">Emanuel, Dorien Licensed Psychologist - 6/5/2024 10:48 PDT</div>

MH Day :   4
5D Staff completing follow up :   Mental Health

<div align="right">Emanuel, Dorien Licensed Psychologist - 6/5/2024 10:47 PDT</div>

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUN/04/24 16:24:26, not the original MH Safety Plan.


MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? Yes

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: sometimes i get really irritated and I get mad about people always just bothering me.
-Clinical Impressions: IP motivated to remain in program, has notable issues with LOC changes and noted to be reactive to environmental changes. Poor accountabilty at times and can be argumentative and dsruptive when ercieved needs not met.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Talking to my PC helps me
-Clinical Impressions: Tx team to consider ongoing work with interpersonal comunication and modeling of approaite conflict reslution and problem solving skills in tx

What is the patient willing to do to reduce suicide risk?
-Patient Response: will notify staff if I feel like im going to hurt myself
-Clinical Impressions: IP willing to use the support of MH staff and communicate emergent needs
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

Patient:                        **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:     6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? Yes
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: I got Dr. emmanual as my clinician and i think its a good fit, Im doing better with my treatment
-Clinical Impressions: Strongest protective factor is IPs future oriented thinking and his motivation to engage in Mh tx

What can the patient or staff do to enhance protective factors?
-Patient Response: talk to my team about my issues more, with talking to people
-Clinical Impressions: Team can enhance protective factors by working with Ip further on conflict resolution skills and improving communication

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0060**

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:     6/3/1987   /   37 years   /   Male            CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Emanuel, Dorien Licensed Psychologist - 6/5/2024 10:47 PDT

**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   God

Emanuel, Dorien Licensed Psychologist - 6/5/2024 10:47 PM

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

Emanuel, Dorien Licensed Psychologist - 6/5/2024 10:47 PDT

**5 Day Follow-up Entered On:  6/4/2024 16:25 PDT**
**Performed On:  6/4/2024 16:24 PDT by Emanuel, Dorien Licensed Psychologist**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Emanuel, Dorien Licensed Psychologist - 6/4/2024 16:24 PM

**5 Day Follow-up Continue**
MH Day :   3
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Progress Note

Emanuel, Dorien Licensed Psychologist - 6/4/2024 16:24 PM

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated
JUN/03/24 12:44:12, not the original MH Safety Plan.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                         Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

DE0061

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male         CDCR: BP8832

---

### *Mental Health Suicide MPage Forms*

---

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? Yes

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: sometimes i get really irritated and I get mad about people always just bothering me.
-Clinical Impressions: IP motivated to remain in program, has notable issues with LOC changes and noted to be reactive to environmental changes. Poor accountabilty at times and can be argumentative and dsruptive when ercieved needs not met.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Talking to my PC helps me
-Clinical Impressions: Tx team to consider ongoing work with interpersonal comunication and modeling of approaite conflict reslution and problem solving skills in tx

What is the patient willing to do to reduce suicide risk?
-Patient Response: will notify staff if I feel like im going to hurt myself
-Clinical Impressions: IP willing to use the support of MH staff and communicate emergent needs
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0062**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

| |
|---|
| ***Mental Health Suicide MPage Forms*** |

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? Yes
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: I got Dr. emmanual as my clinician and i think its a good fit, Im doing better with my treatment
-Clinical Impressions: Strongest protective factor is IPs future oriented thinking and his motivation to engage in Mh tx

What can the patient or staff do to enhance protective factors?
-Patient Response: talk to my team about my issues more, with talking to people
-Clinical Impressions: Team can enhance protective factors by working with Ip further on conflict resolution skills and improving communication

Emanuel, Dorien Licensed Psychologist - 6/4/2024 16:24 PDT

**Status and Current Condition**
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  God
5D Brief Mental Status :  IP presented as groomed wearing his state issued clothing. IP had calm, slowed speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was fair. IP mood appeared was calm with flat affect . IP denied current suicidal ideation/intent, homicidal ideation/intent. IP denied AH/VH at this time. IP denied any acute mental health symptoms at this time. IP reported no difficulty eating at this time. Cell was clean and orderly.

Emanuel, Dorien Licensed Psychologist - 6/4/2024 16:24 PDT

**Plan**
5D Mental Health Plan Continue :  No action required, 5 day follow up will continue
5D Private setting :  No
5D Has custody been consulted :  Yes

Emanuel, Dorien Licensed Psychologist - 6/4/2024 16:24 PDT

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0063

LAC - California State Prison, Los Angeles County

| | | | | |
|---|---|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | | | |
| DOB/Age/Birth Gender: | 6/3/1987 | / 37 years | / Male | CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

5 Day Follow-up Entered On: 6/3/2024 12:46 PDT
Performed On: 6/3/2024 12:44 PDT by Emanuel, Dorien Licensed Psychologist

**Patient Encounter Information**
ENCTR Information :    Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Emanuel, Dorien Licensed Psychologist - 6/3/2024 12:44 PDT

**5 Day Follow-up Continue**
MH Day :   2
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Progress Note

Emanuel, Dorien Licensed Psychologist - 6/3/2024 12:44 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUN/02/24 16:25:11, not the original MH Safety Plan.


MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? Yes

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: sometimes i get really irritated and I get mad about people always just bothering me.
-Clinical Impressions: IP motivated to remain in program, has notable issues with LOC changes and noted to be reactive to environmental changes. Poor accountabilty at times and can be argumentative and dsruptive when ercieved needs not met.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Talking to my PC helps me
-Clinical Impressions: Tx team to consider ongoing work with interpersonal comunication and modeling of approaite conflict reslution and problem solving skills in tx

What is the patient willing to do to reduce suicide risk?
-Patient Response: will notify staff if I feel like im going to hurt myself
-Clinical Impressions: IP willing to use the support of MH staff and communicate emergent needs

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0064**

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:      6/3/1987   /   37 years   /   Male            CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
|---|

SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? Yes
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: I got Dr. emmanual as my clinician and i think its a good fit, Im doing better with my treatment
-Clinical Impressions: Strongest protective factor is IPs future oriented thinking and his motivation to engage in Mh tx

What can the patient or staff do to enhance protective factors?
-Patient Response: talk to my team about my issues more, with talking to people

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0065**

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male    CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

-Clinical Impressions: Team can enhance protective factors by working with Ip further on conflict resolution skills and improving communication

Emanuel, Dorien Licensed Psychologist - 6/3/2024 12:44 PDT

**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   GOD
5D Brief Mental Status :   IP presented as groomed wearing his state issued clothing. IP had calm, slowed speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was fair. IP mood appeared was calm with flat affect . IP denied current suicidal ideation/intent, homicidal ideation/intent. IP denied AH/VH at this time. IP denied any acute mental health symptoms at this time. IP reported no difficulty eating at this time. Cell was clean and orderly.

Emanuel, Dorien Licensed Psychologist - 6/3/2024 12:44 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

Emanuel, Dorien Licensed Psychologist - 6/3/2024 12:44 PDT

---

**5 Day Follow-up Entered On:  6/2/2024 16:28 PDT**
**Performed On:  6/2/2024 16:25 PDT by Scott, Sarah Licensed Psychologist**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Scott, Sarah Licensed Psychologist - 6/2/2024 16:25 PDT

**5 Day Follow-up Continue**
MH Day :   1
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   This form
5D MHCB Admission Reason :   Admitted into SWAH on 5/31/24 and d/c from SWAH on 6/1/24 for SI.
5D Patient's Future Tx Needs :   Driving issue for SWAH placeemnt secodnary to interpesonal conflict and desire to have single cell. Tx team to consider work with interpesonal comunication and modeling of approaite conflict reslution and problem

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

solving skills in tx and review in IDTT whether single cell placement is appropriate for IP. Team can also continue to identify the tx benefits of interpersonal engagement and socialization.

Scott, Sarah Licensed Psychologist - 6/2/2024 16:25 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? Yes

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: sometimes i get really irritated and I get mad about people always just bothering me.
-Clinical Impressions: IP motivated to remain in program, has notable issues with LOC changes and noted to be reactive to environmental changes. Poor accountabilty at times and can be argumentative and dsruptive when ercieved needs not met.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Talking to my PC helps me
-Clinical Impressions: Tx team to consider ongoing work with interpersonal comunication and modeling of approaite conflict reslution and problem solving skills in tx

What is the patient willing to do to reduce suicide risk?
-Patient Response: will notify staff if I feel like im going to hurt myself
-Clinical Impressions: IP willing to use the support of MH staff and communicate emergent needs
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0067

LAC - California State Prison, Los Angeles County

Patient:                      **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male           CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
|---|

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? Yes
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: I got Dr. emmanual as my clinician and i think its a good fit, Im doing better with my treatment
-Clinical Impressions: Strongest protective factor is IPs future oriented thinking and his motivation to engage in Mh tx

What can the patient or staff do to enhance protective factors?
-Patient Response: talk to my team about my issues more, with talking to people
-Clinical Impressions: Team can enhance protective factors by working with Ip further on conflict resolution skills and improving communication

<div align="right">Scott, Sarah Licensed Psychologist - 6/2/2024 16:25 PDT</div>

**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   "Im trying to get back on my program and do the right thing, rehabilitate myself"
5D Brief Mental Status :   : IP presented with euthymic mood and congruent affect. IP reported no new or worsening MH sxs. No reported thoughts to harm self or others. No acute distress noted or reported. No overt evidence of responding to internal stimuli. Condition of cell was appropriate. ADLs intact. Consultation completed with custodial staff and PT staff who expressed no concerns. No reported or observed engagement in bizarre, acting out or self harm bxs.

<div align="right">Scott, Sarah Licensed Psychologist - 6/2/2024 16:25 PDT</div>

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

<div align="right">Scott, Sarah Licensed Psychologist - 6/2/2024 16:25 PDT</div>

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:                        **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years   /   Male          CDCR: BP8832

---

### *Mental Health Suicide MPage Forms*

---

5 Day Follow-up Entered On:  5/22/2024 13:10 PDT
Performed On:  5/22/2024 11:00 PDT by Ayodele, Ayodeji Clinical Social Worker

**Patient Encounter Information**
ENCTR Information :    Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN:
1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Ayodele, Ayodeji Clinical Social Worker - 5/22/2024 13:00 PDT

**5 Day Follow-up Continue**
MH Day :   5
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).
Ayodele, Ayodeji Clinical Social Worker - 5/22/2024 13:00 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated MAY/21/24 15:19:41, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to meet with custody and get support with access to a tablet and also get support with addressing reported disagreement with current MH tx. IP would benefit from working with assigned MHPC on CBT and

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                        Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0069

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Forms* |
| --- |

PATH WARM sxs. at the time of assessment. A crisis bed placement is not warranted at this time. IP will be returned to his housing unit and will continue to receive treatment at the EOP LOC.

Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT

MH Safety Plan
Safety Planning Reason :  Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs :  No
Warning signs - Clinical Impressions :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to transfer to higher LOC for additional treatment and/or to remain in C5. IP would benefit from identifying 2 situations that lead to SI and work with MHPC to develop a comprehensive safety plan. IP is encouraged to work with provider in utilizing CBT to identify 2 negative thinking patters to increase insight on his MH sxs within the next clinical encounter.

Helpful reducing self-harm - Clinical :   Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to transfer to higher LOC for additional treatment and/or to remain in C5. IP would benefit from identifying 2 internal and 2 external coping skills he can utilize to decrease SI.
Reduce Risk Factors - Clinical :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to transfer to higher LOC for additional treatment and/or to remain in C5. IP would benefit from maintaining 100 percent compliance with group and individual treatment to address his daily stressors.
Patient History of Self Harm :  No
Safety Concerns Identified :  No
Environmental Concerns Identified :  No
Patient Participate - Protective Factors :  No
Protective Factors - Clinical Impression :  MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for HLOC or housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Enhanced factors - Clinical Impressions :   MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for HLOC or housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT

Suicide Risk and Self-Harm Evaluation Entered On:  6/6/2024 10:27 PDT
Performed On:  6/6/2024 10:25 PDT by Lopez, Guillermo Licensed Clinical Social Worker

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0070

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | | |
|---|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

| *Mental Health Forms* |
|---|

**Patient Encounter Information**
ENCTR Information :  Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

**Reason for Assessment**
Reason for Assessment :  Consult for SI, SA, or Self-harm
Reason for Assessment: :   IP was p;aced on SWAH following reported SI. In review of records there is no indication that IP engaged in self-harm bx
Sources of information :  C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS, Custody File
Did the patient refuse to participate or are they currently unable to respond? :  No
Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

**C-SSRS Suicidal Ideation**
CSSRS Wish to be Dead 2 :  No
CSSRS NonSpecific Active Suicide Thought 2 :  No
Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

**C-SSRS Suicidal Behavior**
1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injury of harm. :  No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :  0
CSSRS Engaged Non Suicidal Injury 2 :  Yes
2. Has subject engaged in Self-harm without intent? :   Yes
CSSRS Interrupted Suicide Attempts 2 :  No
CSSRS Aborted Self Inter Attempts 2 :  No
CSSRS Prepatory Acts or Behavior 2 :  No
Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :  Yes
Suicide and Self-Harm History Narrative :   There does not seem to be any changes to the quality of IP's protective facotrs. MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm. As such, this writer will review records and complete self-harm narrative. In review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm.

MH SUICIDE SH SMRT TEMPL :   Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | | Details | Follow Up* |
|---|---|---|---|---|---|---|
| MAY/09/24 14:08:00 | No | No | 1 | Laceration | Return to previously assigned housing program | |
| SEP/09/23 10:35:00 | No | No | 0 | Insertion/Ingestion | Outside Hospital | |
| AUG/17/23 13:58:00 | No | No | 1 | Laceration | Return to previously assigned housing program | |
| JUN/26/23 09:40:00 | Unknown | No | 1 | Laceration | CTC (Medical) | |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0071**

LAC - California State Prison, Los Angeles County

Patient: **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years    /   Male              CDCR: BP8832

| | *Mental Health Forms* | | | |
| --- | --- | --- | --- | --- |

| Date/Time | | | | Description |
| --- | --- | --- | --- | --- |
| JUN/20/23 00:55:00 | Unknown | No | 1 | Laceration   CTC (Medical) |
| JUN/06/23 17:04:00 | No | No | 1 | Laceration   CTC (Medical) |
| JUN/06/23 12:20:00 | No | No | 1 | Laceration   CTC (Medical) |
| MAY/18/23 16:37:00 | No | No | 1 | Laceration   Return to previously assigned housing program |
| APR/30/23 20:15:00 | No | No | 0 | Hanging   Referral to MHCB |
| APR/26/23 10:35:00 | No | No | 1 | Overdose (poisoning)   Referral to MHCB |
| APR/23/23 08:55:00 | No | No | 1 | Laceration   Referral to MHCB |
| OCT/16/22 15:03:00 | No | No | 1 | Laceration   Return to previously assigned housing program |
| OCT/08/22 14:39:00 | No | No | 1 | Laceration   CTC (Medical) |
| AUG/29/22 12:05:00 | No | *Yes* | 0 | Overdose (poisoning)   CTC (Medical) |
| JUL/25/22 13:32:00 | No | *Yes* | 1 | Hanging   CTC (Medical) |
| JUL/25/22 08:58:00 | No | No | 1 | Laceration   CTC (Medical) |
| JUL/24/22 19:04:00 | No | No | 1 | Laceration   CTC (Medical) |
| JUL/05/22 00:40:00 | No | No | 1 | Laceration, Other: Unclear if this is the same i...   CTC (Medical) |
| JUL/04/22 20:55:00 | No | No | 1 | Laceration   CTC (Medical) |
| JUL/03/22 13:04:00 | No | No | 0 | Hanging, Other: Noose around neck supporting him...   CTC (Medical) |
| JUL/02/22 09:40:00 | No | No | 1 | Laceration   CTC (Medical) |
| JUL/01/22 13:10:00 | No | No | 0 | Insertion/Ingestion   Return to previously assigned housing program |
| JUL/01/22 07:01:00 | No | No | 0 | Hanging   Return to previously assigned housing program |
| JUN/30/22 16:05:00 | Unknown | *Yes* | 0 | Hanging   CTC (Medical) |
| JUN/26/22 20:09:00 | No | No | 1 | Laceration   CTC (Medical) |
| JUN/19/22 17:37:00 | No | No | 1 | Laceration   CTC (Medical) |
| MAY/10/22 18:35:00 | No | No | 1 | Laceration   Return to previously assigned housing program |

inmate's self-harm behavior non-suicidal :   IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :   Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :   IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.

Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   Yes
Sex offender :   Yes
History of abuse :   Yes
Long or life sentence :   Yes
History of substance abuse :   Yes

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0072

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987    /    37 years    /    Male        CDCR: BP8832

---

### *Mental Health Forms*

---

Recent disciplinary ("115") :  Yes
History of violence (including index crime) :  Yes
Single cell placement :  Yes
Negative housing change in housing :  Yes
Chronic medical illness :  Yes
Safety concerns (e.g., gang dropout) :  Yes
Chronic pain problem :  No
Early in prison term :  Yes
Caucasian/White ethnicity :  No
Older than 35 years of age :  Yes
Male :  Yes
Suicidal Ideation MH :  No
Disturbance of mood/lability :  No
Current/recent violent behavior :  No
Recent suicide attempt :  No
Perception of loss of social support :  No
Current/recent depressive symptoms :  No
Increasing interpersonal isolation :  No
Hopelessness/helplessness :  No
Current/recent psychotic symptoms :  No
Current/recent anxiety or panic symptoms :  No
Recent serious medical diagnosis :  No
Current/recent subst abuse/intoxication :  No
pain problems :  No
Agitated or angry :  Yes
Medication hoarding/cheeking :  No

                              Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

**Protective Factors / Buffers**
Family support :  No
Interpersonal social support :  Yes
Religious/spiritual/cultural beliefs :  Yes
Future orientation/plans for future :  Yes
Exercises regularly :  Yes
Positive coping/conflict resolution :  Yes
Children at home :  No
Spousal support :  No
Insight into problems :  Yes
Job or school assignment :  No
Active and motivated in psych treatment :  Yes
Sense of optimism; self-efficacy :  Yes
Quality of Protective Factors :  There are no changes to the quality of his protective and factors. IP endorsed that his primary stressor has been resolved and he wanted to be placed on SWAH for the night so that he can have some time alone and he is ready to go back to his cell. IP endorsed getting along with his cell mate and he seems to be motivated to advocate for his needs and he expressed strong sense of connectedness to his family. MHPC utilized MI, active listening, and provided IP with

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                        Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male                    CDCR: BP8832 |

---

### *Mental Health Forms*

---

ample of time to discuss the quality of his protective factors.  IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

### Additional Information and Warning Signs
Additional Information :   IP appeared to be oriented x4 and he did not appear to engage in bizarre bx, there was no indication that IP was RTIS, there were no noted AH/VH, delusions, and or psychosis. IP did not report issues with appetite, sleep, and or energy. IP resented calm, no agitation or display of anger. There is no indication that IP is under the influence of any substances. During interaction, IP displayed appropriate eye contact and Speech within normal limits. There was no objective evidence to suggest that IP was experiencing a decompensation of his mental health condition. ISPATHWARM - none

Per consult with watcher, there are no reported issues or concerns. IP accepted his meal and there is no indication of self-harm bx.

Warning sign of imminent suicide present :   - No Indicators

Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT

### Risk Levels and Disposition
CHRONIC RISK :   High

ACUTE RISK :   Low

Justification of Risk Level :   At the time of this evaluation, this writer estimated IP's Chronic Risk as High, due to in review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm. Moreover, records indicate, IP has a hx of childhood trauma, violence, long sentence, recent RVR's, and substance use/abuse. In the absence of protective factors, IP's risk would likely elevate. However, the quality of his protective factors and high degree of future orientation mitigates his overall chronic risk currently. At the time of this evaluation, this writer estimated IP's Acute Risk as Low, there was no indication that IP engaged in self-harm bx. IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life. IP endorsed that his primary stressor has been resolved and he wanted to be placed on SWAH for the night so that he can have some time alone and he is ready to go back to his cell. IP endorsed getting along with his cell mate and he seems to be motivated to advocate for his needs. MHPC engaged IP in review of effective communication and problem-solving skills. IP seemed to be receptive of information and he expressed willingness to work with his MH provider. However, he stated that he plans to continue to utilize suicidal language to affect his housing in the future and to get some out of cell time. IP's utilization of suicidal language for this encounter has been noted as a maladaptive mechanism to circumvent appropriate procedures set in place to address housing issues. IP seems to have knowledge and sufficient understanding of resources and support in his current LOC and housing unit. In review of the quality of his protective factors, IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors. Throughout encounter, there were no reported or indication of thoughts of death, no hopelessness, no ambivalence about his life noted. Other factors that contribute to his decreased risk at this time include, there was no objective evidence of psychological distress, and did not engage in bizarre

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                   Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years   /   Male              CDCR: BP8832

| *Mental Health Forms* |
| --- |

bx. The aforementioned risk mitigating factors noted all seem contribute to IP's reduced risk at this time.

MH SRASHE Disposition :   Rescinded MHCB referral
SRASHE Disposition Rationale :   This risk evaluation was completed with access to review of records, interview with IP, consultation with staff, all of which indicated that IP is presently not an imminent danger to himself or others due to a mental illness, nor does he appear to be gravely disabled and there is no clinical indication that IP is experiencing worsening MH sxs due to MH decompensation, that would otherwise warrant a referral to MHCB. Should IP's presentation change or new information were to surface that would otherwise elevate risk, this writer or future MH evaluators are at liberty of amending noted risk level justification accordingly and making adequate MH referrals. At this time, IP seems to be appropriate for EOP LOC, where he is afforded access to 1:1 sessions as needed, access to medical staff, and seems to have access to services available in his housing unit.
Safety Plan Required :   MHCB rescission/ patient release from alternative housing when the referral reason was for DTS.
                                    Lopez, Guillermo Licensed Clinical Social Worker - 6/6/2024 10:11 PDT
**MH Safety Plan**
Safety Planning Reason :  Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs :  No
Warning signs - Clinical Impressions :   IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

Helpful reducing self-harm - Clinical :   IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identify 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

Reduce Risk Factors - Clinical :   IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs.

Patient History of Self Harm :  No
Safety Concerns Identified :  No
Environmental Concerns Identified :  No
Patient Participate - Protective Factors :  No
Protective Factors - Clinical Impression :   IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

Enhanced factors - Clinical Impressions :   IP will meet with custody management to address reported with seeking single cell. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

DE0075

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male    CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

-Patient Response: Nothing documented in original.
-Clinical Impressions: MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

<div align="right">Emanuel, Dorien Licensed Psychologist - 7/1/2024 16:38 PDT</div>

**Status and Current Condition**
5D Brief Mental Status :   IP presented as groomed wearing his state issued clothing. IP had calm, slowed speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was fair. IP mood appeared was calm with flat affect . IP denied current suicidal ideation/intent, homicidal ideation/intent. IP denied AH/VH at this time. IP denied any acute mental health symptoms at this time. IP reported no difficulty eating at this time. Cell was clean and orderly.

<div align="right">Emanuel, Dorien Licensed Psychologist - 7/1/2024 16:43 PDT</div>

5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   GOD

<div align="right">Emanuel, Dorien Licensed Psychologist - 7/1/2024 16:39 PDT</div>

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

<div align="right">Emanuel, Dorien Licensed Psychologist - 7/1/2024 16:39 PDT</div>

---

<div align="center">

**5 Day Follow-up Entered On:  6/11/2024 14:57 PDT**
**Performed On:  6/11/2024 14:56 PDT by Emanuel, Dorien Licensed Psychologist**

</div>

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

<div align="right">Emanuel, Dorien Licensed Psychologist - 6/11/2024 14:56 PDT</div>

**5 Day Follow-up Continue**
MH Day :   5
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Progress Note

<div align="right">Emanuel, Dorien Licensed Psychologist - 6/11/2024 14:56 PDT</div>

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

<div align="center"><u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**</div>

<div align="right">**DE0076**</div>

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male      CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUN/11/24 07:38:34, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987    /    37 years    /    Male              CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported with seeking single cell. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0078**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Emanuel, Dorien Licensed Psychologist - 6/11/2024 14:56 PDT

**Status and Current Condition**
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  God
5D Brief Mental Status :
IP presented as groomed wearing his state issued clothing. IP had calm, slowed speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was fair. IP mood appeared was calm with flat affect . IP denied current suicidal ideation/intent, homicidal ideation/intent. IP denied AH/VH at this time. IP denied any acute mental health symptoms at this time. IP reported no difficulty eating at this time. Cell was clean and orderly.

Emanuel, Dorien Licensed Psychologist - 6/11/2024 14:56 PDT

**Plan**
5D Mental Health Plan Continue :   5 Day F/U discontinued (Minimum 5 days)
5D Private setting :  No
5D Has custody been consulted :  Yes

Emanuel, Dorien Licensed Psychologist - 6/11/2024 14:56 PDT

**5 Day Follow-up Entered On:  6/11/2024 7:38 PDT**
**Performed On:  6/10/2024 14:00 PDT by Emanuel, Dorien Licensed Psychologist**

**Patient Encounter Information**
ENCTR Information :  Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Emanuel, Dorien Licensed Psychologist - 6/11/2024 7:37 PDT

**5 Day Follow-up Continue**
MH Day :  4
5D Staff completing follow up :  Mental Health
5D MHCB DC Documentation Option :  Progress Note

Emanuel, Dorien Licensed Psychologist - 6/11/2024 7:38 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :  Yes
Modify the Safety Plan? :  No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUN/09/24 13:04:54, not the original MH Safety Plan.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**DE0079**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0080**

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male            CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported with seeking single cell. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Emanuel, Dorien Licensed Psychologist - 6/11/2024 7:38 PDT

Status and Current Condition

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                          Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0081**

LAC - California State Prison, Los Angeles County

Patient:        **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years    /   Male        CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   God
5D Brief Mental Status :
IP presented as groomed wearing his state issued clothing. IP had calm, slowed speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was fair. IP mood appeared was calm with flat affect . IP denied current suicidal ideation/intent, homicidal ideation/intent. IP denied AH/VH at this time. IP denied any acute mental health symptoms at this time. IP reported no difficulty eating at this time. Cell was clean and orderly.

Emanuel, Dorien Licensed Psychologist - 6/11/2024 7:38 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

Emanuel, Dorien Licensed Psychologist - 6/11/2024 7:38 PDT

**5 Day Follow-up Entered On: 6/9/2024 13:10 PDT**
**Performed On: 6/9/2024 11:18 PDT by Nazarian, Andrea Unlicensed Psychologist**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Nazarian, Andrea Unlicensed Psychologist - 6/9/2024 13:04 PDT

**5 Day Follow-up Continue**
MH Day :   3
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

Nazarian, Andrea Unlicensed Psychologist - 6/9/2024 13:04 PDT

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUN/08/24 17:24:02, not the original MH Safety Plan.

MH SAFETY PLAN

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796            Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male       CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

---

Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987    /    37 years    /    Male              CDCR: BP8832

| *Mental Health Suicide MPage Forms* |
| --- |

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported with seeking single cell. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Nazarian, Andrea Unlicensed Psychologist - 6/9/2024 13:04 PDT

Status and Current Condition
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   "I'm going to live my life different when i get out of here"

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                        Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0084

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male          CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

5D Brief Mental Status :  PC met with IP cell front for 5-day follow up. IP presented as euthymic and proper with mood and affect. IP stated, "I'm doing good general stress about being in prison…I read a lot about laws and different ways to open up a business…helps keeps me positive." PC acknowledged this. IP denied SI/HI and did not present with delusional thought content or behaviors. IP denied AH/VH and was oriented x4. IP maintained proper eye contact and consistent dialogue throughout interaction with PC. PC utilized Motivational Interviewing throughout interaction. IP remained cooperative and pleasant throughout interaction. IP did not present with severe psychological distress at this time. IP does not pose a danger to self or others at this time. PC encouraged IP to utilize adaptive coping strategies when feeling distressed for proper adherence to MH needs and stability.

<div align="right">Nazarian, Andrea Unlicensed Psychologist - 6/9/2024 13:04 PDT</div>

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :  No
5D Has custody been consulted :  Yes
5D Additional Comments :   Custody checks discontinued. 7497 turned into Sgt.

<div align="right">Nazarian, Andrea Unlicensed Psychologist - 6/9/2024 13:04 PDT</div>

<div align="center">

5 Day Follow-up Entered On:  6/8/2024 17:24 PDT
Performed On:  6/8/2024 17:24 PDT by Lopez, Guillermo Licensed Clinical Social Worker

</div>

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter
<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 6/8/2024 17:24 PDT</div>

**5 Day Follow-up Continue**
MH Day :  2
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).
<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 6/8/2024 17:24 PDT</div>

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUN/07/24 12:21:22, not the original MH Safety Plan.

MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:   4/24/2025 13:21 PDT

<div align="center"><u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**</div>

<div align="right">**DE0085**</div>

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male            CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male        CDCR: BP8832 |

| *Mental Health Suicide MPage Forms* |
|---|

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported with seeking single cell. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Lopez, Guillermo Licensed Clinical Social Worker - 6/8/2024 17:24 PDT

Status and Current Condition
5D Warning Signs :  - No Indicators
5D Since we saw you last :  1 - Not at all
5D Can you stop thinking about it :  Yes
5D How likely will you harm yourself :  1 - Not at all
5D What is your main reason for not :  "Im good.. I'm chillin"
5D Brief Mental Status :  IP appeared alert and oriented x4, there was no indication that IP was RTIS, there were no noted AH/VH, delusions, and or psychosis. IP did not report issues with appetite, sleep, and or energy. No agitation or display of anger. There is no indication that IP is under the influence of any substances. During interaction, IP displayed Speech within

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0087**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male | CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

normal limits and appropriate eye contact. There was no objective evidence to suggest that IP was experiencing a decompensation of his mental health condition. ISPATHWARM - none

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 6/8/2024 17:24 PDT</div>

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes
5D Additional Comments :   IP was seen cell-front due to weekend/ holiday coverage.

<div align="right">Lopez, Guillermo Licensed Clinical Social Worker - 6/8/2024 17:24 PDT</div>

---

<div align="center">

**5 Day Follow-up Entered On:  6/7/2024 12:26 PDT**
**Performed On:  6/7/2024 9:15 PDT by Ayodele, Ayodeji Clinical Social Worker**

</div>

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

<div align="right">Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT</div>

**5 Day Follow-up Continue**
MH Day :   1
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

<div align="right">Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT</div>

**5 day Follow-Up MH Safety Plan Review**
Reviewed Safety Plan with patient? :   No
Modify the Safety Plan? :   No
5 Day Follow Up MH Safety Plan :   MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from identifying 2 situations and triggers that lead to SI/SIB and explore 2 effective coping skills to manage distress and decrease SI/SIB.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

<div align="center">

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

</div>

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987 / 37 years / Male        CDCR: BP8832 |

### *Mental Health Suicide MPage Forms*

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from working with assigned MHPC on CBT and identify 2 negative thinking patters that lead to external conflict and negative behavioral outcomes. IP would gain insight to implore effective coping strategies by learning the CBT model and exercising the use of identity 3 negative automatic thoughts and work with provider within clinical encounters to challenge native thoughts.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP denied SI/HI/DTS/DTO, intent, plan, urge, or desire to end his life., IP expressed that his utilization of suicidal language was secondary to seeking to get out of cell time. IP would benefit from attending his weekly 1:1 sessions and work on developing 2 effective communication strategies to address his needs. IP will submit 602 to advocate for his needs.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0089**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male  CDCR: BP8832 |

---

### *Mental Health Suicide MPage Forms*

-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.


Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP endorsed looking forward to a possible earlier release date. IP expressed motivation for MH tx and willing to work with mental health providers whom he perceives are genuinely there to help him. IP seems to the ability to advocate for his needs and seems to have the ability to advocate for his needs. IP also recognizes effective coping strategies that he can utilize to decrease stressors.


What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: IP will meet with custody management to address reported with seeking single cell. 1x/within the next week and engage in CBT by identifying 2 negative thinking patterns that impact the development of protective factors and increase his overall insight into MH.

Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT

**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   I'm doing good..."
5D Brief Mental Status :   IP denied current suicidal ideation/intent, homicidal ideation/intent. IP appeared with Euthymic mood with congruent affect. IP had calm speech. IP was oriented x4. IP was cooperative and forthcoming throughout the interview. IP eye contact was adequate.  IP denied any acute mental health symptoms at this time. No bizarre behaviors or delusional thinking elicited.  IP denied AH/VH at this time. IP presented as groomed wearing his state issued clothing. No current reports of behavior issues by custody. Cell condition fair/clean.

Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes

Ayodele, Ayodeji Clinical Social Worker - 6/7/2024 12:21 PDT

---

**5 Day Follow-up Entered On:  6/5/2024 10:48 PDT**
**Performed On:  6/5/2024 10:47 PDT by Emanuel, Dorien Licensed Psychologist**

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                     Print Date/Time:  4/24/2025 13:21 PDT

__WARNING:__ This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male            CDCR: BP8832 |

---

### *Mental Health Documentation*

---

Keyhea", so I can't force him to take a medication. Pt didn't want to discuss this issue any further, however, he indicated understanding when I notified him that I am discontinuing his psych meds, ie remeron and vistaril.

---

| | |
|---|---|
| Document Type: | MHMD Progress Note |
| Document Subject: | MHMD Psychiatric Progress Note |
| Service Date/Time: | 6/13/2024 16:39 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Turner,Andrew Psychiatrist (6/13/2024 16:54 PDT) |
| Sign Information: | Turner,Andrew Psychiatrist (6/13/2024 16:54 PDT) |
| Authentication Information: | Turner,Andrew Psychiatrist (6/13/2024 16:54 PDT) |

**Level of Care**
MH LOC/DDP: EOP/Pass-NCF (06/06/24 10:30:29)

**Previous Subjective/HPI**
 **Mental Health Assessment Information:**
   05/15/24 16:58:    IP did not show for scheduled appt. Seen cell side briefly as limited interview possible at cellfront due to non-confidential setting. Of note, IP came to Old MH Bldg earlier in day, but when I was with another IP, IP left and refused as did not want to wait in holding tank. IP reported he doesnt like to wait as he gets "paranoid" and proceeded to talk how he doesnt like this prison and how he feels things not run correctly, and how people seem to ignore him. He spoke of how he cut himself recently (Record shows went to TTA 5/9/24 and received dermabond after cutting and also seen for SRSHE on 5/9 and 5/10/24. He was returned to housing, and noted although used suicidal language, not demonstrating psychological distress and at odds with his presentation. it is documented that possible reason he cut was due to wanting to get away from yard/housing and unsatisfied with PC. IP spoke of how he doesnt understand why not kept SWAH or sent elsewhere. He then spoke about his medication and how he doesnt like being out there at night, and I recommended we move medication to earlier in evening. IP liked this idea and then commented he likes how I think, and asked me why I am here late as I should be home, or on the beach. I reviewed I will make the change to his medication and he thanked me for the time.    D4 CO noted he knows IP from when he was at LAC prior, and in his opinion, IP has calmed down significantly, programs and functions.

Signed By:Turner, Andrew  Psychiatrist

**Subjective/HPI**

IP did not show for scheduled appt. Seen cell side briefly as limited interview possible at cellfront due to non-confidential setting. IP readily came to cell door when called. IP noted he was not let out for appt. IP noted he is "cool." deneid SI/HI/AVH. sleeping and eating ok. Of note, IP seemed to be wanting to end conversation quickly and after answered about sleeping and eating, said "have a nice day." did not get to review med adherence,

**Problem List/Past Medical History**
Ongoing
  Antisocial personality disorder
  Chronic posttraumatic stress disorder
  GERD with esophagitis
  History of foreign body ingestion
  Histrionic personality disorder
  Seizure
  Sleep apnea
  Sliding hiatal hernia
  Unspecified anxiety disorder
Historical
  Vitamin D deficiency

**PC2602**
No qualifying data available.

**Medications**
 **Active Medications:**
ergocalciferol 1.25 mg (50,000 units) Cap (Vitamin D2)  50,000 unit 1 cap Oral qWeek NA
1-hydrOXYzine pamoate 50 mg Cap (Vistaril)  50 mg 1 cap Oral q6hr NA PRN: anxiety
1-levETIRAcetam 500 mg Tab (Keppra)  500 mg 1 tab Oral BIDAM+PM DOT
1-mirtazapine 15 mg Tab (Remeron)  15 mg 1 tab Oral qPM DOT
1-pantoprazole 40 mg Tab-DR (Protonix)  40 mg 1 tab Oral Daily NA

**Allergies**
No Known Medication Allergies

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

| *Mental Health Documentation* |
|---|

but chart shows adherence to Remeron increased from 29 to 61% over the last month and used prn vistaril. D4 CO reported IP functions, comes out for chow, day room, and follows instructions. He does not give the COs a hard time, but they are aware he often goes SWAH/crisis line.

### Mental Status Exam

Appearance: Adequate grooming. Wearing blue prison garb.
Attitude: superficially cooperative
Activity: no psychomotor retardation or agitation noted
Mood: "cool"
Affect: euthymic, no acute distress. today in a rush to end conversation.
Speech: clear, normal rate and rhythm, non-pressured, logical
Attention and Concentration: good
Thought Process: goal directed; linear
Thought Content: no suicide/homicide/violent ideation/intent
Perception: no delusions or hallucinations, preoccupation
Cognition: alert, oriented x3; memory intact
Insight: fair; Judgment: fair

### Brief Suicide/Risk Assessment

2
06/06/2024 10:25
Low
High


No
Yes
Yes
05/09/2024
Yes


IP presents with no signs indicating imminent risk of self-harm/ DTS, he denies having SI or any thoughts of self- harm, there are no overt signs of acute psychiatric crisis. Patient appears to be future oriented and actively involved in his treatment. In my opinion his acute suicidal risk is low today. However, he is at an elevated chronic risk given h/o suicide attempt/mental illness and current incarceration.

### Additional Discussion

**Third session with this provider today.  Narrival to LAC 4/9/24 from SAC**. last saw SAC Psychiatrist on 3/11/24 and started on Lexapro as reported PTSD symptoms (exacerbation of prior trauma from being stabbed on 3/2/24). Dx with ASPD, anxiety, PTSD. Problem list has  Antisocial personality disorder, Chronic posttraumatic stress disorder History of foreign body ingestion, Histrionic personality disorder, Seizure, Sleep apnea, Sliding hiatal hernia, Unspecified anxiety disorder, Unspecified bipolar and

### Lab Results

Routine Chemistry
Sodium Lvl: 142 (06/27/23)
Chloride: 104 (06/27/23)
Potassium Level: 4.9 (06/27/23)
CO2: 29 (06/27/23)
Creatinine: 0.84 (06/27/23)
Glucose Level: 78 (06/27/23)
Calcium Lvl: 10.5 High (06/27/23)
Albumin Lvl: 4.7 (06/27/23)
Total Protein: 7.7 (06/27/23)
Alk Phos: 67 (06/27/23)
AST: 18 (06/27/23)
ALT: 16 (06/27/23)
Bili Total: 0.4 (06/27/23)
Complete Blood Count
WBC: 4.6 (06/16/23)
RBC: 4.52 (06/16/23)
Hgb: 13.9 (06/16/23)
Hct: 42.0 (06/16/23)
MCV: 92.9 (06/16/23)
MCH: 30.8 (06/16/23)
MCHC: 33.1 (06/16/23)
RDW: 12.9 (06/16/23)
Platelet: 217 (06/16/23)
MPV: 12.3 (06/16/23)
Absolute Neutrophil: 2521 (06/16/23)
Lipids
Chol: 159 (06/16/23)
HDL: 64 (06/16/23)
LDL: 72 (06/16/23)
Chol/HDL: 2.5 (06/16/23)
Trig: 155 High (06/16/23)
Non HDL Chol: 95 (06/16/23)
TSH
TSH: 0.51 (06/16/23)
TSH W/Reflex To FT4: 1.90 (11/07/22)

### Vitals & Measurements

Temperature Oral: 36.4 DegC (05/09/24 15:40:00)
Temperature Tympanic: 36.6 DegC (03/11/24 11:09:00)
Temperature Temporal Artery: 35 DegC Low (03/19/24 10:19:00)
Apical Heart Rate: 98 bpm (09/10/23 06:22:00)
Peripheral Pulse Rate: 65 bpm (05/09/24

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0092

**LAC - California State Prison, Los Angeles County**

Patient:      **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male      CDCR: BP8832

| *Mental Health Documentation* |
| --- |

related disorder listed.

**4/16/24:** IP reported doing ok, although PTSD symptoms related to LAC Custody officer whom IP has civil case against for overuse of force. Initially IP challenging demeanor in session, but became more cooperative as session went on. Record indicates IP stabbed by another inmate 3/2/24 while at SAC, but iP did not provide details and more focused on LAC Custody officer and discussion about meds then recent stabbing. Overall, presented not in acute distress and overall euthymic, reactive and not particularly anxious or depressed. Reviewed meds and decided will discontinue Lexapro as only 29% adherence over last month, and will make Remeron scheduled as he reports helps with sleep/anger/anxiety. Will continue on vistaril PRN as well. Review of SOMS shows 16 RVRS in 2023 and 2 in 2024, strongly supporting IP's ASPD diagnosis. Of note, IP mentioned toward end of session he feels he will be ready for CCCMS soon, and mentioned possibly interested in the vocational programs they have to offer.

**5/15/24 :** No showed for scheduled appt, so seen briefly cell side. IP without overt signs of psychiatric decompensation or imminent crisis. Per custody, is following directions and no impairment in functioning. IP spent several minutes verbalizing frustration over prison/mental health, etc but throughout session calmed and like last session overall does not present particularly anxious or depressed.  Record shows went to TTA 5/9/24 and received dermabond after cutting and also seen for SRSHE on 5/9 and 5/10/24. He was returned to housing, and noted although used suicidal language, not demonstrating psychological distress and at odds with his presentation. it is documented that possible reason he cut was due to wanting to get away from yard/housing and unsatisfied wtih PC. Reviewed how I can help him, and will move Remeron from qhs to qpm as IP reported will help wiht adherence and less "paranoid" (more of anxiety or from ptsd than true paranoia) earlier in day. Reviewed adherence as 31% over last month and encouraged improvement. No new or recent RVRs.

**Today on 6/13/24 : No showed for scheduled appt, so seen briefly cell side. IP without overt signs of psychiatric decompensation or imminent crisis. Per custody, is following directions and no impairment in functioning. IP in rush to end interview quickly today. no acute distress and no psychiatric concerns. Review of chart shows adherence to Remeron increased from 29 to 61% over the last month and used prn vistaril. This week, has not been taking Remeron much. previously discussed with IP if consistent poor adherence will discuss disocntinuation/decrease of dose. chart also shows since last appt, has had 3 SRSHEs for SI and all 3 he was returned to housing, as later denied SI and reported reason was to get access to tablet, break from cellmate, get out of cell. it is also noted how IP has been interfering with cellmate's mental health care. continue discussing with IDTT team appropriateness for LOC. No new or recent RVRs.**


**SOMS shows 16 RVRS in 2023 for behavior which could lead to violence x3, failure to respond to notices x2, fighting x3, battery on a prisoner, disrespect w/out potential for violence, battery on a peace officer x2, disobeying an order, resisting staff x2, delaying a peace officer**

15:40:00)
Heart Rate Monitored: <span style="color:red">56 bpm</span> Low (03/02/24 17:36:00)
Systolic Blood Pressure: 123 mmHg (05/09/24 15:40:00)
Diastolic Blood Pressure: 74 mmHg (05/09/24 15:40:00)
Systolic Blood Pressure Supine: 108 mmHg (07/20/22 13:23:00)
Diastolic Blood Pressure Supine: 78 mmHg (07/20/22 13:23:00)
Pulse Supine: 56 (06/19/22 08:38:00)
Systolic Blood Pressure Sitting: 123 mmHg (10/21/22 08:42:00)
Diastolic Blood Pressure Sitting: 74 mmHg (10/21/22 08:42:00)
Pulse Sitting: 53 (10/21/22 08:42:00)
Systolic Blood Pressure Standing: 116 mmHg (10/21/22 08:42:00)
Diastolic Blood Pressure Standing: 72 mmHg (10/21/22 08:42:00)
Pulse Standing: 87 (10/21/22 08:42:00)
Respiratory Rate: 16 br/min (05/09/24 15:40:00)
SpO2: 100 % (05/09/24 15:40:00)
Height/Length Measured: 165 cm (05/09/24 15:40:00)
Weight Measured: 70.1 kg (04/26/24 11:39:00)
Weight Estimated: 68.7 kg (04/19/23 09:34:00)
Weight Dosing: 70.7 kg (04/11/24 11:18:00)
Body Mass Index Measured: 0 kg/m2 (05/09/24 15:40:00)

**Scales and Assessments Interpretations**
(For assessments without interpretations, please manually enter one here)
No results documented

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796            Print Date/Time:    4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0093**

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | | |
|---|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987    /    37 years    /    Male | CDCR: BP8832 |

| *Mental Health Documentation* |
|---|

**2 RVRS in 2024 for fighting and unauthorized acquisstiion of personal property**

**Working Dx: ASPD, h/o anxiety and PTSD, Seizures per EHRS**

1. Disposition: No crisis issues were evident during the interview. Remain at current level of care and continue to discuss appropriateness with IDTT team.

2. Discontinued Lexapro 10mg qam on 4/16/24, started by SAC Pscyhiatrist on 3/11/24

**Continue Remeron 15mg qpm. changed from prn qhs to qhs on 4/16/24, and qhs to qpm on 5/15/24**

**Continue Vistaril 50mg prn q6hr for anxiety**

Reviewed and discussed risks/benefits/side effects/alternatives of above meds. Patient understood and made informed consent to continue them.

-no h/o PC2602

-Med consent :  3/11/24

3. No labs/studies ordered today

4. Coordination of Care: will consult with PCP and clinician as needed. IP will be managed by his prison primary medical providers for his noted medical problem
-Discussed F/U with primary clinician for non-medication mental health services
-Discussed F/U with custody regarding housing change and other custody issues

5. No barriers to treatment response were evident during the interview.

-Effective communication: Additional time was provided. The examiner spoke slowly and clearly, using simple, basic language for I/P to understand. The patient asked questions and summarized information to the satisfaction of the examiner. Effective communication was reached.
-Pt was able to verbalize knowledge of the procedure on how to ask for a referral for his PC and or psychiatrist whenever needed
-Pt. was instructed to fill out form 7362 in case if he needs to talk to the MD sooner.
-Pt was made aware of the process of getting help in case of crisis situation. Pt. verbalized the understanding.

6. Follow up 30 days or earlier if needed.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796        Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male                    CDCR: BP8832 |

| *Mental Health Documentation* |
|---|

**Encounter Info:** Patient Name: MARCUS HOLMES,DOB: 06/03/1987,CDCR: BP8832,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

---

| | |
|---|---|
| Document Type: | MHPC Progress Note |
| Document Subject: | MH Note |
| Service Date/Time: | 6/17/2024 11:00 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Emanuel,Dorien Licensed Psychologist (6/17/2024 15:19 PDT) |
| Sign Information: | Emanuel,Dorien Licensed Psychologist (6/17/2024 15:19 PDT) |
| Authentication Information: | Emanuel,Dorien Licensed Psychologist (6/17/2024 15:19 PDT) |

**MHPC CONTACT NOTE**

**INMATE LOC/SETTING**
ML EOP, patient seen at cell front (non-confidential setting), due to MH Modified program

**CURRENT STATUS OF ILLNESS**
Limited assessment due to cell-front contact. IP appeared alert and oriented. Appropriate mood/affect. Did not appear to be responding to internal stimuli at time of contact. IP denied SI/HI and or intent.

**COLLATERAL INFORMATION**
In contacting D4 custody officers reported, no issues or concerns

**CLINICAL SUMMERY**
IP reported "Im doing good working on my friends hair" IP denied any symptoms to his diagnosis and expressed willingness to attend his weekly treatment groups and attend his next 1:1 clinical encounter. IP did not report any issues with appetite, sleep, and or energy. IP denied SI/HI and or intent. At the time of cell-front contact, IP did not appear to be in an acute state of crisis, as evident by IP presenting as calm, maintained appropriate eye contact, and speech was within normal limits. At the time of contact, there was no objective evidence to suggest that IP was experiencing a decline in his mental health condition. IP cell appeared to be free of clutter and accessible to physical mobility.

IP will met with MHPC for a 1:1 confidential session next week. Continue to provide mental health treatment at EOP level of care. PC will continue to gain information from officers and group facilitators regarding IPs bxs.
MHPC encouraged IP to continue engaging in MH services and educated IP in the importance of continuity of care and continued goal attainment. IP was informed that he should notify staff if there are any significant changes in his mental health. IP did not appear to have difficulty with understanding PC

**Encounter Info:** Patient Name: MARCUS HOLMES,DOB: 06/03/1987,CDCR: BP8832,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

---

| Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab |
|---|

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0095**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

| *Mental Health Forms* |
|---|

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:59 PDT

**MH Safety Plan**

Safety Planning Reason :  Discharge from MHCB/PIP or Alternative Housing

Patient Participate - Warning Signs :  No

Warning signs - Clinical Impressions :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from identifying 2 situations that lead to SI and work with MHPC to develop a comprehensive safety plan. IP is encouraged to work with provider in utilizing CBT to identify 2 negative thinking patters to increase insight on his MH sxs within the next clinical encounter.

Helpful reducing self-harm - Clinical :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from identifying 2 internal and 2 external coping skills he can utilize to decrease SI.

Reduce Risk Factors - Clinical :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from maintaining 100 percent compliance with group and individual treatment to address his daily stressors.

Patient History of Self Harm :  No

Safety Concerns Identified :  No

Environmental Concerns Identified :  No

Patient Participate - Protective Factors :  No

Protective Factors - Clinical Impression :  MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Enhanced factors - Clinical Impressions :  MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:59 PDT

**Suicide Risk and Self-Harm Evaluation Entered On:  6/29/2024 10:57 PDT**
**Performed On:  6/29/2024 10:37 PDT by Movsesyan, Hambartsum Licensed Psychologist**

**Patient Encounter Information**

ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT

**Reason for Assessment**

Reason for Assessment :   Consult for SI, SA, or Self-harm

Reason for Assessment : :   I/P reported SI and was placed on SWAH.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0096

LAC - California State Prison, Los Angeles County

Patient:                          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years    /   Male              CDCR: BP8832

| *Mental Health Forms* |
|---|

Sources of information :   C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS
Did the patient refuse to participate or are they currently unable to respond? :   No
<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT</div>

**C-SSRS Suicidal Ideation**
CSSRS Wish to be Dead 2 :  No
C-SSRS NonSpecific Active Suicide Thought 2 :   No
<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT</div>

**C-SSRS Suicidal Behavior**
1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injury of harm. :   No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   0
CSSRS Engaged Non Suicidal Injury 2 :  Yes
2. Has subject engaged in Self-harm without intent? :   Yes
CSSRS Interrupted Suicide Attempts 2 :  No
CSSRS Aborted Self Inter Attempts 2 :  No
CSSRS Prepatory Acts or Behavior 2 :   No
<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT</div>

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :   Yes
Suicide and Self-Harm History Narrative :   06-29-2024: I/P stated his report of SI was to advocate for higher LOC as he stated "I'm not getting my weekly sessions or groups." He also stated potential housing challenges as he stated not wanting to be in his previous housing unit as he stated he preferred to remain in C5.  He has not engaged in self-harm gestures since his last encounter with MH staff. He stated if cleared from observation, "I'm just going to say I'm suicidal again" as a meas to advocate to remain in C5.
MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm. As such, this writer will review records and complete self-harm narrative. In review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm.

MH SUICIDE SH SMRT TEMPL :   Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | | Details | Follow Up* |
|---|---|---|---|---|---|---|
| MAY/09/24 14:08:00 | No | No | 1 | | Laceration | Return to previously assigned housing program |
| SEP/09/23 10:35:00 | No | No | 0 | | Insertion/Ingestion | Outside Hospital |
| AUG/17/23 13:58:00 | No | No | 1 | | Laceration | Return to previously assigned housing program |
| JUN/26/23 09:40:00 | Unknown | No | | 1 | Laceration | CTC (Medical) |
| JUN/20/23 00:55:00 | Unknown | No | | 1 | Laceration | CTC (Medical) |
| JUN/06/23 17:04:00 | No | No | 1 | | Laceration | CTC (Medical) |
| JUN/06/23 12:20:00 | No | No | 1 | | Laceration | CTC (Medical) |
| MAY/18/23 16:37:00 | No | No | 1 | | Laceration | Return to previously assigned housing program |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| Patient: | **HOLMES, MARCUS ALLEN** | | |
|---|---|---|---|
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

| | | | | *Mental Health Forms* | |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| APR/30/23 20:15:00 | No | No | 0 | Hanging  Referral to MHCB |
| APR/26/23 10:35:00 | No | No | 1 | Overdose (poisoning)  Referral to MHCB |
| APR/23/23 08:55:00 | No | No | 1 | Laceration  Referral to MHCB |
| OCT/16/22 15:03:00 | No | No | 1 | Laceration  Return to previously assigned housing program |
| OCT/08/22 14:39:00 | No | No | 1 | Laceration  CTC (Medical) |
| AUG/29/22 12:05:00 | No | *Yes* | 0 | Overdose (poisoning)  CTC (Medical) |
| JUL/25/22 13:32:00 | No | *Yes* | 1 | Hanging  CTC (Medical) |
| JUL/25/22 08:58:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/24/22 19:04:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/05/22 00:40:00 | No | No | 1 | Laceration, Other: Unclear if this is the same i...  CTC (Medical) |
| JUL/04/22 20:55:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/03/22 13:04:00 | No | No | 0 | Hanging, Other: Noose around neck supporting him...  CTC (Medical) |
| JUL/02/22 09:40:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUL/01/22 13:10:00 | No | No | 0 | Insertion/Ingestion  Return to previously assigned housing program |
| JUL/01/22 07:01:00 | No | No | 0 | Hanging  Return to previously assigned housing program |
| JUN/30/22 16:05:00 | Unknown | *Yes* | 0 | Hanging  CTC (Medical) |
| JUN/26/22 20:09:00 | No | No | 1 | Laceration  CTC (Medical) |
| JUN/19/22 17:37:00 | No | No | 1 | Laceration  CTC (Medical) |
| MAY/10/22 18:35:00 | No | No | 1 | Laceration  Return to previously assigned housing program |

inmate's self-harm behavior non-suicidal :  IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :  Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :  IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.

Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :  No
First prison term :  No
History of psychiatric disorder :  Yes
Sex offender :  Yes
History of abuse :  Yes
Long or life sentence :  Yes
History of substance abuse :  Yes
Recent disciplinary ("115") :  Yes
History of violence (including index crime) :  Yes
Single cell placement :  Yes
Negative housing change in housing :  Yes

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient: **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male         CDCR: BP8832

| *Mental Health Forms* |
|---|

Chronic medical illness :  Yes
Safety concerns (e.g., gang dropout) :  Yes
Chronic pain problem :   No
Early in prison term :   Yes
Caucasian/White ethnicity :  No
Older than 35 years of age :  Yes
Male :   Yes

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT</div>

Suicidal Ideation MH :   No
(Comment: Despite utilization of SI, IPs self-reported SI seems to be secondary to seeking resolution to environmental stressors, advocating for self (i.e. HLOC or housing change), and not with intent, plan, urge, or desire to end his life. IPs bx is more consistent with personal goals setting bx aiming to circumvent non-preferred setting (ML EOP LOC yard) to preferred HLOC or to remain in C5 in a cell by himself. However, he remains appropriately placed in EOP LOC where he may continue to work with MHPC to apply adaptive bx that fall inline within CDCR policies and procedures vs misuse of the MH delivery system.  [Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT] )

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT</div>

Disturbance of mood/lability :  No
Current/recent violent behavior :  No
Recent suicide attempt :  No
Perception of loss of social support :  No
Current/recent depressive symptoms :  No
Increasing interpersonal isolation :  No
Hopelessness/helplessness :  No
Current/recent psychotic symptoms :  No
Current/recent anxiety or panic symptoms :  No
Recent serious medical diagnosis :  No
Current/recent subst abuse/intoxication :  No
pain problems :  No
Agitated or angry :  No
Medication hoarding/cheeking :  No

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT</div>

**Protective Factors / Buffers**
Family support :  No
Interpersonal social support :  Yes
Religious/spiritual/cultural beliefs :  Yes
Future orientation/plans for future :  Yes
Exercises regularly :  Yes
Positive coping/conflict resolution :  Yes
Children at home :  No
Spousal support :  No
Insight into problems :  Yes
Job or school assignment :  No
Active and motivated in psych treatment :  Yes
Sense of optimism; self-efficacy :  Yes

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:            **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male            CDCR: BP8832

| *Mental Health Forms* |
| --- |

Quality of Protective Factors :   In a recent encounter with MH staff, I/P stated having strong family support, optimism about paroling, and has been advocating for more groups so that he can have a better opportunity of paroling. He stated his primary coping skill is exercising.

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT</div>

**Additional Information and Warning Signs**
Warning sign of imminent suicide present :   - No Indicators

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:00 PDT</div>

Additional Information :   06-29-2024: Encounter took place at cell front as I/P was under constant observation. I/P stated he accepted and eat his morning meal. I/P stated not wanting to be in a cell with another individual and advocated for higher LOC as his reason for reporting SI. At the time of the encounter, IP presented conscious and alert, oriented x4, grooming appropriate, eye contact ok, mood euthymic with congruent affect. Speech WNL for pace/tone/volume, coherent, TP linear/organized/goal directed. I/P does not appear to respond to internal stimuli nor be internally preoccupied, no overt delusions or ideations elicited. No psychomotor agitation/retardation observed, no evidence of acute distress or psychosis. I/P denied safety concerns.

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT</div>

**Risk Levels and Disposition**
MH SRASHE Disposition :   Rescinded MHCB referral
SRASHE Disposition Rationale :   IP will be placed on a 5 day follow up with 30 minute custody checks. He was encouraged to seek assistance and ask to speak to MH staff if he had an impulse to act out or felt he is unhappy. This writer utilized active listening, empathized with his report of SI, offered ample time for him to express his concerns, and encouraged him to review his SPI with his PC during the week.

Safety Plan Required :   MHCB rescission/ patient release from alternative housing when the referral reason was for DTS.
CHRONIC RISK :   High

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT</div>

ACUTE RISK :   Low

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:00 PDT</div>

Justification of Risk Level :   Chronic risk: High.  IP Holmes is a 37 year old Black male serving a 22 year term. IP has hx of substance abuse. He has hx of substnace use and documentation review indicates that I/P has utilized the legal process to advocate for treatment. He has been in the mental health delivery system for some time and has a history of psychiatric disorder.  IP is a survivor of childhood trauma and abuse, per self-report. He has a hx of engaging in violence and most recent RVR for violence was on 01-02-2024 for fighting. I/P has 26 incidents of self-harm with 23 incidents without intent to die and 3 incidents with "unknown" intent to die.
Acute risk: Low. IP's mood appeared pleasant when speaking to this writer. Today he was advocating for higher LOC to leave D yard as he expressed dissatisfaction with limited treatment and unwillingness to be in a cell with another individual as he requested to remain in C5. He stated he will continue reporting SI once cleared in order to remain in C5. He was encouraged to work with his current treatment to advocate for his needs and was reminded about his upcoming scheduled advocate for housing needs. IP reported having a strong familial connection and has contact with his family. IP is able to advocate for his needs as evidenced by his utilization of the 7362 process and ability to notify staff about his needs. Despite utilization of SI, IP's self-reported SI seems to be secondary to seeking resolution to environmental stressors, advocating for self (i.e. HLOC or housing change), and not with intent, plan, urge, or desire to end his life. IP's bx is more consistent with personal goals setting bx aiming to circumvent non-preferred setting (ML EOP LOC yard) to preferred HLOC or to remain in C5 in a cell by himself. However, he remains appropriately placed in EOP LOC where he may continue to work with MHPC to apply adaptive bx that fall inline within CDCR policies and procedures vs misuse of the MH delivery system. IP was not positive on any of the IS

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

<div align="right">**DE0100**</div>

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:       6/3/1987   /   37 years   /   Male              CDCR: BP8832

| *Mental Health Forms* |
|---|

PATH WARM sxs. at the time of assessment. A crisis bed placement is not warranted at this time. IP will be returned to his housing unit and will continue to receive treatment at the EOP LOC.

Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT

**MH Safety Plan**
Safety Planning Reason :  Discharge from MHCB/PIP or Alternative Housing
Patient Participate - Warning Signs :  No
Warning signs - Clinical Impressions :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to transfer to higher LOC for additional treatment and/or to remain in C5. IP would benefit from identifying 2 situations that lead to SI and work with MHPC to develop a comprehensive safety plan. IP is encouraged to work with provider in utilizing CBT to identify 2 negative thinking patters to increase insight on his MH sxs within the next clinical encounter.

Helpful reducing self-harm - Clinical :   Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to transfer to higher LOC for additional treatment and/or to remain in C5. IP would benefit from identifying 2 internal and 2 external coping skills he can utilize to decrease SI.
Reduce Risk Factors - Clinical :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to transfer to higher LOC for additional treatment and/or to remain in C5. IP would benefit from maintaining 100 percent compliance with group and individual treatment to address his daily stressors.
Patient History of Self Harm :  No
Safety Concerns Identified :  No
Environmental Concerns Identified :  No
Patient Participate - Protective Factors :  No
Protective Factors - Clinical Impression :  MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for HLOC or housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Enhanced factors - Clinical Impressions :  MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for HLOC or housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 11:06 PDT

Suicide Risk and Self-Harm Evaluation Entered On:  6/6/2024 10:27 PDT
Performed On:  6/6/2024 10:25 PDT by Lopez, Guillermo Licensed Clinical Social Worker

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0101**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health Forms* |
|---|

Quality of Protective Factors :   IP made many future oriented statements such as "I'm going to 602 this". "It doesn't matter I am going to court". IP appeared to be fixated regarding his change to CCCMS from EOP stating "who are they to determine what I need".

<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 7/2/2024 15:03 PDT</div>

**Additional Information and Warning Signs**
Additional Information :   Patient was Ox4, alert, calm and cooperative. His thought process was clear, coherent, aligned with topics being discussed. There were no reported or noted indicators of delusions, perceptual disturbances, or hallucinations at the time of contact. Voice was WNL in tone, rate, and volume. IP reported "I need to go to ICF because EOP isn't working". IP was d/c from EOP on 7/2/2024 to CCCMS. IP was not satisified with decision and reported "if you guys want to play this game I can play it too. I am going to court".
ISPATHWARM: NONE
Warning sign of imminent suicide present :   - No Indicators

<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 7/2/2024 15:03 PDT</div>

**Risk Levels and Disposition**
CHRONIC RISK :   High
ACUTE RISK :   Low

<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 7/2/2024 15:03 PDT</div>

Justification of Risk Level :   chronic Risk is HIGH: IP is 37 year old AA Male serving 22 years for assault with a deadly weapon and Corp Inj on Specif Persons Resulting in Traumatic condition (2nd striker), Chronic Risk is HIGH: Per hx,  IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP d/c from EOP 7/2 and repeated statements of feeling that he was being retaliated against. IP was provided information regarding CCCMS level of care. IP continued to discuss the importance of how to advocate for himself and his needs for MH.
IP reported that he feels that he needs ICF because he would like to attend more groups and 1:1 sessions. IP was provided information regarding ICF referrals.
Acute Risk is LOW: Although IP reported SI, IP did not present with a plan or intent to end his life. IP reported that he was having issues with his current MHPC and requested information on how to switch MHPCs. Once provided that information, IP was receptive. IP engaged in self laceration on wrist and was medically cleared on 7/2/2024. IP did not appear in distress nor show signs of MH decompensation. IP will continue at CCCMS level of care.

<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 7/2/2024 16:05 PDT</div>

MH SRASHE Disposition :   No change
Safety Plan Required :   The Safety Plan does not need to be completed because none of the above apply, and it is not clinically indicated.

<div align="right">Bernal, Kimberly Licensed Clinical Social Worker - 7/2/2024 15:03 PDT</div>

---

<div align="center">Suicide Risk and Self-Harm Evaluation Entered On:  6/30/2024 8:58 PDT<br>Performed On:  6/30/2024 8:52 PDT by Movsesyan, Hambartsum Licensed Psychologist</div>

**Patient Encounter Information**

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:   4/24/2025 13:21 PDT

<div align="center"><u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**</div>

<div align="right">**DE0102**</div>

LAC - California State Prison, Los Angeles County

| | | | | |
|---|---|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | | | |
| DOB/Age/Birth Gender: | 6/3/1987 | / 37 years | / Male | CDCR: BP8832 |

---

### *Mental Health Forms*

---

ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:52 PDT

**Reason for Assessment**
Reason for Assessment :   Consult for SI, SA, or Self-harm
Reason for Assessment: :   I/P reported SI and was placed on SWAH.
Sources of information :   C/O or Staff Interview, I/P Interview, CDCR Healthcare Record, SOMS
Did the patient refuse to participate or are they currently unable to respond? :   No

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:52 PDT

**C-SSRS Suicidal Ideation**
CSSRS Wish to be Dead 2 :   No
CSSRS NonSpecific Active Suicide Thought 2 :   No

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:52 PDT

**C-SSRS Suicidal Behavior**
1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injury of harm. :   No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   0
CSSRS Engaged Non Suicidal Injury 2 :   Yes
2. Has subject engaged in Self-harm without intent? :   No
CSSRS Interrupted Suicide Attempts 2 :   No
CSSRS Aborted Self Inter Attempts 2 :   No
CSSRS Prepatory Acts or Behavior 2 :   No

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:52 PDT

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :   Yes
Suicide and Self-Harm History Narrative :   06-30-2024: I/P denied SI/HI and denied intent or plan of self-harm. I/P stated "I'm going to be honest with you I'm just trying to get single cell status. I'm tired of adjusting to new cellies." I/P denied any additional stressors. He has not engaged in self-harm behaviors since his last encounter with this writer.
06-29-2024: I/P stated his report of SI was to advocate for higher LOC as he stated "I'm not getting my weekly sessions or groups." He also stated potential housing challenges as he stated not wanting to be in his previous housing unit as he stated he preferred to remain in C5.  He has not engaged in self-harm gestures since his last encounter wtih MH staff. He stated if cleared from observation, "I'm just going to say I'm suicidal again" as a meas to advocate to remain in C5.
 MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm. As such, this writer will review records and complete self-harm narrative. In review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm.

MH SUICIDE SH SMRT TEMPL :   Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | | Details | Follow Up* |
|---|---|---|---|---|---|---|

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0103

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| | | | | | |
|---|---|---|---|---|---|
| | | | | ***Mental Health Forms*** | |

| | | | | | |
|---|---|---|---|---|---|
| MAY/09/24 14:08:00 | No | No | | 1 | Laceration   Return to previously assigned housing program |
| SEP/09/23 10:35:00 | No | No | | 0 | Insertion/Ingestion   Outside Hospital |
| AUG/17/23 13:58:00 | No | No | | 1 | Laceration   Return to previously assigned housing program |
| JUN/26/23 09:40:00 | Unknown | | No | 1 | Laceration   CTC (Medical) |
| JUN/20/23 00:55:00 | Unknown | | No | 1 | Laceration   CTC (Medical) |
| JUN/06/23 17:04:00 | No | No | | 1 | Laceration   CTC (Medical) |
| JUN/06/23 12:20:00 | No | No | | 1 | Laceration   CTC (Medical) |
| MAY/18/23 16:37:00 | No | No | | 1 | Laceration   Return to previously assigned housing program |
| APR/30/23 20:15:00 | No | No | | 0 | Hanging   Referral to MHCB |
| APR/26/23 10:35:00 | No | No | | 1 | Overdose (poisoning)   Referral to MHCB |
| APR/23/23 08:55:00 | No | No | | 1 | Laceration   Referral to MHCB |
| OCT/16/22 15:03:00 | No | No | | 1 | Laceration   Return to previously assigned housing program |
| OCT/08/22 14:39:00 | No | No | | 1 | Laceration   CTC (Medical) |
| AUG/29/22 12:05:00 | No | *Yes* | | 0 | Overdose (poisoning)   CTC (Medical) |
| JUL/25/22 13:32:00 | No | *Yes* | | 1 | Hanging   CTC (Medical) |
| JUL/25/22 08:58:00 | No | No | | 1 | Laceration   CTC (Medical) |
| JUL/24/22 19:04:00 | No | No | | 1 | Laceration   CTC (Medical) |
| JUL/05/22 00:40:00 | No | No | | 1 | Laceration, Other: Unclear if this is the same i...   CTC (Medical) |
| JUL/04/22 20:55:00 | No | No | | 1 | Laceration   CTC (Medical) |
| JUL/03/22 13:04:00 | No | No | | 0 | Hanging, Other: Noose around neck supporting him...   CTC (Medical) |
| JUL/02/22 09:40:00 | No | No | | 1 | Laceration   CTC (Medical) |
| JUL/01/22 13:10:00 | No | No | | 0 | Insertion/Ingestion   Return to previously assigned housing program |
| JUL/01/22 07:01:00 | No | No | | 0 | Hanging   Return to previously assigned housing program |
| JUN/30/22 16:05:00 | Unknown | | *Yes* | 0 | Hanging   CTC (Medical) |
| JUN/26/22 20:09:00 | No | No | | 1 | Laceration   CTC (Medical) |
| JUN/19/22 17:37:00 | No | No | | 1 | Laceration   CTC (Medical) |
| MAY/10/22 18:35:00 | No | No | | 1 | Laceration   Return to previously assigned housing program |

inmate's self-harm behavior non-suicidal :   IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :   Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :   IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:52 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   Yes

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

| | | | |
|---|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | | |
| DOB/Age/Birth Gender: | 6/3/1987 / 37 years / Male | CDCR: BP8832 |

---

### *Mental Health Forms*

Sex offender :  Yes
History of abuse :  Yes
Long or life sentence :  Yes
History of substance abuse :  Yes
Recent disciplinary ("115") :  Yes
History of violence (including index crime) :  Yes
Single cell placement :  Yes
Negative housing change in housing :  Yes
Chronic medical illness :  Yes
Safety concerns (e.g., gang dropout) :  Yes
Chronic pain problem :   No
Early in prison term :  Yes
Caucasian/White ethnicity :  No
Older than 35 years of age :  Yes
Male :  Yes
Suicidal Ideation MH :  No
Disturbance of mood/lability :  No
Current/recent violent behavior :  Yes
Recent suicide attempt :  No
Perception of loss of social support :  No
Current/recent depressive symptoms :  No
Increasing interpersonal isolation :  No
Hopelessness/helplessness :  No
Current/recent psychotic symptoms :  No
Current/recent anxiety or panic symptoms :  No
Recent serious medical diagnosis :  No
Current/recent subst abuse/intoxication :  No
pain problems :  No
Agitated or angry :  No
Medication hoarding/cheeking :  No

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:52 PDT</div>

**Protective Factors / Buffers**
Quality of Protective Factors :  In a recent encounter with MH staff, I/P stated having strong family support, optimism about paroling, and has been advocating for more groups so that he can have a better opportunity of paroling. He stated his primary coping skill is exercising.

<div align="right">Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:59 PDT</div>

Family support :  No
Interpersonal social support :  Yes
Religious/spiritual/cultural beliefs :  Yes
Future orientation/plans for future :  Yes
Exercises regularly :  Yes
Positive coping/conflict resolution :  Yes
Children at home :  No
Spousal support :  No

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

<div align="right">**DE0105**</div>

LAC - California State Prison, Los Angeles County

Patient: **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987    /    37 years    /    Male    CDCR: BP8832

| *Mental Health Forms* |
| --- |

Insight into problems :  Yes
Job or school assignment :  No
Active and motivated in psych treatment :  Yes
Sense of optimism; self-efficacy :  Yes

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:52 PDT

**Additional Information and Warning Signs**
Additional Information :   06-30-2024: Encounter took place at cell front as I/P was under constant observation. I/P stated he has been eating his daily meals. I/P stated not wanting to be in a cell with another individual and advocated for higher LOC as his reason for reporting SI. At the time of the encounter, IP presented conscious and alert, oriented x4, grooming appropriate, eye contact ok, mood euthymic with congruent affect. Speech WNL for pace/tone/volume, coherent, TP linear/organized/goal directed. I/P does not appear to respond to internal stimuli nor be internally preoccupied, no overt delusions or ideations elicited. No psychomotor agitation/retardation observed, no evidence of acute distress or psychosis. I/P denied safety concerns.
Warning sign of imminent suicide present :   - No Indicators

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:59 PDT

**Risk Levels and Disposition**
CHRONIC RISK :   High
ACUTE RISK :   Low
Justification of Risk Level :   Chronic risk: High.  IP Holmes is a 37 year old Black male serving a 22 year term. IP has hx of substance abuse. He has hx of substnace use and documentation review indicates that I/P has utilized the legal process to advocate for treatment. He has been in the mental health delivery system for some time and has a history of psychiatric disorder.  IP is a survivor of childhood trauma and abuse, per self-report. He has a hx of engaging in violence and most recent RVR for violence was on 01-02-2024 for fighting. I/P has 26 incidents of self-harm with 23 incidents without intent to die and 3 incidents with "unknown" intent to die.
Acute risk: Low.  IP's mood appeared pleasant when speaking to this writer. Today he was advocating for single cell status  as he did not want to adjust living with another I/P. He stated he will continue advocate to remain in C5 until his single cell status is addressed. He was encouraged to work with his current treatment to advocate for his needs and was reminded about his upcoming scheduled advocate for housing needs. IP reported having a strong familial connection and has contact with his family. IP is able to advocate for his needs as evidenced by his utilization of the 7362 process and ability to notify staff about his needs. Despite utilization of SI yesterday, IP's self-reported SI seems to be secondary to seeking resolution to environmental stressors, advocating for self (i.e. housing change), and not with intent, plan, urge, or desire to end his life. IP's bx is more consistent with personal goals setting bx aiming to circumvent non-preferred setting to preferred single cell status or to remain in C5 in a cell by himself. However, he remains appropriately placed in EOP LOC where he may continue to work with MHPC to apply adaptive bx that fall inline within CDCR policies and procedures vs misuse of the MH delivery system. IP was not positive on any of the IS PATH WARM sxs. at the time of assessment. A crisis bed placement is not warranted at this time. IP will be returned to his housing unit and will continue to receive treatment at the EOP LOC.

MH SRASHE Disposition :   Rescinded MHCB referral
SRASHE Disposition Rationale :   IP will be placed on a 5 day follow up with 30 minute custody checks. He was encouraged to seek assistance and ask to speak to MH staff if he had an impulse to act out or felt he is unhappy. This writer utilized active listening, empathized with his report of SI, offered ample time for him to express his concerns, and encouraged him to review his SPI with his PC during the week.

Safety Plan Required :   MHCB rescission/ patient release from alternative housing when the referral reason was for DTS.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0106

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male         CDCR: BP8832 |

| *Mental Health Forms* |
|---|

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:59 PDT

**MH Safety Plan**

Safety Planning Reason :  Discharge from MHCB/PIP or Alternative Housing

Patient Participate - Warning Signs :  No

Warning signs - Clinical Impressions :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from identifying 2 situations that lead to SI and work with MHPC to develop a comprehensive safety plan. IP is encouraged to work with provider in utilizing CBT to identify 2 negative thinking patters to increase insight on his MH sxs within the next clinical encounter.

Helpful reducing self-harm - Clinical :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from identifying 2 internal and 2 external coping skills he can utilize to decrease SI.

Reduce Risk Factors - Clinical :  Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from maintaining 100 percent compliance with group and individual treatment to address his daily stressors.

Patient History of Self Harm :  No

Safety Concerns Identified :  No

Environmental Concerns Identified :  No

Patient Participate - Protective Factors :  No

Protective Factors - Clinical Impression :  MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Enhanced factors - Clinical Impressions :  MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Movsesyan, Hambartsum Licensed Psychologist - 6/30/2024 8:59 PDT

**Suicide Risk and Self-Harm Evaluation Entered On:  6/29/2024 10:57 PDT**
**Performed On:  6/29/2024 10:37 PDT by Movsesyan, Hambartsum Licensed Psychologist**

**Patient Encounter Information**

ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Movsesyan, Hambartsum Licensed Psychologist - 6/29/2024 10:37 PDT

**Reason for Assessment**

Reason for Assessment :   Consult for SI, SA, or Self-harm

Reason for Assessment: :   I/P reported SI and was placed on SWAH.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0107

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

| | |
|---|---|
| Opioid use disorder | Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  Z00.00 Date:  7/16/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Opioid use disorder ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  F11.90 |
| Schatzki's ring | Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Schatzki's ring ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  K22.2 |
| Seizure | Date:  7/26/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Seizure ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R56.9 |
| Vitamin D deficiency | Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Vitamin D deficiency ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  E55.9 |

**Preferred Learning Style**

Preferred Learning Style :  Visual, Auditory

Wang, Lydia Licensed Psychologist - 7/26/2024 16:13 PDT

**MHPC Assessment Entered On:  7/2/2024 10:06 PDT**
**Performed On:  7/1/2024 10:03 PDT by Emanuel, Dorien Licensed Psychologist**

**Patient Encounter Information**

ENCTR Information :  Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:03 PDT

**General Information**

MH Assessment Reason :  Level of care change (e.g., CCCMS to EOP)
Information given by MH :  Patient, Healthcare Staff, Custody Staff
Transfer Documents Received/Reviewed :  Outside Hospital Records, Criminal Record/C-file, CDCR Health Record, Other: OnDemand
MH Initial Tx Plan Smart Template :  There have been a total of 10 prior MHPC Assessment(s) at any institution.
Of those 7 have been at LAC.

Earliest CDCR MHPC Assessment:

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

| | |
|---|---|
| Report Request ID:  96852796 | Print Date/Time:  4/24/2025 13:21 PDT |

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:                      **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male                CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
|---|

November 04, 2021 Bryan, Paul Licensed Clinical Social Worker at NKSP.

Earliest MHPC Assessment at LAC:
January 13, 2022 by Mascal, Keisha Unlicensed Psychologist.

Most Recent MHPC Assessments
April 19, 2024 Nieves, Maria CSW        LAC
March 12, 2024 Alvarez, Shea Unlicensed Psychologist        SAC
July 11, 2023 Malakuti, Katrin Licensed Psychologist      LAC
June 27, 2023 Scott, Sarah Licensed Psychologist      LAC
May 08, 2023 Chadorchi, David Licensed Psychologist      LAC
April 23, 2023 Miller-Pence, Susanna Licensed Clinical Socia        CMC
April 17, 2023 Chadorchi, David Licensed Psychologist      LAC
July 05, 2022 Thornburg, Paul Psychologist      LAC
January 13, 2022 Mascal, Keisha Unlicensed Psychologist      LAC
November 04, 2021 Bryan, Paul Licensed Clinical Social Worker      NKSP

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:03 PDT

**Presenting Problem/Symptoms**
Presenting Problem MH :   7/1/24  IP was seen for initial assessment for LOC assessment. IP is a 37-year-old Black male,  IP has a current dx of Unspecified Anxiety Disorder, Histrionic Personality Disorder, PTSD ASPD. At this time, IP does not report current symptoms that impact his level of functioning. This is also congruent with his current clinical presentation.
History of Present Illness :
IP reported a history of mood instability, anxiety, SI/SA, and self-harm without intent (cutting behavior).

IN terms of placement hx, I/P has vacillated between CCCMS and EOP since 2009, and has been EOP during this entire term which began in 2021. Notably, I/P has had approx. 9 crisis line/SWAH in the last 60 days, all of which resulted in MHCB rescissions or a non-referral to MHCB. None resulted in MHCB admissions. The last SRASHE of 7/3/22 noted that the claims of S/I that resulted in these crisis calls were all primarily driven by attempts to address custodial concerns rather than by suicidal thoughts/urges/desire to end his life.
Current Dx's include chronic ptsd, unspecified anxiety, and unspecified bipolar d/o.
From previous notes:
 IP had 7 MHCB referrals in the last six months, with 6 of those occurring in the last five weeks. All seven MHCB referrals were rescinded and did not result in MHCB admissions. After assessment of Mr. Holmes and a review of the documentation, it is the opinion of this MHPC that the main driver of these MHCB referrals involved frustration with custody concerns and false reports of s/I to influence his housing. In fact, Mr. Holmes stated in the assessment on 7/5/22 that he uses suicide watch as a manipulation tactic when he is angry at custody staff.  The underlying driver of the I/P's behavior in claiming s/I is rooted in cultural and socially learned negative antisocial acting out behaviors that I/P now expresses a desire to change so he can live a more positive life and one not involving criminal behavior. A referral to a higher LOC is not warranted this time for the following reasons: I/P has consistently denied s/I with this MHPC since arriving in ASU EOP HUB on 7/1/22, and he also denied that he was suicidal during the above noted MHCB referrals over the last six months. Moreover, I/P and MHPC collaborated and agreed upon the goal of avoiding falsely claiming s/I and going on suicide watch when he feels frustrated/angry at custody staff. I/P presents as insightful and future oriented to working on and changing his habitual negative acting out behaviors and hopes to lower his level of care to CCCMS and getting out of prison in the near future. I/P

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0109**

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male  CDCR: BP8832 |

### *Mental Health IDTT MPage Forms*

has expressed a strong desire and willingness to participate in individual and group treatment while housed in ASU EOP HUB. The 114 log has indicated that I/P has been adequately attending to his ADLs, accepts meals and showers, and empties his trash. His hygiene and grooming are excellent, reflecting a high level of self-care and functioning. Therefore, the IDTT's decision is to not refer this IP to a higher level of care at this time. IP will be retained and continue in the EOP LOC for the next 90 days.

The IP has received 8 RVR's in the last three months, with five involving violence/battery on others and three involving delaying/resisting staff. After assessment, it is the opinion of this MHPC that the main driver behind the RVR bx has been the chronic, habitual pattern of impulsive/antisocial behavior in response to interpersonal and situational stressors that were learned through cultural and social influences earlier in the inmate's life. Notably, Mr. Holmes reported that he is tired of repeating these habitual patterns and recognizes that he needs to change these automatic behaviors in order to live a more fulfilling and rewarding life. The corresponding RVR MHA's that were completed indicated that the IP has adequate understanding of the potential consequences associated with his behaviors, and none of the RVR MHA's indicated that a mental health disorder played a significant role in the RVR bx's. A referral to a higher LOC is not warranted this time for the following reasons. Since arriving to ASU, the IP has not engaged in any high-risk behaviors, attends to his ADL's, and has not presented with any objective or subjective signs of decompensation. The IP has been engaged in his mental health treatment since arriving to ASU EOP HUB on 7/1/22, and endorsed increased motivation towards his stated goals of developing more calm and composure to avoid acting out behavior leading to RVR's when feeling agitated or angry, and to use the coping skills that he is learning and that have been provided to him. I/P also stated that he eventually wants to lower his level of MH care to CCCMS and go to C yard, where he believes he is will have more access to self-help groups and less restricted programming. Per 114 logs, IP is attending to his meals, trash disposal, showers, and receives supplies. Given that the IP's recent RVR behaviors do not appear to be attributable to worsening mental health symptoms, the IDTT's decision is to not refer this IP to a higher level of care at this time. IP will remain EOP LOC for the next 90 days.

Pregnancy Status :  N/A

<div align="right">Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:03 PDT</div>

**Risk of Violence Toward Others**
History of violence toward others :  Yes
Index crime violent crime toward others :  Yes
History of alcohol or substance abuse :  Yes
Personality disorder :  Yes
Young age at first violence :  Yes
Significant psychiatric disorder :  Yes
Evidence of poor impulse control :  Yes
History of violence in prison/jail :  Yes
Poor insight motivation for treatment :  Yes
Age less than 30 :  No
Sexual Misconduct :  Yes
IEX :  Yes

<div align="right">Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT</div>

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :  Yes
Suicide and Self-Harm History Narrative :   06-30-2024: I/P denied SI/HI and denied intent or plan of self-harm. I/P stated "I'm going to be honest with you I'm just trying to get single cell status. I'm tired of adjusting to new cellies." I/P denied any additional stressors. He has not engaged in self-harm behaviors since his last encounter with this writer.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0110

**LAC - California State Prison, Los Angeles County**

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years   /   Male          CDCR: BP8832

---

### *Mental Health IDTT MPage Forms*

06-29-2024: I/P stated his report of SI was to advocate for higher LOC as he stated "I'm not getting my weekly sessions or groups." He also stated potential housing challenges as he stated not wanting to be in his previous housing unit as he stated he preferred to remain in C5.  He has not engaged in self-harm gestures since his last encounter wtih MH staff. He stated if cleared from observation, "I'm just going to say I'm suicidal again" as a meas to advocate to remain in C5.
 MHPC utilized MI, active listening, and provided IP with ample of time to discuss self-harm incident, SRE, and hx of self-harm. Despite interventions, IP refused to discuss hx of self-harm. As such, this writer will review records and complete self-harm narrative. In review of on demand, IP has an extensive hx of self-harm and In review of self-harm grid, IP has 26 incidents of self-harm noted. 23 noted without intent to die, 3x unknown. In review of records, IP has reported varying incidents of SA and they have been inconsistent across providers. IP most recently reported, "1 s/a by suicide by cop at age 17, an OD attempt on 2007 at CCI Reception, a hanging attempt in 2008 at Old Folsom prison, and cutting his wrist on the streets in 2018 resulting in 12 stitches". There are no reported incidents of self-harm.

MH SUICIDE SH SMRT TEMPL :  Suicide and Self Harm History

| Suicide Attempt Date | Intent To Die | Lethal Method | Injury Severity (1-4) | Details | Follow Up* |
|---|---|---|---|---|---|
| MAY/09/24 14:08:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| SEP/09/23 10:35:00 | No | No | 0 | Insertion/Ingestion   Outside Hospital | |
| AUG/17/23 13:58:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| JUN/26/23 09:40:00 | Unknown | No | 1 | Laceration   CTC (Medical) | |
| JUN/20/23 00:55:00 | Unknown | No | 1 | Laceration   CTC (Medical) | |
| JUN/06/23 17:04:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUN/06/23 12:20:00 | No | No | 1 | Laceration   CTC (Medical) | |
| MAY/18/23 16:37:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| APR/30/23 20:15:00 | No | No | 0 | Hanging   Referral to MHCB | |
| APR/26/23 10:35:00 | No | No | 1 | Overdose (poisoning)   Referral to MHCB | |
| APR/23/23 08:55:00 | No | No | 1 | Laceration   Referral to MHCB | |
| OCT/16/22 15:03:00 | No | No | 1 | Laceration   Return to previously assigned housing program | |
| OCT/08/22 14:39:00 | No | No | 1 | Laceration   CTC (Medical) | |
| AUG/29/22 12:05:00 | No | *Yes* | 0 | Overdose (poisoning)   CTC (Medical) | |
| JUL/25/22 13:32:00 | No | *Yes* | 1 | Hanging   CTC (Medical) | |
| JUL/25/22 08:58:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/24/22 19:04:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/05/22 00:40:00 | No | No | 1 | Laceration, Other: Unclear if this is the same i...   CTC (Medical) | |
| JUL/04/22 20:55:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/03/22 13:04:00 | No | No | 0 | Hanging, Other: Noose around neck supporting him...   CTC (Medical) | |
| JUL/02/22 09:40:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUL/01/22 13:10:00 | No | No | 0 | Insertion/Ingestion   Return to previously assigned housing program | |
| JUL/01/22 07:01:00 | No | No | 0 | Hanging   Return to previously assigned housing program | |
| JUN/30/22 16:05:00 | Unknown | *Yes* | 0 | Hanging   CTC (Medical) | |
| JUN/26/22 20:09:00 | No | No | 1 | Laceration   CTC (Medical) | |
| JUN/19/22 17:37:00 | No | No | 1 | Laceration   CTC (Medical) | |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0111**

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male              CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
|---|

MAY/10/22 18:35:00    No    No    1    Laceration  Return to previously assigned housing program

inmate's self-harm behavior non-suicidal :   IP appeared to have engaged in self-harms due to distress, perceived unmet needs, custody related safety factors, and trying to influence his LOC/Housing.
Identified self-harm/suicidal triggers :   Distress
Perceived Unmet Needs
Custody Related Safety Factors
History of successful coping strategies :   IP previously reported that his coping skills are as follows: reading, TV, naps, listening to music, religious practices (Reading the Koran), and exercising. He also reported that he can call his best friend, mother, father, and his older sister for support.

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Family History**
Family History

(As Of: 7/2/2024 10:10:30 PDT)

**Social History**
Social History

(As Of: 7/2/2024 10:10:30 PDT)

Tobacco:

Former, Cigars, Use Type: Cigarettes.  1 per day.  29 year(s). Total pack years: 29.  Started age 7 Years.  Stopped age 36 Years.  Previous treatment: None.  Ready to change: Yes. Concerns about tobacco use in household: No.  Comments: 4/19/2023 19:51 - Amaya, Crystal RN: I/P reports smoking 1 cigar a day for 29 years.  (Last Updated: 4/19/2023 19:51:25 PDT by Amaya, Crystal RN)  Former, Cigars, Use Type: Cigarettes.  1 per day.  29 year(s).  Total pack years: 29. Started age 7 Years.  Stopped age 36 Years.  Previous treatment: None.  Ready to change: Yes.  Concerns about tobacco use in household: No.  (Last Updated: 6/21/2024 13:38:29 PDT by Lopez, Jessica MA)

Alcohol:

Former, Wine, Liquor   (Last Updated: 4/23/2023 12:02:23 PDT by Miller-Pence, Susanna Licensed Clinical Social Worker)

Substance Abuse:

Methamphetamines, Opioids   (Last Updated: 4/23/2023 12:01:23 PDT by Miller-Pence, Susanna Licensed Clinical Social Worker)

Sexual:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0112

**LAC - California State Prison, Los Angeles County**

Patient:              **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years   /   Male          CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
| --- |

Orientation Heterosexual.   Comments: 4/23/2023 16:21 - Miller-Pence, Susanna Licensed Clinical Social Worker: IP reports he is no longer transgender and stated "I figured all that out I'm not transgender anymore."  (Last Updated: 4/23/2023 16:21:37 PDT by Miller-Pence, Susanna Licensed Clinical Social Worker)

Employment/School:

Previous employment/school: GED cosmopology school. Highest education level: Some High School.  Behavioal Problems in School Yes.  (Last Updated: 4/23/2023 12:04:01 PDT by Miller-Pence, Susanna Licensed Clinical Social Worker)

Criminal History:

Criminal History: Adult Arrests/ Convictions.  Current Offenses: Convicted of 2 counts of Prior felony conviction of serious offense, Assault with a deadly weapon, second striker, and 2 counts of Corporal injury on specified persons resulting in traumatic condition, Second striker..  History of Violence: Yes. Adjustment to Incarceration Poor.  Gang Affiliation: Former. Comments:  4/23/2023 16:18 - Miller-Pence, Susanna Licensed Clinical Social Worker: Three recent RVR's Disrespect w/potential for violence/disruption on 4/21/23, Battery on a prisoner on 04/19/23, Fighting on 04/19/23. Two pending RVRs for alleged Conspire - Battery on a prisoner on 01/17/23 and Refusing to accept assigned housing - delaying a peace officer on 02/15/23.  (Last Updated: 4/23/2023 16:18:42 PDT by Miller-Pence, Susanna Licensed Clinical Social Worker)

**Problem History**

(As Of: 7/2/2024 10:10:30 PDT)

<u>Problems(Active)</u>
Antisocial personality disorder (DSM-5-TR :F60.2 )

Name of Problem:   Antisocial personality disorder ; Recorder: Scott, Sarah Licensed Psychologist; Confirmation:   Confirmed ; Classification:   Mental Health ; Code:   F60.2 ; Contributor System:   PowerChart ; Last Updated:  7/3/2023 15:57 PDT ; Life Cycle Date:   07/03/23 ; Life Cycle Status:   Active ; Responsible Provider:   Scott, Sarah Licensed Psychologist; Vocabulary:   DSM-5-TR

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

Patient:           **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:   6/3/1987   /   37 years   /   Male           CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
|---|

Chronic posttraumatic stress disorder (IMO :75767 )

Name of Problem:   Chronic posttraumatic stress disorder ; Recorder:   Ferguson, Michael Psychiatrist; Confirmation: Confirmed ; Classification:   Mental Health ; Code:   75767 ; Contributor System:   PowerChart ; Last Updated:   12/28/2021 17:39 PST ; Life Cycle Date:   12/28/21 ; Life Cycle Status: Active ; Responsible Provider:   Ferguson, Michael Psychiatrist; Vocabulary:   IMO

GERD with esophagitis (SNOMED CT :396337013 )

Name of Problem:   GERD with esophagitis ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   396337013 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 14:31 PST ; Life Cycle Status:   Active ; Responsible Provider:   Arya, Afshin P&S; Vocabulary: SNOMED CT
; Comments:

 12/29/2023 14:31 - Arya, Afshin P&S
GERD changes without metaplasia was seen on the EGD on 12/14/2023

History of foreign body ingestion (SNOMED CT :397831013 )

Name of Problem:   History of foreign body ingestion ; Recorder: Arya, Afshin P&S; Confirmation:   Confirmed ; Classification: Medical ; Code:   397831013 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 10:15 PST ; Life Cycle Date: 12/29/23 ; Life Cycle Status:   Active ; Responsible Provider: Arya, Afshin P&S; Vocabulary:   SNOMED CT

Histrionic personality disorder (DSM-5-TR :F60.4 )

Name of Problem:   Histrionic personality disorder ; Recorder: Scott, Sarah Licensed Psychologist; Confirmation:   Confirmed ; Classification:   Mental Health ; Code:   F60.4 ; Contributor System:   PowerChart ; Last Updated:   7/3/2023 15:57 PDT ; Life Cycle Date:   07/03/23 ; Life Cycle Status:   Active ; Responsible Provider:   Scott, Sarah Licensed Psychologist; Vocabulary:   DSM-5-TR

Seizure (SNOMED CT :151074011 )

Name of Problem:   Seizure ; Recorder:   Nawaz, Mario P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code: 151074011 ; Contributor System:   PowerChart ; Last Updated: 11/28/2022 09:31 PST ; Life Cycle Date:   11/28/22 ; Life Cycle Status:   Active ; Responsible Provider:   Nawaz, Mario P&S; Vocabulary:   SNOMED CT

Sleep apnea (SNOMED CT :121941010 )

Name of Problem:   Sleep apnea ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code: 121941010 ; Contributor System:   PowerChart ; Last Updated:

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male  CDCR: BP8832 |

---

### *Mental Health IDTT MPage Forms*

|  |  |
|---|---|
| | 12/29/2023 09:47 PST ; Life Cycle Status:  Active ; Responsible Provider:  Arya, Afshin P&S; Vocabulary: SNOMED CT |
| Sliding hiatal hernia (SNOMED CT :353834010 ) | Name of Problem:  Sliding hiatal hernia ; Recorder:  Arya, Afshin P&S; Confirmation:  Confirmed ; Classification:  Medical ; Code:  353834010 ; Contributor System:  PowerChart ; Last Updated:  12/29/2023 14:34 PST ; Life Cycle Status:  Active ; Responsible Provider:  Arya, Afshin P&S; Vocabulary: SNOMED CT ; Comments: |
| Unspecified anxiety disorder (DSM-5-TR :F41.9 ) | 12/29/2023 14:34 - Arya, Afshin P&S According to the endoscopy on 12/24/2023.  A small size hernia Name of Problem:   Unspecified anxiety disorder ;  Recorder: Bryan, Paul Licensed Clinical Social Worker; Confirmation: Confirmed ; Classification:  Mental Health ; Code:  F41.9 ; Contributor System:  PowerChart ; Last Updated:  11/4/2021 14:50 PDT ; Life Cycle Date:  11/04/21 ; Life Cycle Status: Active ; Responsible Provider:  Bryan, Paul Licensed Clinical Social Worker; Vocabulary:  DSM-5-TR |

Diagnoses(Active)

| | |
|---|---|
| Healthcare maintenance | Date:  1/6/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Healthcare maintenance ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  Z00.00 |
| Laceration of hand | Date:  5/9/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Laceration of hand ; Classification: Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code: S61.419A |
| Muscular pain | Date:  4/26/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Muscular pain ; Classification: Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  M79.10 |
| Pain | Date:  6/28/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Pain ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R52 |
| Schatzki's ring | Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Schatzki's ring ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  K22.2 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                          Print Date/Time:  4/24/2025 13:21 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0115**

**LAC - California State Prison, Los Angeles County**

Patient:                **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:   6/3/1987  /  37 years   /   Male          CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
| --- |

| | |
| --- | --- |
| Seizure | Date:  7/26/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Seizure ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R56.9 |
| Vitamin D deficiency | Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Vitamin D deficiency ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  E55.9 |

**Procedure History**

Procedure History                                                                                                    -

(As Of: 7/2/2024 10:10:30 PDT)

Procedure Dt/Tm:  12/14/23 ; Anesthesia Minutes:  0 ; Procedure Name:  EGD ; Procedure Minutes:  0 ; Comments: 12/29/23 14:32 PST - Arya, Afshin P&S  Duodenal biopsy: Chronic peptic duodenitis without evidence of sprue.  Duodenal bulb nodule: Duodenal mucosa with focal gastric mucosal metaplasia  Antrum: Mild chronic gastritis negative for Helicobacter pylori without metaplasia.  Stomach body: Mild chronic gastritis negative for Helicobacter pylori without metaplasia.  GE changes consistent with junction reflux. Negative for metaplasia.

**Medication History**
Medication List

(As Of: 7/2/2024 10:10:30 PDT)

Normal Order
naproxen 220 mg Tab NP          :  naproxen 220 mg Tab NP ; Status:  Completed ; Ordered As Mnemonic:  naproxen NURSE OTC PROTOCOL ; Simple Display Line:  220 mg, Oral, q8hr-KOP, PRN: pain ; Ordering Provider:  Soleimani, Majid CME; Catalog Code:  naproxen ; Order Dt/Tm:  6/28/2024 13:45:41 PDT ; Comment:  Take 2 tabs 1st hour. Best taken with food. Use for joint pain without redness, swelling or deformity while symptoms persist. Not to exceed 3 tabs in 24 hr.

+1-pantoprazole 40 mg Tab-DR :  +1-pantoprazole 40 mg Tab-DR ; Status:  Ordered ; Ordered As Mnemonic:  Protonix ; Simple Display Line:  40 mg, Oral, Daily ; Ordering Provider:  Kalinjian, Sevag P&S; Catalog Code: pantoprazole ; Order Dt/Tm:  6/24/2024 08:54:11 PDT

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0116**

LAC - California State Prison, Los Angeles County

Patient:             **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years    /   Male        CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
| --- |

| | |
| --- | --- |
| +1-mirtazapine 15 mg Tab | : +1-mirtazapine 15 mg Tab ; Status: Ordered ; Ordered As Mnemonic: Remeron ; Simple Display Line: 15 mg, Oral, qPM ; Ordering Provider: Turner, Andrew Psychiatrist; Catalog Code: mirtazapine ; Order Dt/Tm: 5/15/2024 17:12:23 PDT |
| +ergocalciferol 1.25 mg (50,000 units) Cap | : +ergocalciferol 1.25 mg (50,000 units) Cap ; Status: Ordered ; Ordered As Mnemonic: Vitamin D2 ; Simple Display Line: 50,000 unit, Oral, qWeek ; Ordering Provider: Kalinjian, Sevag P&S; Catalog Code: ergocalciferol ; Order Dt/Tm: 4/30/2024 08:26:04 PDT ; Comment: Take 1 capsule by mouth one time a week for 360 days. |
| +1-levETIRAcetam 500 mg Tab | : +1-levETIRAcetam 500 mg Tab ; Status: Ordered ; Ordered As Mnemonic: Keppra ; Simple Display Line: 500 mg, Oral, BIDAM+PM ; Ordering Provider: Singh, Sukhwinder P&S; Catalog Code: levETIRAcetam ; Order Dt/Tm: 4/9/2024 19:51:28 PDT ; Comment: Take 1 tablet by mouth in the morning and in the evening |
| +1-hydrOXYzine pamoate 50 mg Cap | : +1-hydrOXYzine pamoate 50 mg Cap ; Status: Ordered ; Ordered As Mnemonic: Vistaril ; Simple Display Line: 50 mg, Oral, q6hr, PRN: anxiety ; Ordering Provider: Halloran, William Psychiatrist; Catalog Code: hydrOXYzine ; Order Dt/Tm: 4/9/2024 19:55:00 PDT |

**Consciousness,Orientation,Interaction**
Level of Consciousness MH : Alert
Orientation Assessment MH : Oriented x 4
Interaction With Others MH : Interacts on approach with staff
                                    Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Motor and Speech**
Psychomotor Behavior MH : No problem noted
Speech MH : No problem noted
Speech Rate MH : No problem noted
Speech Rhythm MH : No problem noted
Speech Volume : No problem noted
                                    Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Appearance and Behavior**
Appearance MH : Appropriate
Behavior MH : Appropriate
Attitude Toward Interview MH : Cooperative

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0117**

LAC - California State Prison, Los Angeles County

Patient:                      **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years   /   Male            CDCR: BP8832

---

### *Mental Health IDTT MPage Forms*

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Attention, Concentration, Memory**
Attention MH :   Attentive
Memory Impairment Screen :   Correct Repetition

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Mood and Affect**
Affect MH :   Pleasant
Affect Intensity MH :   Normal
Affect Appropriate MH :   Congruent
Affect Range MH :   Full

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Thought Content & Perceptions**
Thought Process MH :   Linear/Goal Directed
Thought Content MH :   Appropriate to situation
Delusions MH :   None Apparent
Perceptual Disturbances MH :   None Apparent

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Insight and Judgment**
Insight MH :   Partial - minimizes problems or need for treatment
Judgment :   Fair

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Functional Impairments**
Mobility :   Independent
Sensory Deficits :   None

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**EOP Functional Evaluation**
EOP MH Level of Care :   Yes
Dysfunction Despite Accommodations :   No
Reasonable Accommodation Changes :   No
Areas of Limitations and Impairments :   Ability to be around potentially dangerous sharp objects, Ability to work and function in large groups of people
IDTTs Accommodation Recmdt. :   Allow breaks and provide reminders for patient to retrieve medications during pill pass, Assist to understand rules/procedures, Give one or two step instructions, Redirect to deescalate when agitated

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**DDP Designation, Adaptive Supports, and Treatment Modifications**
MH Most Recent DDP :   Pass- NCF

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Clinical Summary & Case Formulation**
Clinical Summary :   7/1/24  IP was seen for initial assessment for LOC assessment. IP is a 37-year-old Black male,  IP has a current dx of Unspecified Anxiety Disorder, Histrionic Personality Disorder, PTSD ASPD. At this time, IP does not report current symptoms that impact his level of functioning. This is also congruent with his current clinical presentation.

IP Holmes is flagged for high tx refusal. IP was present during IDTT and reports his reason for high tx refusal is due to him not receiving ducats.  Though IP reports not reasoning ducats for refusal, it is believed that IPs lack of participation in treatment is

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0118

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987    /    37 years    /    Male | CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

driven by his poor insight into his mental illness. Thus leading to IP not attending the EOP hrs designated to him a week. Despite IP being flagged for high tx refusal IP, remains stable and appears to be functioning at his baseline (going to chow, tending his ADLs, observed to be interacting with his peers appropriately, and advocating effectively for himself). Collateral information from D4 custody staff notes no issues for IP, and reports he appears to get along well with peers. IP at this time does not present with signs of experiencing significant MH distress at this time. IP reports having a strong religous faith, and reports a desire to be complete some schooling while here, and reports hes already been in contact with those in education, ans should be starting soon. He reports having family and friends that he talks to and that support him, EOP remains appropriate LOC for IP at this time, to continue to address IPs lack of understanding of his MH sxs that drives his high tx refusal. If IP begins to endorse signs of decompensation or GD, He will be reviewed for HLOC placement. Additionally, he will be reviewed during next IDTT for readiness to transition successfully to Lower LOC.and Retained: IP was recently a victim of a stabbing in march which placed him in the RHU. IP indicates that the perpetrator was previously considered a friend. IP is currently serving a 22 year sentence for Assault w/Deadly Weapon and Corporal Injury Resulting in Traumatic Condition x2, 2nd Striker. This is his 3rd term which began in 2021. IP currently has 242 points and numerous violent RVRs for fighting and batteries. IP entered the MHSDS shortly into his first term in January 2008 at the CCCMS LOC. He had his first EOP admission in October that year and his first MHCB admission 2 months later in January 2010. He has never returned to GP, instead moving through all LOCs ever since. IP had his first and only ACUTE admission during his last term, 2/17/16-6/30/16. IP has been to MHCB eighteen times this term, out of which only two resulted in admissions longer than 24 hours.IP has a total of 29 verified self-harm incidents, as per On Demand. All but three incidents occurred between 5/2022 and 9/2023 and all were determined to be minor or no injury. In discussing IP's behavior (unrelated to self-harm), IP endorsed the belief that one must make a disturbance to get anything done. IP went so far as to indicate the day of first contact with this writer that he was prepared to be extracted to get his legal paperwork. IP appears to anticipate conflict and accept it as a foregone conclusion, thereby justifying maladaptive behavior such as self-harm to get needs met. IP additionally states "I don't expect MH clinicians to help me, I help myself," thereby underscoring further IP's innate distrust and unwillingness to engage in cooperative interaction. However, upon further rapport development and additional interaction with IP, he appears to be open to meaningful participation in MH treatment that will focus on developing IP's interpersonal skills, identify/challenge/reframe maladaptive core beliefs, and expand IP's ability to consider more socially acceptable methods of problem solving. IP will additionally work on anger management.

Clinical_Summary_ST : Clinical Summary:
IP Holmes is flagged for high tx refusal. IP was present during IDTT and reports his reason for high tx refusal is due to him not receiving ducats. Though IP reports not reasoning ducats for refusal, it is believed that IPs lack of participation in treatment is driven by his poor insight into his mental illness. Thus leading to IP not attending the EOP hrs designated to him a week. Despite IP being flagged for high tx refusal IP, remains stable and appears to be functioning at his baseline (going to chow, tending his ADLs, observed to be interacting with his peers appropriately, and advocating effectively for himself). Collateral information from D4 custody staff notes no issues for IP, and reports he appears to get along well with peers. IP at this time does not present with signs of experiencing significant MH distress at this time. IP reports having a strong religous faith, and reports a desire to be complete some schooling while here, and reports hes already been in contact with those in education, ans should be starting soon. He reports having family and friends that he talks to and that support him, EOP remains appropriate LOC for IP at this time, to continue to address IPs lack of understanding of his MH sxs that drives his high tx refusal. If IP begins to endorse signs of decompensation or GD, He will be reviewed for HLOC placement. Additionally, he will be reviewed during next IDTT for readiness to transition successfully to Lower LOC.and Retained: IP was recently a victim of a stabbing in march which placed him in the RHU. IP indicates that the perpetrator was previously considered a friend. IP is currently serving a 22 year sentence for Assault w/Deadly Weapon and Corporal Injury Resulting in Traumatic Condition x2, 2nd Striker. This is his 3rd term which began in 2021. IP currently has 242 points and numerous violent RVRs for fighting and

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 96852796                    Print Date/Time: 4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

Patient:          **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years    /    Male           CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
|---|

batteries. IP entered the MHSDS shortly into his first term in January 2008 at the CCCMS LOC. He had his first EOP admission in October that year and his first MHCB admission 2 months later in January 2010. He has never returned to GP, instead moving through all LOCs ever since. IP had his first and only ACUTE admission during his last term, 2/17/16-6/30/16. IP has been to MHCB eighteen times this term, out of which only two resulted in admissions longer than 24 hours.IP has a total of 29 verified self-harm incidents, as per On Demand. All but three incidents occurred between 5/2022 and 9/2023 and all were determined to be minor or no injury. In discussing IP's behavior (unrelated to self-harm), IP endorsed the belief that one must make a disturbance to get anything done. IP went so far as to indicate the day of first contact with this writer that he was prepared to be extracted to get his legal paperwork. IP appears to anticipate conflict and accept it as a foregone conclusion, thereby justifying maladaptive behavior such as self-harm to get needs met. IP additionally states "I don't expect MH clinicians to help me, I help myself," thereby underscoring further IP's innate distrust and unwillingness to engage in cooperative interaction. However, upon further rapport development and additional interaction with IP, he appears to be open to meaningful participation in MH treatment that will focus on developing IP's interpersonal skills, identify/challenge/reframe maladaptive core beliefs, and expand IP's ability to consider more socially acceptable methods of problem solving. IP will additionally work on anger management.
Recorded by: Nieves, Maria CSW (APR/22/24 13:46:17)

Predisposing_Factors_ST :  Predisposing Factors:
Family history of mental illness, hx of childhood trauma, hx of head injury.
Recorded by: Nieves, Maria CSW (APR/19/24 16:30:03)

Predisposing Factors :   Family history of mental illness, hx of childhood trauma, hx of head injury.
Perpetuating_Factors_ST :  Perpetuating Factors:
Reviewed and Retained: IP's early life experiences led to the development of disordered attachments and schemas whereby others are seen as untrustworthy and unreliable, substance use
Recorded by: Nieves, Maria CSW (APR/19/24 16:30:03)

Perpetuating Factors :   Reviewed and Retained: IP's early life experiences led to the development of disordered attachments and schemas whereby others are seen as untrustworthy and unreliable, substance use
Precipitating_Factors_ST :  Precipitating Factors:
Family support, spirituality (muslim), exercise, future-orientation.
Recorded by: Nieves, Maria CSW (APR/19/24 16:30:03)

Precipitating Factors :   Family support, spirituality (muslim), exercise, future-orientation
Protective Factors :   Reviewed and Retained: IP has a number of protective factors. Those most relevant right now are his spirituality, engagement in self-help materials, desire for self-improvement, and openness to work with his current PC on anger management and maladaptive thinking
Protective_Factors_ST :   Protective Factors:
Reviewed and Retained: IP has a number of protective factors. Those most relevant right now are his spirituality, engagement in self-help materials, desire for self-improvement, and openness to work with his current PC on anger management and maladaptive thinking
Recorded by: Nieves, Maria CSW (APR/19/24 16:30:03)

Case Formulation :   Reviewed and Retained:  Based on information available and IP report, current symptoms are potentially associated with and/or exacerbated by psychosocial factors including family history of mental illness, childhood trauma,

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                  Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male  CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

stressors of extensive incarceration, inconsistent medication management of symptoms, and significant history of substance abuse. IP has a history of engaging in maladaptive coping skills, (substance use, SIB, Violence), which more than likely stems from his upbringing. IP was exposed to community violence, lack of support from those at home and and trauma at an early age. IP comes from a family of those who suffer from MH illness, at this time it is undetermined if IP was pre disposed to substances while in utero. This will be determined.

Case_Formulation_ST :  Case Formulation:

Reviewed and Retained:  Based on information available and IP report, current symptoms are potentially associated with and/or exacerbated by psychosocial factors including family history of mental illness, childhood trauma, stressors of extensive incarceration, inconsistent medication management of symptoms, and significant history of substance abuse. IP has a history of engaging in maladaptive coping skills, (substance use, SIB, Violence), which more than likely stems from his upbringing. IP was exposed to community violence, lack of support from those at home and and trauma at an early age. IP comes from a family of those who suffer from MH illness, at this time it is undetermined if IP was pre disposed to substances while in utero. This will be determined.

Recorded by: Nieves, Maria CSW (APR/22/24 13:46:17)

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**Current Diagnosis**

(As Of: 7/2/2024 10:10:30 PDT)

Problems(Active)

| | |
|---|---|
| Antisocial personality disorder (DSM-5-TR :F60.2 ) | Name of Problem:  Antisocial personality disorder ; Recorder: Scott, Sarah Licensed Psychologist; Confirmation:  Confirmed ; Classification:  Mental Health ; Code:  F60.2 ; Contributor System:  PowerChart ; Last Updated:  7/3/2023 15:57 PDT ; Life Cycle Date:  07/03/23 ; Life Cycle Status:  Active ; Responsible Provider:  Scott, Sarah Licensed Psychologist; Vocabulary:  DSM-5-TR |
| Chronic posttraumatic stress disorder (IMO :75767 ) | Name of Problem:  Chronic posttraumatic stress disorder ; Recorder:  Ferguson, Michael Psychiatrist; Confirmation: Confirmed ; Classification:  Mental Health ; Code:  75767 ; Contributor System:  PowerChart ; Last Updated:  12/28/2021 17:39 PST ; Life Cycle Date:  12/28/21 ; Life Cycle Status: Active ; Responsible Provider:  Ferguson, Michael Psychiatrist; Vocabulary:  IMO |
| GERD with esophagitis (SNOMED CT :396337013 ) | Name of Problem:  GERD with esophagitis ; Recorder:  Arya, Afshin P&S; Confirmation:  Confirmed ; Classification:  Medical ; Code:  396337013 ; Contributor System:  PowerChart ; Last Updated:  12/29/2023 14:31 PST ; Life Cycle Status:  Active ; Responsible Provider:  Arya, Afshin P&S; Vocabulary: SNOMED CT ; Comments: 12/29/2023 14:31 - Arya, Afshin P&S |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796

Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0121

**LAC - California State Prison, Los Angeles County**

Patient:              **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years    /    Male          CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
|---|

| | |
|---|---|
| History of foreign body ingestion (SNOMED CT :397831013 ) | GERD changes without metaplasia was seen on the EGD on 12/14/2023<br>Name of Problem:   History of foreign body ingestion ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   397831013 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 10:15 PST ; Life Cycle Date:   12/29/23 ; Life Cycle Status:   Active ; Responsible Provider:   Arya, Afshin P&S; Vocabulary:   SNOMED CT |
| Histrionic personality disorder (DSM-5-TR :F60.4 ) | Name of Problem:   Histrionic personality disorder ; Recorder:   Scott, Sarah Licensed Psychologist; Confirmation:   Confirmed ; Classification:   Mental Health ; Code:   F60.4 ; Contributor System:   PowerChart ; Last Updated:   7/3/2023 15:57 PDT ; Life Cycle Date:   07/03/23 ; Life Cycle Status:   Active ; Responsible Provider:   Scott, Sarah Licensed Psychologist; Vocabulary:   DSM-5-TR |
| Seizure (SNOMED CT :151074011 ) | Name of Problem:   Seizure ; Recorder:   Nawaz, Mario P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   151074011 ; Contributor System:   PowerChart ; Last Updated:   11/28/2022 09:31 PST ; Life Cycle Date:   11/28/22 ; Life Cycle Status:   Active ; Responsible Provider:   Nawaz, Mario P&S; Vocabulary:   SNOMED CT |
| Sleep apnea (SNOMED CT :121941010 ) | Name of Problem:   Sleep apnea ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   121941010 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 09:47 PST ; Life Cycle Status:   Active ; Responsible Provider:   Arya, Afshin P&S; Vocabulary:   SNOMED CT |
| Sliding hiatal hernia (SNOMED CT :353834010 ) | Name of Problem:   Sliding hiatal hernia ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   353834010 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 14:34 PST ; Life Cycle Status:   Active ; Responsible Provider:   Arya, Afshin P&S; Vocabulary:   SNOMED CT<br>; Comments:<br><br>12/29/2023 14:34 - Arya, Afshin P&S<br>According to the endoscopy on 12/24/2023.  A small size hernia |
| Unspecified anxiety disorder (DSM-5-TR :F41.9 ) | Name of Problem:   Unspecified anxiety disorder ; Recorder:   Bryan, Paul Licensed Clinical Social Worker; Confirmation:   Confirmed ; Classification:   Mental Health ; Code:   F41.9 ; |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

Patient: **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
|---|

Contributor System:  PowerChart ; Last Updated:  11/4/2021
14:50 PDT ; Life Cycle Date:  11/04/21 ; Life Cycle Status:
Active ; Responsible Provider:  Bryan, Paul Licensed Clinical
Social Worker; Vocabulary:  DSM-5-TR

Diagnoses(Active)

| | |
|---|---|
| Healthcare maintenance | Date:  1/6/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Healthcare maintenance ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  Z00.00 |
| Laceration of hand | Date:  5/9/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Laceration of hand ; Classification: Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code: S61.419A |
| Muscular pain | Date:  4/26/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Muscular pain ; Classification: Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  M79.10 |
| Pain | Date:  6/28/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Pain ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R52 |
| Schatzki's ring | Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Schatzki's ring ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  K22.2 |
| Seizure | Date:  7/26/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Seizure ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R56.9 |
| Vitamin D deficiency | Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Vitamin D deficiency ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  E55.9 |

**Preferred Learning Style**
Preferred Learning Style :  Writing, Reading

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:06 PDT

**MHPC Assessment Entered On:  4/19/2024 16:30 PDT**

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

DE0123

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male         CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

| | |
|---|---|
| Opioid use disorder | Date:  11/22/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Opioid use disorder ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  F11.90 |
| Prediabetes | Date:  11/22/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Prediabetes ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R73.03 |
| Schatzki ring of distal esophagus | Date:  11/22/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Schatzki ring of distal esophagus ; Classification:  Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  K22.2 |
| Seizure | Date:  7/26/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Seizure ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R56.9 |
| Sleep apnea | Date:  11/13/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Sleep apnea ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  G47.30 |
| Sliding hiatal hernia | Date:  11/13/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Sliding hiatal hernia ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  K44.9 |

**EOP Functional Evaluation**
EOP MH Level of Care :   No

Alex, Gijo  LCSW - 11/26/2024 13:40 PST

MH Master Treatment Plan Entered On:  7/2/2024 10:16 PDT
Performed On:  7/2/2024 10:10 PDT by Emanuel, Dorien Licensed Psychologist

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 10000002911607452BP8832,Facility: LAC,Encounter Type: Institutional Encounter

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT

**IDTT Information MTP**
MHMD Attendance :   Alternate
MH Alternate MHMD :   Katindo, Nelson Psychiatrist

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0124

LAC - California State Prison, Los Angeles County

Patient:                **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987  /  37 years  /  Male          CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
| --- |

MH Tx  Plan ASU or SHU :   No

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:59 PDT
MH IDTT Assigned MHPC :   Emanuel, Dorien Licensed Psychologist (1600149)
MHPC Attendance :   Present
MH IDTT Assigned MHMD :   Turner, Andrew  Psychiatrist (4295231)

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT

**Higher Level of Care Considerations**
Why wasn't referral made :   IP has participated in less that the minimum number of structured treatment hours and referral to HLOC will not be made for the following reasons:

Per sustainable process report dated 7/2/2024, IP is positive for refusing more than 50% of his current treatment groups.

IP Attendance was due to depressive symptoms.

In the last quarter IP has been sporadically attending 1:1's, MHPC Caseload groups, and very few caseload groups.

IP endorses diminished interest in or enjoyment of activities

IP's attendance to his ADL's are and his cell are intact as well. IP stated that his is planning on going to more groups during the next cycle. IP does not endorse current SI/HI with no plans, means or intend. Due to the aforementioned reasons a referral to a higher LOC is not warranted at this time.

If #7 yes, summarize tx modifications :   Clinical, medical, or custody interventions that will address the reason mentioned above that affected poor tx participation. Interventions that will assist IP to remain stable and increase participation.

PC will continue to engage IP in developing healthy interpersonal relationships that lead to the alleviation and help prevent the relapse of depression and increase group attendance
PC will provide psychoeducation regarding mental health dx and benefits of treatment.
PC will Provide him with group schedule.

Emanuel, Dorien Licensed Psychologist - 7/2/2024 13:40 PDT
The IP is unable to function at LOC :   No
Requires structured inpatient psy care :   No
Demonstrate chronic psychiatric symptoms :   No
Currently in a MHCB :   No
3 or more MHCB referrals in last 6 mos :   No
3 or more 115s in the last 3 mos :   No
Ref not made CAL :   0
Is pt EOP or MHCB LOC :   Yes
Part in less than the min tx hrs/wk :   Yes

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT
**MH Safety Plan (Master Treatment Plan Copy)**
MTP MHCB Reviewed Safety Plan? :   Safety plan reviewed during IDTT

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male  CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

Master Tx Plan Safety Plan Copy :  NOTE: This was pulled from the most recent 5 Day Follow Up PowerForm dated JUL/01/24 16:38:27, not the original MH Safety Plan.


MH SAFETY PLAN
Reason for Safety Planning: Discharge from MHCB/PIP or Alternative Housing

WARNING SIGNS
Did the patient participate in the following questions? No

What does the patient say are warning signs that increase their risk of becoming suicidal or engaging in self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from identifying 2 situations that lead to SI and work with MHPC to develop a comprehensive safety plan. IP is encouraged to work with provider in utilizing CBT to identify 2 negative thinking patters to increase insight on his MH sxs within the next clinical encounter.

What does the patient identify as being helpful in reducing feelings of suicidality or self-harm?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from identifying 2 internal and 2 external coping skills he can utilize to decrease SI.

What is the patient willing to do to reduce suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Although he utilized suicidal language, he did not report intent, plan, urge, or desire to end his life or the life of an intended victim or group of victims. IP expressed the desire to receive single cell status and/or to remain in C5. IP would benefit from maintaining 100 percent compliance with group and individual treatment to address his daily stressors.
SELF-HARM TO AFFECT EXTERNAL CHANGES
Does the patient have concerns that resulted in a history of utilization of self-harm to affect external changes? No
Did the patient participate in the following questions? Nothing documented in original.

What does the patient identify as having been effective in resolving these concerns in the past?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

What is the patient willing to do to reduce these risk factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
ENVIRONMENT/SAFETY CONCERNS
Does the patient identify any safety concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

LAC - California State Prison, Los Angeles County

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987   /   37 years   /   Male                    CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

Does the patient identify any environmental concerns that are related to their current risk of becoming suicidal or engaging in self-harm? No

Has custody been notified of safety concerns? Nothing documented in original.

Please document who has been notified. Nothing documented in original.

Date the patient's concerns were reported to unit sergeant or health care lieutenant: Nothing documented in original.

What is the specific plan to address the safety concerns? Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.

What is the clinical impact and/or suicide risk as a result of the reported safety concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.

Did the patient participate in the following question? Nothing documented in original.
What is the clinical impact and/or suicide risk as a result of the reported environmental concerns?
-Patient Response: Nothing documented in original.
-Clinical Impressions: Nothing documented in original.
PROTECTIVE FACTORS
Did the patient participate in the following questions? No
What protective factors are currently the most helpful to the patient in reducing suicide risk?
-Patient Response: Nothing documented in original.
-Clinical Impressions: MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

What can the patient or staff do to enhance protective factors?
-Patient Response: Nothing documented in original.
-Clinical Impressions: MHPC utilized MI, active listening, and provided IP with ample of time to discuss the quality of his protective factors. IP is motivated for housing change and he seems to have the cognitive ability to advocate for his needs. IP presented future oriented, coherent logical and goal directed.

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT

**Suicide Risk Management Program (SRMP)**
SRMP Patient Status :   Not applicable (the patient is not being placed or currently in the SRMP)
REFERENCE SRMP Patient Status :   -Not applicable (patient not placed or currently in SRMP)
Performed by: Nieves, Maria CSW on APR/22/24 13:46:17

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                              Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0127

LAC - California State Prison, Los Angeles County

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years   /   Male          CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
| --- |

REFERENCE SRMP Inclusion Criteria :   [No data found]

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT

**Treatment Goals, Interventions and Progress**
Discharge Plan/Criteria/Comments :   IP is a 37-year-old Black male,  IP has a current dx of Unspecified Anxiety Disorder, Histrionic Personality Disorder, PTSD ASPD. IP attends to his ADL's independently, advocates for himself, goes to chow, and yard. IP continues to deny SI/HI, and has not engaged in any self-harm behavior. At this time, IP is not being referred for a higher LOC. IP does not exhibit functional impairment that warrant continued programming in the EOP program, nor does he present with any significant mental health issues. It appears that IP has reached his maximum treatment benefit at the EOP LOC and there are no overt functional impairments that would preclude him from discharging to a lower level of care at this time.

Emanuel, Dorien Licensed Psychologist - 7/2/2024 13:40 PDT

Present at team meeting :   Yes

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:59 PDT

Clinical Summary :   7/2/24  IP was seen for initial assessment for LOC assessment. IP is a 37-year-old Black male,  IP has a current dx of Unspecified Anxiety Disorder, Histrionic Personality Disorder, PTSD ASPD. At this time, IP does not report current symptoms that impact his level of functioning. This is also congruent with his current clinical presentation. In the past 90 days IP has been on SWAH for reported SI. IPs resent Suicide and Self harm narratives indicated that 06-30-2024 I/P stated "I'm going to be honest with you I'm just trying to get single cell status. I'm tired of adjusting to new cellies." I/P denied any additional stressors. He has not engaged in self-harm behaviors.  On 06-29-2024: He stated if cleared from observation, "I'm just going to say I'm suicidal again" as a means to advocate to remain in C5. Despite IP receiving multiple RVRS, that appear to be characterological in nature with no MH factors that contributed to alleged bxs, as well as positive for treatment refusal per sustainable reports dated 7/2/24. IP attends to his ADL's independently, advocates for himself, goes to chow, and yard. IP continues to deny SI/HI, and has not engaged in any self-harm behavior. At this time, IP is not being referred for a higher LOC. IP does not exhibit functional impairment that warrant continued programming in the EOP program, nor does he present with any significant mental health issues. It appears that IP has reached his maximum treatment benefit at the EOP LOC and there are no overt functional impairments that would preclude him from discharging to a lower level of care at this time.

7/1/24  IP was seen for initial assessment for LOC assessment. IP is a 37-year-old Black male,  IP has a current dx of Unspecified Anxiety Disorder, Histrionic Personality Disorder, PTSD ASPD. At this time, IP does not report current symptoms that impact his level of functioning. This is also congruent with his current clinical presentation.

IP Holmes is flagged for high tx refusal. IP was present during IDTT and reports his reason for high tx refusal is due to him not receiving ducats.  Though IP reports not reasoning ducats for refusal, it is believed that IPs lack of participation in treatment is driven by his poor insight into his mental illness. Thus leading to IP not attending the EOP hrs designated to him  a week. Despite IP being flagged for high tx refusal IP, remains stable and appears to be functioning at his baseline (going to chow, tending his ADLs, observed to be interacting with his peers appropriately, and advocating effectively for himself). Collateral information from D4  custody staff notes no issues for IP, and reports he appears to get along well with peers.  IP at this time does not present with signs of experiencing significant MH distress at this time. IP reports having a strong religous faith, and reports a desire to be complete some schooling while here, and reports hes already been in contact with those in education, ans should be starting soon. He reports having family and friends that he talks to and that support him,  EOP remains appropriate LOC for IP at this time, to continue to address IPs lack of understanding of his MH sxs  that drives his high tx refusal.  If IP begins to endorse signs of decompensation or GD, He will be reviewed for HLOC placement. Additionally, he will be reviewed during next IDTT for readiness to transition successfully to Lower LOC.and Retained: IP was recently a victim of

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0128

LAC - California State Prison, Los Angeles County

| | | |
|---|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** | |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male | CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

a stabbing in march which placed him in the RHU. IP indicates that the perpetrator was previously considered a friend. IP is currently serving a 22 year sentence for Assault w/Deadly Weapon and Corporal Injury Resulting in Traumatic Condition x2, 2nd Striker. This is his 3rd term which began in 2021. IP currently has 242 points and numerous violent RVRs for fighting and batteries. IP entered the MHSDS shortly into his first term in January 2008 at the CCCMS LOC. He had his first EOP admission in October that year and his first MHCB admission 2 months later in January 2010. He has never returned to GP, instead moving through all LOCs ever since. IP had his first and only ACUTE admission during his last term, 2/17/16-6/30/16. IP has been to MHCB eighteen times this term, out of which only two resulted in admissions longer than 24 hours.IP has a total of 29 verified self-harm incidents, as per On Demand. All but three incidents occurred between 5/2022 and 9/2023 and all were determined to be minor or no injury. In discussing IP's behavior (unrelated to self-harm), IP endorsed the belief that one must make a disturbance to get anything done. IP went so far as to indicate the day of first contact with this writer that he was prepared to be extracted to get his legal paperwork. IP appears to anticipate conflict and accept it as a foregone conclusion, thereby justifying maladaptive behavior such as self-harm to get needs met. IP additionally states "I don't expect MH clinicians to help me, I help myself," thereby underscoring further IP's innate distrust and unwillingness to engage in cooperative interaction. However, upon further rapport development and additional interaction with IP, he appears to be open to meaningful participation in MH treatment that will focus on developing IP's interpersonal skills, identify/challenge/reframe maladaptive core beliefs, and expand IP's ability to consider more socially acceptable methods of problem solving. IP will additionally work on anger management.

Case Formulation :  Reviewed and Retained:  Based on information available and IP report, current symptoms are potentially associated with and/or exacerbated by psychosocial factors including family history of mental illness, childhood trauma, stressors of extensive incarceration, inconsistent medication management of symptoms, and significant history of substance abuse. IP has a history of engaging in maladaptive coping skills, (substance use, SIB, Violence), which more than likely stems from his upbringing. IP was exposed to community violence, lack of support from those at home and and trauma at an early age. IP comes from a family of those who suffer from MH illness, at this time it is undetermined if IP was pre disposed to substances while in utero. This will be determined.
Preferred Learning Style :  Visual, Auditory
Patient Strengths :   IP is able to advocate for himself, communictes effectively, reports a desire to engage in tx now
Patient verbalized treatment goals :   IP reports wanting to start computer classes and get his GED.
IPOC Template :  Current IPOCs
Goals():


Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT

Problem/Symptom Grid

| | Problem/Symptom #1 | Problem/Symptom #2 |
|---|---|---|
| Problem/Symptom : | Anger Management | Treatment Compliance |
| Short Term Objective : | IP will ID 2 triggers for anger | IP will attend at least 50% or more treatment |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                                    Print Date/Time:  4/24/2025 13:21 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**LAC - California State Prison, Los Angeles County**

Patient:                    **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:    6/3/1987   /   37 years    /   Male              CDCR: BP8832

| *Mental Health IDTT MPage Forms* |
|---|

| | | |
|---|---|---|
| | | program for a week |
| Measurable Long Term Goal : | IP will ID 4 triggers and develop 4 effective anger management techniques | IP will attend at least 50% or more of his treatment program continuously until next IDTT |
| Date Goal Started : | 3/13/2024 PDT | |
| Intervention : | PC will meet with IP weekly to help him ID triggers and utilize CBT techniques to challange maladaptive thoughts and develop effective coping skills | |
| | Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT | Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT |

Transfer/Discharge to : :   CCCMS

Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT
(As Of: 7/2/2024 14:11:36 PDT)

Problems(Active)

| | |
|---|---|
| Antisocial personality disorder (DSM-5-TR :F60.2 ) | Name of Problem:   Antisocial personality disorder ; Recorder: Scott, Sarah Licensed Psychologist; Confirmation:   Confirmed ; Classification:   Mental Health ; Code:   F60.2 ; Contributor System:   PowerChart ; Last Updated:   7/3/2023 15:57 PDT ; Life Cycle Date:   07/03/23 ; Life Cycle Status:   Active ; Responsible Provider:   Scott, Sarah Licensed Psychologist; Vocabulary:   DSM-5-TR |
| Chronic posttraumatic stress disorder (IMO :75767 ) | Name of Problem:   Chronic posttraumatic stress disorder ; Recorder:   Ferguson, Michael Psychiatrist; Confirmation: Confirmed ; Classification:   Mental Health ; Code:   75767 ; Contributor System:   PowerChart ; Last Updated:   12/28/2021 17:39 PST ; Life Cycle Date:   12/28/21 ; Life Cycle Status: |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                              Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0130**

LAC - California State Prison, Los Angeles County

Patient: **HOLMES, MARCUS ALLEN**
DOB/Age/Birth Gender:   6/3/1987   /   37 years   /   Male           CDCR: BP8832

| | |
|---|---|
| | ***Mental Health IDTT MPage Forms*** |

| | |
|---|---|
| | Active ; Responsible Provider:   Ferguson, Michael Psychiatrist; Vocabulary:   IMO |
| GERD with esophagitis (SNOMED CT :396337013 ) | Name of Problem:   GERD with esophagitis ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   396337013 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 14:31 PST ; Life Cycle Status:   Active ; Responsible Provider:   Arya, Afshin P&S; Vocabulary:   SNOMED CT ; Comments: |
| | 12/29/2023 14:31 - Arya, Afshin P&S GERD changes without metaplasia was seen on the EGD on 12/14/2023 |
| History of foreign body ingestion (SNOMED CT :397831013 ) | Name of Problem:   History of foreign body ingestion ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   397831013 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 10:15 PST ; Life Cycle Date:   12/29/23 ; Life Cycle Status:   Active ; Responsible Provider:   Arya, Afshin P&S; Vocabulary:   SNOMED CT |
| Histrionic personality disorder (DSM-5-TR :F60.4 ) | Name of Problem:   Histrionic personality disorder ; Recorder:   Scott, Sarah Licensed Psychologist; Confirmation:   Confirmed ; Classification:   Mental Health ; Code:   F60.4 ; Contributor System:   PowerChart ; Last Updated:   7/3/2023 15:57 PDT ; Life Cycle Date:   07/03/23 ; Life Cycle Status:   Active ; Responsible Provider:   Scott, Sarah Licensed Psychologist; Vocabulary:   DSM-5-TR |
| Seizure (SNOMED CT :151074011 ) | Name of Problem:   Seizure ; Recorder:   Nawaz, Mario P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   151074011 ; Contributor System:   PowerChart ; Last Updated:   11/28/2022 09:31 PST ; Life Cycle Date:   11/28/22 ; Life Cycle Status:   Active ; Responsible Provider:   Nawaz, Mario P&S; Vocabulary:   SNOMED CT |
| Sleep apnea (SNOMED CT :121941010 ) | Name of Problem:   Sleep apnea ; Recorder:   Arya, Afshin P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   121941010 ; Contributor System:   PowerChart ; Last Updated:   12/29/2023 09:47 PST ; Life Cycle Status:   Active ; Responsible Provider:   Arya, Afshin P&S; Vocabulary:   SNOMED CT |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   96852796                           Print Date/Time:   4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**DE0131**

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male          CDCR: BP8832 |

---

### *Mental Health IDTT MPage Forms*

---

Sliding hiatal hernia (SNOMED CT :353834010 )
Name of Problem:  Sliding hiatal hernia ; Recorder:  Arya, Afshin P&S; Confirmation:  Confirmed ; Classification:  Medical ; Code:  353834010 ; Contributor System:  PowerChart ; Last Updated:  12/29/2023 14:34 PST ; Life Cycle Status:  Active ; Responsible Provider:  Arya, Afshin P&S; Vocabulary:  SNOMED CT
; Comments:

12/29/2023 14:34 - Arya, Afshin P&S
According to the endoscopy on 12/24/2023.  A small size hernia

Unspecified anxiety disorder (DSM-5-TR :F41.9 )
Name of Problem:  Unspecified anxiety disorder ; Recorder:  Bryan, Paul Licensed Clinical Social Worker; Confirmation:  Confirmed ; Classification:  Mental Health ; Code:  F41.9 ; Contributor System:  PowerChart ; Last Updated:  11/4/2021 14:50 PDT ; Life Cycle Date:  11/04/21 ; Life Cycle Status:  Active ; Responsible Provider:  Bryan, Paul Licensed Clinical Social Worker; Vocabulary:  DSM-5-TR

<u>Diagnoses(Active)</u>

Healthcare maintenance
Date:  1/6/2023 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Healthcare maintenance ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  Z00.00

Laceration of hand
Date:  5/9/2024 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Laceration of hand ; Classification:  Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  S61.419A

Muscular pain
Date:  4/26/2024 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Muscular pain ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  M79.10

Pain
Date:  6/28/2024 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Pain ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R52

Schatzki's ring
Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Schatzki's ring ; Classification:  Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  K22.2

Seizure
Date:  7/26/2023 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Seizure ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R56.9

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796

Print Date/Time:  4/24/2025 13:21 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**DE0132**

**LAC - California State Prison, Los Angeles County**

| | |
|---|---|
| Patient: | **HOLMES, MARCUS ALLEN** |
| DOB/Age/Birth Gender: | 6/3/1987  /  37 years  /  Male        CDCR: BP8832 |

| *Mental Health IDTT MPage Forms* |
|---|

Vitamin D deficiency          Date:  4/11/2024 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Vitamin D deficiency ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  E55.9

**EOP Functional Evaluation**
EOP MH Level of Care :  Yes
Dysfunction Despite Accommodations :  No
Reasonable Accommodation Changes :  No
Areas of Limitations and Impairments :  No significant limitations or impairments
IDTTs Accommodation Recmdt. :  Allow breaks and provide reminders for patient to retrieve medications during pill pass, Assist to understand rules/procedures, Give one or two step instructions, Redirect to deescalate when agitated
Emanuel, Dorien Licensed Psychologist - 7/2/2024 10:10 PDT

**MH Master Treatment Plan Entered On:  4/22/2024 12:35 PDT**
**Performed On:  4/22/2024 9:00 PDT by Nieves, Maria CSW**

**Patient Encounter Information**
ENCTR Information :  Encounter Info: Patient Name: MARCUS HOLMES,DOB: 06/03/1987,,FIN: 1000000291160745 2BP8832,Facility: LAC,Encounter Type: Institutional Encounter
Nieves, Maria CSW - 4/22/2024 12:11 PDT

**IDTT Information MTP**
IDTT :  Initial
MH IDTT Assigned MHPC :  Nieves, Maria CSW (4349674)
MHPC Attendance :  Present
MH IDTT Assigned MHMD :  Turner, Andrew  Psychiatrist (4295231)
MHMD Attendance :  Present
Senior Psychologist Supervisor Attendance :  Present
Senior Psychologist Supervisor :  Garrett, Tara Sr. Psychologist Supervisor
MH Tx  Plan ASU or SHU :  No
Correctional Counselor Attendance :  Present
Correctional Counselor :  Wessell
Nieves, Maria CSW - 4/22/2024 12:11 PDT

**Higher Level of Care Considerations**
Why wasn't referral made :  IP Holmes is flagged for high tx refusal. IP was present during IDTT and reports his reason for high tx refusal is due to him not receiving ducats. Though IP reports not reasoning ducats for refusal, it is believed that IPs lack of participation in treatment is driven by his poor insight into his mental illness. Thus leading to IP not attending the EOP hrs designated to him  a week. Despite IP being flagged for high tx refusal IP, remains stable and appears to be functioning at his baseline (going to chow, tending his ADLs, observed to be interacting with his peers appropriately, and advocating

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  96852796                    Print Date/Time:  4/24/2025 13:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

DE0133