

MARCUS ALLEN HOLMES
BP8832 • BI-110
PELican BAY STATE PRison
P.o. Box 7500
CRESCenT CITY CA 95532-7000.

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ALLEN HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>DORIEN EMANUEL, et al.,<br><br>Defendant. | CASE NO. 2:24-CV-10845-SVW (SK)<br><br>Plaintiff's rePly To Defendant's opPosition |

Please give Notice Plaintiff is giving Notice To THE THE CouRt "Plaintiff's rePly To Defendants oPPosition To summery Judgement. THE requirement THat a PaRty oPPosing a motion for Summery Judgment SET FoRTH sPecific Facts SHowing a genuine issue for TRIaL SEE. Anderson V. LibeRty LobbY, inc., 477 U.S. 242, 106 S.Ct. 2505, 91 L.Ed 2d. 202, 4 Fed R. Serv. 3d 1041 (1986). Whalen v. City of Atlanta, 539. F. SuPP. 1262 (N.D.Ga.1982).

AlSo THE Summery Judgment For a deFendant is approPriate IF the Plaintiff Fails To maKE a SHowing Sufficient To esTablish THE existence of an element essential To THE Case and on wHich THE Plaintiff WILL bear THE burden of Proof at trial. SEE. CHampion— V. Artuz, 76 F.3d 483, 34 Fed. R. Serv 3d 1124 (2d.Cir.1996); EPPrecHt v. DELaware Valley Machinery, inc., 467 F. 315. (E.D Pa.1976). Plaintiff is not required To establish— an oPPosition to. a motion foR Summery Judgment by— a PrePonderance of Proof; SEE. EState of Logan, v.— City of SouTH Bend, Indiana, 50 F.4th 614 (7TH Cir. 2022).

<u>Continue NexT Pg.</u>

Continue

It is Sufficient that the Exhibits Shown in Plaintiff Summer Judgment and Opposition To Summery Judgment That There is a genuine Triable Issue

See. Fist TRUST, & Deposit CO.    v. Dent, 263 A.D. 1058,34 N.Y.S. 2d 282 (4th Dep't 1942).

and that the Plaintiff will Have Some Proof To Support THE Plaintiff's allegations at THE date of Trial.

Plaintiff's Pray TO THE Court To Move THE Court To Grant Plaintiff's Prior Motions for Summery Judgment and Oppositions To summery Judgment God-willing.

I Declear under Penalty of Perjury That THE Foregoing is TRUE And Correct.

03-15-26 ___ date                    ___SIGNATURE-PRO SE.

## PROOF OF SERVICE BY MaIL
(Fed. R. Civ. P 5:528 U SC 1746)

I Marcus Allen Holmes. declare : I am 18 Years over of age of 18 and am a Party TO THis above Civil action. I am Incarcerated at Pelican Bay State Prison, In THE County of Del Norte, STATE of California. My State Prison address is as Pelican Bay State Prison, P.O. Box 7500, Housing unit B1 Cell Number 110, CresenTcity CA 95532-7500.

ON March 15.2026 I Served THE Following Documents "Notice of Reply" To opposition.

on THE Parties herein by Placing TRue and correct copies Thereof. enclosed in a sealed envelope, with Postage Thereon Fully Paid, In the United States mail in a receptacle So Provided at Pelican Bay State Prison, CrescentCity, CA 95532

I declare under Penalty of Perjury That the Foregoing is TRue and Correct. ___
Pro SE

03-15-26 ___ date


2019



**PELICAN BAY STATE PRISON**
**P.O. BOX 7500**
**CRESCENT CITY, CA  95532-7000**

Name: Marcus Allen Holmes

CDCR #: BP8832   Unit #: B1   Cell #: 110

**STATE PRISON**
**GENERATED MAIL**

PELICAN BAY STATE PRISON
UNIT B-1

"Legal Mail"

SK

EUREKA CA 955
16 MAR 2026PM
quadient
FIRST-CLASS MAIL
IMI
$000.74
03/16/2026  ZIP 95532

"Clerk" to Judge Steve Kim
Roybal Federal Building and
U.S. Courthouse,
255 East Temple Street, Suite 1200,
Los Angeles, CA 90012

MAR 20 2026

9001233332 C032