MARCUS Allen Holmes
Cdcr# BP8832 • B6, CEll 120.
PELICAN BAY STATE PRISON
P.O. Box 7500
CrescentCity, CA 95532.

FILED
CLERK, U.S. DISTRICT COURT

7/24/2026

CENTRAL DISTRICT OF CALIFORNIA
BY:____clee____DEPUTY

# UNITED STATES DISTRICT Court
## CENTRAL DISTRICT of CALIFORNIA

MARCUS Allen Holmes.  PlaIntIff

v.

Dorien Emanuel. et... al
DEFENdanT(s)

CASE NO: 2:24-cv-10845-Svw-SK

NotIce of RuIIng of "Summary JuDGment."

ON JulY 15, 2026 PlaIntIff Marcus Allen Holmes RESPecTFully MoVE'S THE CourT For "Notice" of a RulIng of Summary JUDGMENT. RESPecTFully, PlaIntIff Hasn't heared From THE courT SInce MARCH 2026 and Havn't recived a formal NoTice of RulIng on "Summary JUDGMENT"

RESPecTFully SUBMITTed
JulY 15, 2026    (dated)

PRO SE SIgnaTuRe.

I DEClear under PENalTY of PerJURY THaT The ForgoIng IsTRue And CorrecT.          3 : 07-15-26          .



**Proof of Service**

[Case Name and (if known) Court Number]

I declare that: MARCUS Allen Holmes  v. Dorien Emanuel. # 2:24-cv-10845-svw-(sk).

I am a resident of CrescentCity, CA        in the county of DElnorte        ,
California. I am over the age of 18 years. My residence address is: Pelican Bay State
Prison-P.O.Box 7500, CrescentCity, Ca.

On 07-19-25       , I served the attached "Notice of Ruling".                 on the
UNITEd States dis. Central Dis. of CALI.         in said case by placing a true copy thereof enclosed in a sealed
envelope with postage thereon fully paid, in the United States mail at Pelican Bay State
addressed as follows:

PRison, P.O.Box 7500, Crescent CITY
CALI. 95532.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true
and correct, and that this declaration was executed on the date of July 19, 2025       , at
CrescentCity        , California.

MARCUS Allen Holmes
[Type or Print Name]

[Signature]



Marcus Allen Holmes
 Cdcr # BP8832
B·120
Pelican BAY STATE PRISon
P.O. Box 7500
CrescentCity, CA 95532

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 24 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
D

Legal Mail

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

EUREKA CA  955
20 JUL 2026   PM 1  L

Freedom
250
REDATE
07/20/2026
043M32205805

ClerK To Judge Steve Kim
RoYbal Federal Building and
U.S. CourtHouse
255 East Temple STREEt, Suite
1200,
Los Angeles, CA 90012

SK

90012-333060