(B6-120)
DOB: 06/03/87
MARCUS Holmes
CDCR: BP8832
PELICAN BAY STATE PRISON.
P.O. Box 7500
CRESCENT CITY, CA 95532

FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS Allen HOlMES, Plaintiff(s) v. Dorien Emanuel, et.al. DEFENdant(s) | CaSE NO. 2:24-cv-10845-SVW-SK MOTION-NOTICE of "Judge's Inability TO Proceed" PURSUANT TO FED. RULE 63. §2922. |

ON SEPT. 28. 2026 Plaintiff/PRO SE Litigant, Marcus Allen Holmes, will move The Court for motion-Notice of "Judge's Inability TO PROCEED" FROM SUMMARY Judgement Making A Ruling. DEFENCE Counsel and I Have been Waiting FOR MAGISTRAT JUDGE TO PROCEED with an Ruling FOR SUMMARY JUDGEMENT FEB. of 2027 WILL MARK a Yard. THUS being 8 mo. RESPECTFULLY THE JUDGE IS IS DISPLAYING an Inability TO Proceed and give Ruling RESPECTFULLY Im Requesting RePlacement of Judge So THE Case can Proceed Forward "goodCause" Pursuant TO Fed 63. "if a Judge is Conducting a Hearing or Trial is unable TO Proceed, Due TO Physical OR MENTAL-desability or any OTHER CIRCUMSTANCE which renders a Judge INCAPABLE OF Proceeding; anyOTHER Judge may proceed upon certifying-Familiarity WITH THE record and determining THAT THE CASE MAY bE Completed WITHOUT PREJUDICE TO THE PARTIES.
I RespectFully move THE COURT TO CONSIDER and Grant motion.
I DECLEAR under PENALTY OF PERJURY THAT THE FOREGOING IS CORRECT & TRUE.

09/29/26 date

[signature]

# PROOF OF SERVICE

I MARCUS Allen Holmes am 18 years of age or older and am a PARTY in THIS CIVIL CASE

and on 09/29/2026 AT Pelican BAY STATE PRISON I SENT DOCUMENT(S) MOTION-NOTICE of inability TO Proceed,

By VIA U.S. MAIL Fully Paid Addressed TO;

Jude Steve KIM
Roybal Federal Building and
U.S. COURTHOUSE, 255 E. TEMPLE ST.,
Suite 1200, Los Angeles, CA 90012

I Declear under Penalty of Perjury That the foregoing is Correct and TRUE, excuted 09-29-2026 At PBSP- B6-120

[signature]

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532-7000

Name: Marcus A. Holmes
CDCR #: BP8832 Unit #: B6 Cell #: 120

SK

**STATE PRISON GENERATED MAIL**

Legal Mail!

EUREKA CA 955
30 SEP 2026 PM 1 L

quadient
FIRST-CLASS MAIL
IMI
$000.78
09/30/2026 ZIP 95532
043M32205805
US POSTAGE

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Clerk to Judge Steve Kim
Roybal Federal Building and
U.S. Courthouse
255 East Temple Street, suite 1200,
Los Angeles, CA 90012

9001283332 0032